UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHIVA AYYADURAI, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FLOOR64, INC., a California corporation d/b/a TECHDIRT; MICHAEL DAVID MASNICK, an individual; LEIGH BEADON, an individual; and DOES 1-20,<br><br>　　　　　　Defendants. | C.A. No. 17-cv-10011-FDS |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Floor64, Inc. certifies as follows:

Floor64, Inc. has no parent corporations, and no publicly held corporation owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　By its Attorneys,

　　　　　　　　　　　　　　　　　　*/s/ Jeffrey J. Pyle*
　　　　　　　　　　　　　　　　　　Robert A. Bertsche (BBO #554333)
　　　　　　　　　　　　　　　　　　*rbertsche@princelobel.com*
　　　　　　　　　　　　　　　　　　Jeffrey J. Pyle (BBO #647438)
　　　　　　　　　　　　　　　　　　*jpyle@princelobel.com*
　　　　　　　　　　　　　　　　　　PRINCE LOBEL TYE LLP
　　　　　　　　　　　　　　　　　　One International Place
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02110
　　　　　　　　　　　　　　　　　　Tel:  (617) 456-8024

Dated:  January 20, 2017

## **CERTIFICATE OF SERVICE**

      I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

                                         */s/ Jeffrey J. Pyle*
                                         Jeffrey J. Pyle