UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHIVA AYYADURAI, an individual, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 17-cv-10011-FDS<br>) |
| FLOOR64, INC., a California corporation d/b/a TECHDIRT; MICHAEL DAVID MASNICK, an individual; LEIGH BEADON, an individual; and DOES 1-20, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants Floor64, Inc. ("Floor 64") and Michael David Masnick ("Masnick") submit this unopposed motion for an extension of time to respond to the Complaint. The current deadline for these parties to answer or otherwise respond is January 27, 2017. Due to the length of the complaint and the issues it raises, Floor64 and Masnick respectfully request that this date be extended by an additional three weeks, to February 17, 2017. Plaintiff Shiva Ayyadurai does not oppose this request.

WHEREFORE, Defendants Floor64, Inc. and Michael David Masnick respectfully request that their Unopposed Motion for Extension of Time to Respond to Complaint be allowed.

FLOOR64, INC. and
MICHAEL DAVID MASNICK,

By their Attorneys,

*/s/ Jeffrey J. Pyle*
Robert A. Bertsche (BBO #554333)
*rbertsche@princelobel.com*
Jeffrey J. Pyle (BBO #647438)
*jpyle@princelobel.com*
PRINCE LOBEL TYE LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 456-8024

Dated: January 20, 2017

## CERTIFICATE OF SERVICE

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

*/s/ Jeffrey J. Pyle*
Jeffrey J. Pyle

2