UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHIVA AYYADURAI, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>FLOOR64, INC., a California corporation d/b/a TECHDIRT; MICHAEL DAVID MASNICK, an individual; LEIGH BEADON, an individual; and DOES 1-20,<br><br>            Defendants. | C.A. No. 17-cv-10011-FDS |

**NOTICE OF APPEARANCE OF ROBERT A. BERTSCHE**

Please enter my appearance on behalf of defendants Floor64, Inc. d/b/a Techdirt and Michael David Masnick.

Dated: January 21, 2017

*/s/ Robert A. Bertsche*
Robert A. Bertsche (BBO #554333)
*rbertsche@princelobel.com*
PRINCE LOBEL TYE LLP
One International Place
Boston, Massachusetts 02110
Tel: (617) 456-8000

**CERTIFICATE OF SERVICE**

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

*/s/ Robert A. Bertsche*
Robert A. Bertsche

1