UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHIVA AYYADURAI, <br><br> Plaintiff, <br><br> v. <br><br> FLOOR64, INC., *et al.*, <br><br> Defendants. | No. 17-10011 (FDS) |

### UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEYS CHARLES J. HARDER, DOUGLAS E. MIRELL AND RYAN STONEROCK

I, Timothy Cornell, counsel of record for the Plaintiff in the above-captioned actions, and a member of the Bar in this District, move pursuant to Local Rule 83.5.3(d) for the admissions *pro hac vice* of Attorneys Charles J. Harder, Douglas Mirell and Ryan Stonerock to the bar of this Court to act as co-counsel in this action. Mr. Harder and Mr. Mirell are partners in the California law firm of Harder Mirell & Abrams LLP, and Mr. Stonerock is an associate at the same firm. In support of this motion, the movant relies on the attached Declarations of Charles J. Harder, Douglas E. Mirell and Ryan Stonerock, each of which states that he is a member in good standing of the State Bars of California, New York and Washington D.C., of California, and again of California, respectively, that they are not the subject of any disciplinary proceedings as a member of any Bar, and that they are familiar with the Rules of the United States District Court for the District of Massachusetts.

It is therefore respectfully requested that this Court admit Mr. Harder, Mr. Mirell, and Mr. Stonerock *pro hac vice* for the purpose of appearing and participating as co-counsel for the Plaintiff in the above-captioned action.  Counsel for the Defendants do not oppose this motion.

| | |
|---|---|
| Boston, Massachusetts<br>March 9, 2017 | /s/Timothy Cornell<br>Timothy Cornell (BBO# 654412)<br>Cornell Dolan, P.C.<br>One International Pl., Suite 1400<br>Boston, MA  02110<br>(603) 277-0838<br>tcornell@cornelldolan.com<br>*Attorney for Plaintiff Shiva Ayyadurai* |

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7.1, I certify that on March 8, 2017, I conferred with Jeffrey Pyle, counsel for the Defendants, and that he agreed not to oppose this motion.

/s/Timothy Cornell

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2017, a true and correct copy of the foregoing document was served electronically on all registered counsel of record via ECF and is available for viewing and downloading from the ECF system, as well as by U.S. mail to those indicated as non-registered participants.

/s/ Timothy Cornell

*On behalf of Plaintiff  Shiva Ayyadurai*

{00078556;1}