# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### BOSTON, MASSACHUSETTS

| | | |
|---|---|---|
| SHIVA AYYADURAI, an individual, | ) | CASE NO. 1:17-cv-10011-FDS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF DR. SHIVA** |
| v. | ) | **AYYADURAI IN SUPPORT OF** |
| | ) | **OPPOSITION TO SPECIAL MOTION** |
| FLOOR64, INC., a California corporation | ) | **TO STRIKE COMPLAINT** |
| d/b/a TECHDIRT; MICHAEL DAVID | ) | |
| MASNICK, an individual; LEIGH | ) | |
| BEADON, an individual; and DOES 1-20, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## DECLARATION OF DR. SHIVA AYYADURAI

Dr. Shiva Ayyadurai declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am the plaintiff in this action.  I am over 18 years of age and am competent to testify.  The statements contained in this affidavit are based on my personal knowledge and, to the best of my knowledge, are true and accurate.

2.      I am a resident and domiciliary of the Commonwealth of Massachusetts.  I have resided in Massachusetts continuously since I moved here from Livingston, New Jersey in September 1981 to attend the Massachusetts Institute of Technology in Cambridge.  I have been continuously employed in Massachusetts since 1981.  I have had a Massachusetts driver's license continuously since at least 1983 and had at least one car registered in Massachusetts continuously since in or about 1983.

3.     I currently own three residential properties in Massachusetts:

a.     a single-family home in Belmont, which I acquired in or around 1987;

b.     a condominium in Cambridge, which I acquired in or about 1994; and

c.     a single-family home in Belmont, which I acquired in or around 2002 and have resided in continuously since that time.

I have owned each of these properties continuously since they were acquired and paid all applicable property taxes in Massachusetts during that time.

4.     I have owned and operated the following Massachusetts-based companies during the time periods listed below:

a.     **Information Cybernetics, Inc.**, 1995-2008:  Information Cybernetics created a suite of foundational pattern analysis technologies for universal application across multiple domains, including speech, ultrasonic signal analysis, handwriting recognition and document and email analysis.

b.     **Millennium Productions, Inc.**, 1994-1999:  Millennium Productions integrated art and information technology to develop tools and services for early on-line communities.  Two of Millennium's early projects were Arts-Online.Com and Harvard-Square.Com.  Arts-Online, based out of the Cambridge Multicultural Arts Center, was an online community that supported artists across all disciplines, from visual arts to performing arts. Harvard-Square.Com provided a platform for local Harvard Square businesses in Cambridge to onboard their products and services for e-commerce and to interact with the local community.

c.     **EchoMail, Inc.**, 1998-present:  EchoMail pioneered the intelligent email management industry through its development of an advanced artificial intelligence technology

platform.   Since its founding, EchoMail has managed billions of emails for its customers, which include major international companies as well as government institutions, such as the U.S. Senate, for automatic analysis, categorization and response to inbound email.

   d. **DCCI, LLC**, 2002-present:  DCCI owns and operates a 22,000 square foot building in Cambridge that, among other things, houses a state-the-art data center that provides cloud-based software and hardware infrastructure.

   e. **General Interactive, LLC**, 2006-present:  General Interactive is a technology incubator focused on funding and developing early stage startups from product innovation to commercialization.

   f. **CytoSolve, Inc.**, 2011-present:  CytoSolve has developed a technology platform that aims to eliminate animal testing through its computational, in-silico mathematical modeling of complex biological phenomena and diseases such as pancreatic cancer, Alzheimer's, osteoarthritis, lupus, lung cancer and periodontal disease.  CytoSolve's technology has been cited and published in journals such as Nature Neuroscience, CELL's Biophysical Journal, IEEE and Nature Biotechnology.  CytoSolve has collaborated with scientists and researchers at major institutions such as MD Anderson, Pfizer, Alnylam, Cornell Weill Medical Center, Massachusetts General Hospital and Harvard Stem Cell Institute in its development of complex disease models.  CytoSolve's technology has been used to develop a multi-combination therapeutic for pancreatic cancer that has received FDA allowance.

   g. **Systems Health, LLC**, 2014-present:  Systems Health is an educational institute that seeks to unify eastern medicine with western science.  Systems Health's curriculum, which is available online as well as through on-site workshops, aims to educate medical doctors,

nurses, and health and wellness practitioners on the unifying elements of both eastern and western medical systems.

5.      I also founded a Massachusetts-based 501(c)(3) non-profit research and education center named the **International Center for Integrative Systems** ("ICIS") in 2010 and have continuously operated it through the present.  ICIS was founded to research and educate the public regarding the power of systems-based thinking to solve problems across a range of disciplines, including health, education, agriculture, governance and medicine.  One of ICIS' projects is Innovation Corps, which identifies, mentors and supports 8-10 students each year in the age group of 14-18.  In addition, ICIS' Systems Biology program conducts research on applying systems-based approaches to complex issues such as genetically modified foods.

6.      I have never owned any real property, been issued a driver's license, registered a car, or owned and operated a company in any state in the United States other than Massachusetts.

7.      I obtained the following degrees from the Massachusetts Institute of Technology ("MIT") in Cambridge, Massachusetts:

    a.      B.S. in Electrical Engineering and Computer Science, 1986;

    b.      M.S. in Visual Studies, 1989;

    c.      M.S. in Mechanical Engineering, 1990; and

    d.      Ph.D. in Biological Engineering, 2007.

A true and correct copy of my curriculum vitae is attached hereto as **Exhibit A-1**.

8.      As reflected in my curriculum vitae, I have been recognized internationally for my developments in early social media portals, email management technologies, and contributions to medicine and biology.  I have also been a speaker at numerous international

forums, where I have discussed email, science, medicine and technology, among other topics. As indicated above, I also operate a research and education center (ICIS) and serve as Chairman and Chief Executive Officer of CytoSolve.

9.       In the spring of 1978, I was one of among forty high school students accepted into a computer science program at Courant Institute of Mathematical Sciences at New York University ("NYU").  True and correct copies of correspondence I received relating to my application and acceptance are attached hereto as **Exhibit A-2**.

10.      In the summer of 1978, I completed the computer science program at NYU, where I studied computer programming languages FORTRAN IV, BASIC, COBOL, SNOBOL, PL/I, among other things. A true and correct of my certificate of completion for this course, with distinction, is attached hereto as **Exhibit A-3**.

11.      In or about the fall of 1978, at the age of fourteen, I began working as a Research Fellow at the College of Medicine and Dentistry of New Jersey ("CMDNJ").  As part of my fellowship, I was assigned the project of creating an automated, computer-based system that replicated the interoffice paper-based mail system that existed at CMDNJ.  Initially, I visited various offices at CMDNJ to investigate the existing interoffice paper-based mail system.  As part of this investigation, I interviewed approximately a dozen secretaries to learn how they were using the paper-based mail system.

12.      By late-1978, I created a system of computer programs that was an electronic version of a paper-based interoffice mail system, which consisted of, among other things, an Inbox, Outbox, Drafts, Folders, Attachments, Carbon Copies, Blind Carbon Copies, Return Receipt, Address Book, Groups, Forward, Compose, Edit, Reply, Delete, Archive, Sort, Bulk

{00078471;3}                                            5

Distribution, and the Memo, with its now ubiquitous terms "To:," "From:," "Date:," "Subject:,"

"Body:," "Cc:," "Bcc:". These components are now a familiar part of modern email systems.

13.     I wrote nearly 50,000 lines of computer code, across a system of 35

interconnected computer programs, to create the electronic version of the interoffice paper-based

mail system. I designed the system to be accessible to ordinary people with little or no computer

experience, at a time when computers were mainly used by highly-trained technical experts. As

but one illustration of my system's functionality, it allowed a user to search their electronic inbox

for a work-related email message they received a week ago, open the attached file, respond to the

original sender in the body of the memo, edit the file and then use the electronic address book to

forward the edited file to a group of people along with a separate memo requesting their

comments.

14.     I named the system of computer programs I created "email." I used this term

because the system was an "electronic" (or "e") version of the interoffice paper-based "mail"

system. I also selected the name "email" because of the constraints of the programming

language, FORTRAN IV, and Hewlett-Packard (HP) operating system that I used, which limited

program names to all capital letters and had a five-character limit: thus, my selection of the

letters "E" "M" "A" "I" "L."

15.     By late 1979, hundreds of users across CMDNJ were using email. On or about

October 30, 1980, the West Essex Tribune, a local paper based in Livingston, New Jersey,

published an article regarding my creation of email, stating in part: "Ayyadurai…created an

electronic mail system with enough sophistication for immediate practical use at the college and

commercial potential." A true and correct copy of this article is attached hereto as **Exhibit A-4**.

16.     In or about 1980, while I was still in high school, I entered the 40th Annual Science Talent Search for the Westinghouse Science Scholarships and Award, and also a competition for a scholarship by the Thomas Edison/Max McGraw Foundations.  As part of my entries, I prepared and submitted a paper entitled, *Software Design Development and Implementation of a High-Reliability Network-Wide Electronic Mail System*, which included a description of email and several appendices outlining how it worked.  A true and correct copy of the paper I submitted for the Thomas Edison/Max McGraw scholarship is attached hereto as **Exhibit A-5**.

17.     On or about January 21, 1981, I was named a member of the "1981 Honors Group" for the Westinghouse Award.  A true and correct copy of the announcement is attached hereto as **Exhibit A-6**.  In addition, around the same time, I was also selected a semi-finalist Thomas Edison/Max McGraw scholarship.  A true and correct copy of a newspaper article regarding this announcement is attached hereto in **Exhibit A-7**.

18.     On September 2, 1981, I arrived at MIT to begin my freshman year of college.  A front-page article in "Tech Talk," the MIT Administration's official newspaper, announced the arrival of the freshman class and noted that one member of the incoming class, me, "designed an electronic mail system now being used at the New Jersey College of Medicine and Dentistry."  A true and correct copy of the article is attached hereto as **Exhibit A-8**.

19.     At the time I invented email, software inventions could not be protected through software patents.  It was not until 1994 that the United States Court of Appeals for the Federal Circuit ruled that computer programs were patentable as the equivalent of a "digital machine." However, the Computer Software Act of 1980 allowed software inventions to be protected to a

certain extent, by copyright. Therefore, in or about 1981, upon the suggestion of Dr. Paul E. Gray, who was then the President of MIT, I registered my invention with the U.S. Copyright Office as "EMAIL," which I alternately described as a "Computer Program for Electronic Mail System." Along with my application for this Copyright, I submitted all of the code I created for email. A true and correct copy of selected excerpts from the code I submitted is attached hereto as **Exhibit A-9**. These excerpts include the code for the following components of modern-day email: (a) "To"; (b) "From"; (c) "Date"; (d) "Cc"; (e) "bcc"; (f) "Subject"; (g) "Forward"; (h) "Body"; (i) "Inbox"; (j) "Outbox"; "Address Book"; (j) "Compose"; (k) "Attachment"; (l) "Groups"; and (m) "Return Receipt".

20.     On August 30, 1982, I was issued the first U.S. Copyright registration for "EMAIL." A true and correct copy of this Copyright is attached hereto as **Exhibit A-10**.

21.     Several days prior thereto, on August 27, 1982, I was also issued a copyright for an "EMAIL USER'S MANUAL," which I alternately described as an "OPERATING MANUAL FOR ELECTRONIC MAIL SYSTEM PROGRAM." A true and correct copy of this Copyright is attached hereto as **Exhibit A-11**. Along with my application for this Copyright, I submitted a user's manual for email. A true and correct copy of the first three pages of this manual is attached hereto as **Exhibit A-12**.

22.     In summary, I was the first person to create an electronic system that converted the paper-based interoffice mail system (inbox, outbox, folders, attachments, etc.) to its electronic version; the first to call it "email;" and the first to obtain U.S. Copyrights for email. On this basis, I claim to be the inventor of email: the electronic mail system as the world knows it today. I do not, however, claim to be the inventor of electronic messaging, which dates back to

the exchange of electronic messages using the telegraph of the 1800s, and includes examples such as the 1939 World's Fair where IBM sent a message of congratulations from San Francisco to New York on an IBM radio-type, calling it a "high-speed substitute for mail service in the world of tomorrow," and the rudimentary exchange of text messages between computers on networks such as the ARPANET during the 1960s and 1970s.

23.     On or about November 15, 2011, *TIME* magazine published an article entitled "The Man Who Invented Email," a true and correct copy of which is attached hereto as **Exhibit A-13**, which outlines the history of email and my invention.  The article states that "email—as we currently know it—was born" when I created it, replicating an interoffice mail system at the CMDNJ.  The article states that "the original system was set up for doctors to communicate electronically using the [physical] template they were already used to" and the interface "hasn't changed all that much" in becoming the email system we know and use today.  The *TIME* article also states that in "1981, Shiva [Ayyadurai] took honors at the Westinghouse Science Awards for his 'High Reliability, Network-Wide, Electronic Mail System'" and in 1993 "won a White House competition for developing a system to automatically analyze and sort email messages."

24.     In June 2012, *Wired* magazine reported that: "Email … the electronic version of the interoffice, inter-organizational mail system, the email we all experience today … was invented in 1978 by [Dr. Shiva Ayyadurai] … The facts are indisputable."  A true and correct copy of the June 2012 *Wired* magazine article is attached hereto as **Exhibit A-14**.

25.     In or about May 2014, the *Wall Street Journal* commissioned me to write an essay on "the future of email," for its 125th Anniversary issue.  In July 2014, *The Wall Street Journal* published the article, entitled "V.A. Shiva Ayyadurai on the Future of Email: It Gets Better," a

true and correct copy of which is attached hereto as **Exhibit A-15**. The article refers to me as "Email's Inventor."

26.     In July 2015, CBS reported on *The Henry Ford Innovation Nation,* hosted by Mo Rocca: "Next time your fingers hit the keyboard to write a quick email, you might want to say, thank you to Shiva Ayyadurai.... he is credited with inventing email.... in the late 1970s."

27.     Several other testimonials supporting my invention of email, from prominent experts in the technology industry, are set forth in paragraphs 22 through 33 of the Complaint. I personally received each of the testimonials from the individuals identified therein, and each quotation in paragraphs 22 through 33 is a true and correct representation of the testimonial I received from each individual.

28.     Since at least 2014, defendants Floor64, Inc. d/b/a Techdirt and Michael David Masnick (collectively, "Defendants") have engaged in an ongoing campaign to damage my personal and professional reputation and career by publishing no less than fourteen (14) false and highly defamatory articles about me on their website at www.techdirt.com (collectively, the "Defamatory Articles"). The Defamatory Articles falsely state, among other things, that I am a "fraud," "liar" and a "fake" for claiming to be the inventor of email. The Defamatory Articles also falsely state that I have lied to and defrauded people for claiming to be the inventor of email and that I have built my entire reputation on my claim to being the inventor of email. True and correct copies of the Defamatory Articles are attached as Exhibits G through T to the Complaint (and are also attached to the Declaration of Ryan J. Stonerock filed concurrently herewith). The false and defamatory statements contained in the Defamatory Articles are identified in paragraphs 34 through 47 of the Complaint.

29.     I have never lied to or defrauded anyone regarding my invention of email, including the authors of the November 15, 2011 *TIME* magazine article, the June 2012 *Wired* article, or the numerous testimonials supporting my invention of email. I have not built my entire reputation on my claim to being the inventor of email. In fact, I have a well-respected reputation beyond just my invention of email.

30.     Defendants' false statements in the Defamatory Articles attribute conduct, characteristics and conditions to me that are incompatible with the honest and proper pursuit of my career as a businessman, inventor, scientist and entrepreneur. As a direct result of Defendants' publication of the Defamatory Articles, I have suffered substantial reputational harm and substantial harm to my career, business and income, including the loss of: contracts and renewals; opportunities for investments in my emerging companies; speaking and book tour engagements; a position at MIT as a visiting scientist; existing and potential book deals; and revenue from the sale of my book, entitled "The Email Revolution."

31.     The vast majority of this harm has been suffered in Massachusetts where I reside. However, the wide dissemination of the Defamatory Articles through the internet has caused me damage worldwide. Anyone who searches my name on Google or other search engines sees the Defamatory Articles in the first page of search results. As a result, anyone who would otherwise have hired or partnered with me likely will decline, and have declined, to do so, believing Defendants' false and libelous statements about me to be true. For example, in nearly every business development presentation for my emerging companies with new partners, customers or investors, I have been forced to take a significant portion of valuable time to discuss and review the facts behind my invention of email, to regain credibility in their eyes as a starting point for

discussing the science and technology of my new ventures, as such new partners, customers or investors have come across the Defamatory Articles through a Google search and, upon first impression, question my authenticity as a scientist and inventor.  This need to regain credibility has made my business development and growth significantly more difficult in an extremely competitive landscape, particularly in Massachusetts, the hub of biotech companies.

31.    The Defamatory Articles have also resulted in a wave of attacks by others to discredit and erase me from the history of electronic communications, including the removal references on Wikipedia to my contributions to email, citing the Defamatory Articles as the basis for removal, and to discredit my other ongoing scientific contributions.

32.    Defendants' false and defamatory statements have also caused me severe emotional distress, including constant anxiety, depression, loss of sleep and loss of motivation to take care of my health and well-being.  I have lost friendships and personal relationships and been forced to engage in a constant battle to protect my personal and professional reputation with friends, family, business partners, colleagues and acquaintances, among others.

33.    I filed a lawsuit against Gawker Media in the U.S. District Court for the District of Massachusetts, Case No. 1:16-cv-10853-JCB, over three defamatory articles calling me a "fraud" related to my claim to having invented email.  That case resolved when Gawker Media permanently removed all three articles and paid $750,000 to me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 17, 2017 at Cambridge, Massachusetts

Dr. Shiva Ayyadurai

EXHIBIT A-1

# CURRICULUM VITAE
## Shiva Ayyadurai, Ph.D.

## Education

| INSTITUTION AND LOCATION | DEGREE | YEAR | FIELD OF STUDY |
|---|---|---|---|
| MIT, Department of Biological Engineering | Ph.D. | 2007 | Systems Biology |
| MIT, Department of Mechanical Engineering | S.M.M.E. | 1990 | Applied Mechanics |
| MIT Media Laboratory, Department of Architecture | S.M.V.S. | 1989 | Scientific Visualization |
| MIT, Department of Electrical Engineering and Computer Science | S.B.E.E. | 1986 | Operating Systems |

## Industry & Entrepreneurial Experience

| | |
|---|---|
| 2011-Present | Founder, Chairman & CEO, CytoSolve, Inc., In-Silico Drug Development |
| 2012-Present | Founder, Innovation Corps, Non-Profit Project of International Ctr of Integrative Systems |
| 2009 | Outstanding Scientist Technology of India Origin , CEO, CSIR-Tech, New Delhi, India |
| 2004-Present | Board Member, EchoMail, Inc., Enterprise Email Management |
| 2004-Present | Founder and Managing Director, General Interactive, LLC, Venture Incubator |
| 1998-2004 | Founder, President & CEO, EchoMail, Inc., Enterprise Email Management |
| 1994-1998 | Founder, President & CEO, Millennium Productions, Inc., Software & Media Production |
| 1990-1994 | Director of Advanced Products, Dataware Technologies, Inc., CD-ROM Search Software, |
| 1986-1990 | Senior Engineer, Graphics Software, IBM/Lotus Development Corporation |
| 1984-1986 | Senior Engineer, Information Resources, Inc., Marketing Analytics |
| 1983-1984 | Consulting Software Engineer, Chase, Inc., Hydrodynamics Software, |
| 1982-1984 | Research Engineer, HP Medical Systems, Operating System for Cardiologist Workstation, |
| 1982-1983 | Consulting Software Engineer, MIT Civil Engineering, Intelligent Signal Processing, |
| 1981-1982 | Consulting Software Engineer, Number Nine, Inc., Advanced Graphics Hardware, |

## Academic Teaching Experience

| | |
|---|---|
| 2010 - 2013 | Lecturer, Systems Visualization, MIT Comparative Media Studies |
| 2007-2012 | Lecturer, MIT Biological Engineering Department |
| 2007 | Lecturer, Biological Pathway Design and Implementation,  SMA 2007 Boot Camp |
| 2006 | Lecturer, Biological Pathway Design and Implementation, SMA 2006 Boot Camp |
| 2006 | Teaching Assistant, Control Systems and Dynamics, 2.14, MIT Mechanical Engineering |
| 1994-2004 | Industry Expert, "Dr. E-Mail", Lectures Worldwide, Global 2000 Companies |
| 1992-1994 | Lecturer, Information Technology I, MIT Sloan School of Management |
| 1990 | Teaching Assistant, Dynamics, 2.03, MIT Department of Mechanical Engineering. |
| 1988 | Lecturer, Physics, MITES Program, |
| 1987 | Teaching Assistant, Computer Graphics, 4.971, MIT Media Laboratory |
| 1986 | Teaching Assistant, Measurements Laboratory, 2.671, MIT Mechanical Engineering |
| 1985 | Teaching Assistant, Being There, MIT Humanities Department |
| 1984 | Tutor, Circuits and Electronics, 6.002, MIT Electrical Engineering and Computer Science |
| 1983 | Tutor, Structures & Programming, 6.001, MIT Electrical Engineering & Computer Science |
| 1982 | Lecturer,  IAP Course on Indian Art History, MIT Humanities Department |

## Academic Research Experience

| | |
|---|---|
| 2009-Present | Director, International Center for Integrative Systems, Educational & Research Foundation |
| 2013 - 2014 | Visiting Scientist, Sociotechnical Systems Rsrch Ctr., Engineering Systems Division, MIT |
| 2010-2011 | Director, MIT Media & Organizational Biomimetics, Comparative Media Studies, MIT |
| 2009 | Scientist Level H, Council of Scientific and Industrial Research, New Delhi, India |
| 2007-2009 | Fulbright Scholar, Systems Biology-Traditional Medicines, US-India Fulbright Program |

| 2004-2007 | Research Associate, MIT Biological Engineering, Computational Systems Biology |
| 1996-2004 | Chief Scientist, EchoMail, Inc., Large Scale Architectures for Message Analysis |
| 1992-1996 | Chief Technology Officer, Information Cybernetics, Inc., Document Analysis & Modeling |
| 1990-1992 | Research Team Leader, Sloan School of Mgmt, Offline Handwriting Recognition, MIT |
| 1988-1990 | Graduate Research Assistant, MIT NDE Lab, Wave Propagation Analysis and Modeling |
| 1986-1988 | Graduate Research Fellow, MIT Media Laboratory, Automated Graphic Design System |
| 1984-1986 | UROP Research, Particle Analysis in Fluidized Bed Reactors, Langer Laboratory, MIT |
| 1983-1984 | UROP Research, Cryogenic Embryo Preservation, Health Sciences and Tech., MIT |
| 1982 | UROP Research, History of India's Caste System, Prof. Noam Chomsky, MIT |
| 1981-1983 | UROP Research, Tadoma and Speech Recognition, Research Lab for Electronics, MIT |
| 1978-1983 | Research Associate, Sleep Pattern Analysis, Biomedical Engineering, UMDNJ |
| 1978-1984 | Research Fellow, Email System, Laboratory for Computer Science, UMDNJ |

## Selected Publications

S. Ayyadurai, M. Hansen, J. Fagan, P. Deonikar, *In-Silico* Analysis & *In*-Vivo Results Concur on Glutathione Depletion in Glyphosate Resistant GMO Soy: Advancing a Systems Biology Framework for Safety Assessment of GMOs, American Journal of Plant Sciences, Vol. 7, No. 12, August 19, 2016.

M. Sweeney, S. Ayyadurai, B.V. Zlokovic, Pericytes of the neurovascular unit: key functions and signaling pathways, Nature Neuroscience, Vol. 19, No. 6, 771-83, May, 2016.

S. Ayyadurai, P. Deonikar, Do GMOs Accumulate Formaldehyde and Disrupt Molecular Systems Equilibria? Systems Biology May Provide Answers, Agricultural Sciences, Vol. 6, No. 7, July 10, 2015.

S. Kothandaram, P. Deonikar, M. Mohan, V. Venugopal, S. Ayyadurai, *In-Silico* Modeling of C1 Metabolism, American Journal of Plant Sciences, Vol. 6, No. 9, June 17, 2015.

S. Ayyadurai, The Control Systems Engineering Foundation of Traditional Indian Medicine: the Rosetta Stone for Siddha and Ayurveda, Systems of Systems Engineering, Vol. 5, No. 2, 125-149, June, 2014.

A. Koo, S. Ayyadurai, D. Nordsletten, R. Umeton, B. Yankama, S. Ayyadurai, G. García-Cardeña, C. Forbes Dewey Jr., *In Silico* Modeling of Shear-stress-induced Nitric Oxide Production in Endothelial Cells through Systems Biology, Cell Biophysical Journal, Volume 104, Issue 10, 2295-2306, May 21, 2013.

S. Ayyadurai, S. Abraham, T. Zawacki, International Small Business Commerce (ISBC): Potential Source of New Revenue for the United States Postal Service, U.S. Postal Service Office of Inspector General, February 15, 2013.

S. Ayyadurai, D. Sparks, L.P. Michelson, S. Abraham, Email Management & Potential Opportunities for United States Postal Service, U.S. Postal Service Office of Inspector General, August 24, 2012.

S. Ayyadurai, D. A. Nordsletten, B. Yankama, R. Umeton, C. F. Dewey Jr., Multi-scale Mathematical Modeling to Support Drug Development, Proceedings of Biomedical Engineering Society (BMES), Hartford, CT, October 12-15, 2011.

S. Ayyadurai, C.F. Dewey, Jr., CytoSolve: A Scalable Computational Method for Dynamic Integration of Multiple Molecular Pathway Models, Biological Engineering Division, MIT, Cambridge, MA, June 28, 2011.

S. Ayyadurai, Biomimetics of Communication and Media, 12th International Research Symposium on Service Excellence in Management, Ithaca, NY, June 2-5, 2011.

S. Ayyadurai, C.F. Dewey, Jr., A Distributed Computational Architecture for Integrating Multiple Biomolecular Pathways, Biological Engineering Division, MIT, Cambridge, MA, March 9, 2011.

S. Ayyadurai, Services-Based Systems Architecture for Modeling the Whole Cell: A Distributed Collaborative Engineering Systems Approach, Communications in Medical and Care Compunetics, Springer Publications, 16 November 2010.

S. Ayyadurai, B. Yankama, R. Umeton, C. F. Dewey Jr., Editing and Aligning Complex Molecular Pathways Using 3D Models, Proceedings of Biomedical Engineering Society (BMES), Austin, TX, October 6-9, 2010.

S. Ayyadurai, Commentary: Innovation Demands Freedom, Nature India, December, 2009.

S. Ayyadurai, Modeling the Cell, Proceedings of BIO-IT Conference, In Silicon Modeling Section, Boston. MA, April 2009.

S. Ayyadurai, Integration of Siddha with Systems Biology, Proceedings of Fullbright Conference 2009, Kolkata, India, March 2009.

S. Ayyadurai, Eva Sciacca, C. Forbes Dewey, Jr., A Web Based Tool for Integration of Molecular Pathway Models, Proceedings of BioInformatics and BioEngineering, 8th IEEE International Conference, 8-10 Oct. 2008.

S. Ayyadurai, Mission of Systems Biology, Bio-IT Beyond Genome Conference Proceedings, June 2008.

S. Ayyadurai, C.F. Dewey, Jr., Scaleable methods for large molecular pathway calculations: application to EGFR, In Biomedical Engineering Society Annual Fall Meeting, Los Angeles, September 2007.

K. R. Stiehl, K. Dang, S. Ayyadurai, B.-S Seah, S. S. Bhowmick, C. Forbes Dewey, Jr., A New Approach to Database Creation Using Ontologies: OWLdb. K. Dang, K. R. Stiehl , S. Ayyadurai, B.-S Seah, S. S. Bhowmick, C. F. Dewey, Jr., An Information Architecture to Support Molecular Pathway

S. Ayyadurai, C.F. Dewey, Jr., Integrating an Ensemble of Biochemical Network Models, In International Society of Computational Biology (ISCB 2007), Vienna, July 2007.

S. Ayyadurai, Cytosolve, In proceedings of the Singapore MIT Symposium for Computational and Systems Biology, January 2007.

S. Ayyadurai, Integrating Biological Pathway Models, In MIT CSBi Oktoberfest Proceedings, Cambridge, October, 2006

S. Ayyadurai, C. Forbes Dewey, Jr., C. Tan, Distributed Computing of Complex Collections of Biological Pathways, In World Congress on Medical Physics and Biomedical Engineering (WC 2006), Seoul, August-September 2006.

S. Ayyadurai, C. F. Dewey, Jr., J. Bassingthwaighte, J. Butterworth, P. Villiger, P. Hunter, Normalization of Biological Pathways, In World Congress on Medical Physics and Biomedical Engineering (WC 2006), Seoul, August-September 2006.

S. Ayyadurai, C.F. Dewey, Jr., Cytosolve: A Distributed Computational Architecture for the Integration of Biomolecular Pathways, In Biomedical Engineering Society Annual Meeting, Chicago, September 2006.

C. F. Dewey, Jr., S. Ayyadurai, V. Rouilly, C. L. Poh, S. S. Bhowmick, J. Evans, R. I. Kitney, Footprints in the Sand: Supporting External Analysis of Medical and Biological Databases, In World Congress on Medical Physics and Biomecal Engineering (WC 2006), Seoul, August-Sept 2006.

S. Ayyadurai, Modeling Actin Polymerization as a System of Integrated Biomolecular Pathways, In Proceedings of the Annual MIT CSBi Oktoberfest, October 2005.

S. Ayyadurai, C.F. Dewey, Jr., Computing unsteady phenomenon across multiple molecular pathways, In Biomedical Engineering Society Annual Meeting, Washington, D.C., September 2005.

S. Ayyadurai, S. A. Cimaszewski, J. H. Williams, Jr.: Unsupervised Classification of Fiber Composite Interphases, In Proceedings of the Second International Conference on Acusto-Electronics, The American Society of Nondestructive Testing, June 24-25, 1993.

A. Gupta, M. V. Nagendraprasad, A. Liu, Patrick Shen-Pei Wang, S. Ayyadurai: An Integrated Architecture for Recognition of Totally Unconstrained Handwritten Numerals, In International Journal of Pattern Recognition and Artificial Intelligence, Vol. 7, No. 4, pp. 757-773, 1993.

G. V. Novakovic, L. E. Freed, S. Ayyadurai, H. Bernstein, Robert S. Langer and C. L. Cooney, Fluid-Dynamic Study of the Enzymatic Fluidized Bed Reactor for Blood Dehparinization, Fluidization VI, In Proceedings of the International Fluidization Conference, Banff, Canada, May 1989.

S. Laxminarayan, O. Mills, L. Rajaram, S. Ayyadurai, L.P. Michelson, Sleep Stage and Apnea Pattern Analysis, In Proceedings of the International Conference on Medical and Biological Engineering, Espoo, Finland, August 1985.

## Books

**The Future of Email: What We Must Do to Protect Ourselves**
A review of email's origin and where email is going including opportunities and dangers.
Publisher: General Interactive, Cambridge, 2016

**Systems Health**
A three-volume set that is the text book for the Systems Health® course.
Publisher: General Interactive, Cambridge, 2016

**The Science of Everything**
An integration of eastern medicine & western systems theory to reveal the "science of everything."
Publisher: General Interactive, Cambridge, 2016

**Your Body, Your System**
How to achieve health and well-being by treating the body as a complex system of systems.
Publisher: General Interactive, Cambridge, 2016

**The System and Revolution**
Provides an accessible guide to power of systems thinking and how it can revolutionize everything.
Publisher: General Interactive, Cambridge, 2015

**The EMAIL Revolution: Unleashing the Power to Connect**

Provides the history of email and how modern AI is advancing email across major organizations: small and large.
Publisher: Skyhorse & Penguin, New York, 2013

**The Internet Publicity Guide: How to Maximize your Marketing and Promotion in Cyberspace**
Educational guide for online retailers on how to build sales through the emerging online medium.
Publisher: Allworth Press, New York, 1997

**Arts and The Internet: A Guide to the Revolution**
A guide to educate artists on the power of the Internet for new forms of art and distribution.
Publisher: Allworth Press, New York, 1996

## Patents
Patent No. 6,668,281, V.A. Shiva Ayyadurai, "Relationship management system and method using asynchronous electronic messaging", April 6, 2004.

Patent No. 6,718,368, V.A. Shiva Ayyadurai, "System and method for content-sensitive automatic reply message generation for text-based asynchronous communications", April 6, 2004.

Patent No. 6,718,367, V.A. Shiva Ayyadurai, "Filter for modeling system and method for handling and routing of text-based asynchronous communications", April 6, 2004.

## Research and Thesis Supervision
Ceryen Tan, **MIT UROP Project,** Biological Engineering, **Title:** SBML API Programming for Biological Systems Integration, 2005.

Steven A. Cimaszewksi, **MIT Masters Thesis,** Mechanical Engineering, **Title:** Statistical Analysis of Fiber Composite Interphase Inverse Problem, 1994.

Peter L. Sparks, **MIT Bachelors Thesis,** Electrical Engineering, **Title:** A Hybrid Method for Segmenting Numeric Character Strings, 1991.

Matthew J. Labrador, **MIT Bachelors Thesis,** Electrical Engineering, **Title:** The Generalized Mass-Spring Lattice Model with Damping : A Lagrangian Dynamics Approach, 1990.

## Honors and Awards
**#1 Reviewer's Choice for The Future of Email Book**
Midwest Book Review: Small Press Bookwatch, 2017

**Email @33: Inventor of Email Honoring**
Digital India Foundation, September 2015

**Serial Entrepreneur of the Year**
Entrepreneur Magazine, 2015

**Nominated National Medal of Technology and Innovation (NMTI)**
US Patent and Trademark Office, September 2014

**Livingston Hall of Fame**
Livingston Educational Foundation (LEF), June 2014

**ASSIST World Records Research Foundation Honorary Award**
ASSIST World Records Research Foundation, Puducherry, India July 2013

**Honorary Doctorate**
Vinayaka Missions University, Salem, India July 2013

**SKP Lifetime Achievement Award for Science and Technology**
SKP Engineering College, Tiruvannamallai, India July 2013

**Sri Sakthi Institute of Technology  Lifetime Achievement Award**
Sri Sakthi Institute of Technology, Coimbatore, **India July 2013**

**The Smithsonian's National Museum of American History Acceptance of EMAIL papers, artifacts**
National Museum of American History, The Smithsonian Institution, Washington D.C, February 16, 2012

**First Outstanding Scientist and Technologist of Indian Origin (STIO/H)**
Council of Scientific and Industrial Research (CSIR), India, 2009

**Fulbright Scholar**
US Fulbright, Washington, DC, 2008-2009

**Travel Fellowship Award**
ISMB 2007,  Vienna, Austria, 2007

**Fulbright Scholar**
US Fulbright, Washington, DC, 2007

**Graduate Research Fellowship**
SMA Graduate Research Fellowship, 2004-2007

**Communications Solutions ™ Product of the Year Award**
EchoMail RMOS Product Suite, November, 2003

**Customer Interactive Solutions, TMC Labs Innovation Award**
EchoMail Customer Care, September, 2002

**Massachusetts Interactive Media Council Award (MIMC)**
Customer Support Applications, EchoMail CC/BI (Finalist) 2002

**Silver Pencil Award, Integrated Branding**
Wieden & Kennedy/EchoMail, cK one E-Mail Campaign, 2001

**Lotus Beacon Award**
EchoMail RMOS Product Suite, 2000

**Best of Class Internet Commerce Expo**
Customer Service & Fulfillment, EchoMail CC, 1999

**Massachusetts Interactive Media Council Award (MIMC)**
Groupware/Collaborative Website (Finalist) World Music , 1998

**Massachusetts Interactive Media Council Award (MIMC)**
Non-Profit/Public Service Online, AccessExpressed.org Online Community (Finalist), 1998

**Who's Who in America**
Since 1997

**IBM/Lotus Beacon Award**
Best Messaging Solution, EchoMail Suite, 1997

**Massachusetts Interactive Media Council Award**
Best E-Mail/ Fax Application, EchoMail suite, 1997

**Discover Magazine Award for Technical Innovation**
XIVA™ Core Technology, 1996

**Lemelson-MIT Award for Innovation**
XIVA™ Core Technology (Finalist), 1996

**Verizon (formerly GTE/BBN) Technologies Award**
ProVision Award, Interactive Marketing Creative Direction, 1996

**PCWeek's Web Site of the Week**
Harvard-Square.com Online Community, 1996

**Best of Europe Online**
Arts-Online.com Online Community, 1996

**Yahoo! #1 What's Cool**
Harvard-Square.com Online Community, 1996

**IBM Best Online Community**
Harvard-Square.com Online Community, 1996

**DISNEY EPCOT Center Award for Exhibit**
Selected to be in Innoventions Exhibit, 1996

**First Place, Competition for Automatic Categorization of Electronic Mail**
Office of the President, White House, Washington, DC, November, 1994.

**Winner, Automatic Categorization of SGML Tagged Documents**
Information Handling Services (IHS), Boulder, CO, 1993.

**International Fellowship Research Grant, Research in the Cross-Language Translators**
Sloan School of Management and Industrial Liaison Program and the Italian Trade Commission, MIT,
Cambridge, MA, 1992.

**Elected Session Chairman,  Session on Scientific Visualization**
International IEEE EMBS Conference, Institute of Electrical and Electronics Engineers (IEEE),
Philadelphia, PA, 1991

**Founder and Organizer, Session on Scientific Visualization**
International IEEE EMBS Conference, Institute of Electrical and Electronics Engineers (IEEE),  Seattle,
WA, 1990.

**Full Member, SIGMA XI**
Since 1989

**SIGMA XI UROP Award for Outstanding Undergraduate Research**
1985

**MIT Mennen Scholar**
1982-1986

**Tau Beta Pi**
1984.

**ETA KAPPA NU**
1984

**VI-A  Hewlett-Packard COOP Assignment**
Biomedical Division, Andover, MA 1983

**MIT Varsity Soccer**
1982

**Awarded Westinghouse Science Talent Search Award**
1981

**Thomas Alva Edison/Max McGraw Finalist**
1981

**Accepted to American Legion Jersey Boys State Program**
1981

**Outstanding Statesman Award, American Legion Jersey Boys State**
1981

**All-County Soccer Champions**
Essex County, New Jersey, 1981

**Individual First Place in Advanced Mathematics at New Jersey State Mathematics Competition**
1981

**Accepted to Gifted Students Program**
New York University Program in Computer Science at Courant Institute of Mathematical Sciences for
gifted students in Eighth Grade of Junior High School, 1977

## Professional Societies

TIE, Charter Member
Tau Beta Pi, Lifetime Member
Sigma Xi, Full Member
Eta Kappa Nu, Member
Oxford-Cambridge Society, Member
The Indus Enrepreneur (TIE), Charter Member
Biomedical Engineering Society (BMES), Student Member

## Skills

**Programming Languages**
C++, C, Java, HTML, ASP

**Foreign Languages**
Spanish, Italian, Tamil, Hindi

**General Skills**
Problem Solving, Writing, Teaching and Lecturing, Fundraising, Research, Proposal Development, Software Architecture, Design and Development, User Interface Design, Mathematical Modeling, Organizational and Business Development, Crisis Management, Mentoring and Career Development, Negotiations

## Invited Lectures (selected ones)

**Karunya University,  National Level Symposium**
Address: Inventions and Innovations for Sustainable Development
Coimbatore, India March 2014

**Hindustan Educational Institutions**
Address: Innovate to Lead
Coimbatore, India March 2014

**Indian Institute of Technology, Mumbai**
Address: Innovation Anytime, Anyplace by Anybody
Mumbai, India March 2014

**Indian Institute of Technology, Delhi**
Address: Innovation Anytime, Anyplace by Anybody
New Delhi, India March 2014

**Penguin Publication Book Tour**
Address: The EMAIL Revolution
India, March 12 to March 25, 2014

**Chopra Center: Journey to Healing**
Address: Systems Health
San Diego, CA March 2014

**Sages and Scientists**

Address: Systems and Revolution
San Diego, CA August 2013

**MIT Conversations on Sociotechnical Systems**
Address: Rethinking Narrative and Systems of Innovation: Innovation Anytime, Anyplace by Anybody
MIT, Cambridge, MA October 2013

**Chopra Center: Journey to Health**
Address: Systems Health
San Diego, CA August 2013

**Hindustan University**
Address:  Innovation Anytime, Anyplace by Anybody
Chennai, India July 2013

**Velammal Vidyalaya**
Address:  Innovation Anytime, Anyplace by Anybody
Chennai, India July 2013

**SCAD Engineering College**
Address:  Innovation Anytime, Anyplace by Anybody
Tirunelveli District, India July 2013

**PSR Engineering College**
Address:  Innovation Anytime, Anyplace by Anybody
Sivakasi, India July 2013

**Kalasalingam University**
Address:  Innovation Anytime, Anyplace by Anybody
Virudhunagar, India July 2013

**Kalaignar Institute of Technology**
Address:  Innovation Anytime, Anyplace by Anybody
Coimbatore, India July 2013

**Sri Sakthi Institute of Technology**
Address:  Innovation Anytime, Anyplace by Anybody
Coimbatore, India July 2013

**SCAD Engineering College**
Address:  Innovation Anytime, Anyplace by Anybody
Coimbatore, India July 2013

**Akshara Vidyaashram**
Address:  Innovation Anytime, Anyplace by Anybody
Cuddalore, India July 2013

**CK College of Engineering & Technology**
Address:  Innovation Anytime, Anyplace by Anybody
Cuddalore, India July 2013

**Sathyabama University**
Address: Overcoming Hurdles and Believing in Oneself to Fulfill One's Destiny
Chennai, India July 2013

**Infosys**
Address: How Innovation can Happen: Innovation Anytime, Anyplace by Anybody
Chennai, India July 2013

**GT Aloha Vidyamandir**
Address: Integrate and Innovate
Chennai, India July 2013

**Vellore Institute of Technology**
Address:  Siddha: The First Systems Biology
Vellore, India July 2013

**Sri Sairam Engineering college & Sri Sairam Homoeopathy Medical College**
Address:  Innovation and the Invention of Email / Integration of Ancient and Alternative Medicine
Systems
Chennai, India July 2013

**Sona University**
Address:  Innovation Anytime, Anyplace by Anybody
Salem, India July 2013

**Vinayaka Missions University**
Address:  Innovation Can Happen Anywhere
Salem, India July 2013

**Sastha Tamil Foundation**
Address: Innovation and Systems
Plano, TX April 2013

**The Consortium of Health and Military Performance**
Address: A Revolution in Medical Education
Uniformed Universities of Health Sciences, April 2013

**MIT Traditional Medicines Society**
Address: EAST MEETS WEST: Traditional Medicines + Modern Systems Biology
MIT, Cambridge, MA February 5, 2013 to April 21, 2013

**MIT Biological Engineering Department Lecture Series**
Address: EAST MEETS WEST: Traditional Medicines + Modern Systems Biology
MIT, Cambridge, MA September 9, 2011 to December 5, 2011

**MIT Lecture Series**
Address: EAST MEETS WEST: Traditional Medicines + Modern Systems Biology
MIT, Cambridge, MA September 9, 2010 to December 9, 2010

**Customer Response Summit**
Address: PREDICTING THE FUTURE: Are You REALLY Ready to Listen?
Westin Kierland Resort & Spa, Scottsdale, AZ November 3rd & 4th, 2010

**Visual Interpretations Conference**
Address: Collaborative Cave Drawings of Social Interactions: Simple Visualizations of Complex
Phenomena humanities + digital Visual Interpretations Conference @ MIT, Cambridge, MA May 2010

**BIO-IT Conference In Silico Biology**
Address: Modeling the Cell
BIO-IT Conference, Boston, MA April 2009

**Sri Ramachandra University**
Address: Integration of Yogic Science and Systems Biology
Sri Ramachandra University, Chennai, IN, March 2009

**SIAM Conference on Multi-Scale Systems**
Address: Scalable Architecture for Integrating Multiple Biological Pathway Models
Montreal, CANADA August 2008

**Genome Biology Conference - KEYNOTE SPEAKER**
Address: The Mission of Systems Biology
Genome Biology Conference, San Francisco, CA June 2007

**MIT UROP Panel**
Address: Opportunities for Research at MIT
MIT UROP, Cambridge, MA February 2007

**MIT Singapore Symposium**
Address: Cytosolve
SMA Alliance Symposium, Singapore, January 2007

**MIT GAME Seminar**
Address: Modeling the Cell
Graduate Mechanical Engineering Students Seminar, Cambridge, MA 2005

**Effective E-Mail Marketing Campaigns**
Address: Measure your Success: New Metrics for E-Mail Marketing
The Institute for International Research, San Francisco, CA, February 2002

**Excellence in E-CRM Conference**
Address: The Big Lie of CRM
Allstate Corporation Conference Center, Northbrook, Ill. November 2001

**E-Marketing / E-Service Seminar Series**
Address: E-Mail Project Solutions
Cambridge Education Center, Cambridge, MA December 2001

**EU Conference: Artificial Intelligence**
How to Increase Banking Business and Open New Dialogue with On-line Customers
Address: E-Business Strategies for CRM
Realvision Vicenza e NTI UK Italia, *Vicenza, Italy, June 2001*

**Pre-Conference Lecture, E-Mail2001 @ MIT Conference**
Keynote Address: The Pulse of the Industry
Becton, Dickinson and Company, Franklin Lakes, New Jersey, May 2001

**Nothing But New Forum at Fidelity Center for Applied Technology**
Keynote Address: E-Mail Marketing Strategies
Fidelity Center for Applied Technologies, *Boston, MA, April 2001*

**E-Mail2001@MIT Conference: Intelligent Life**
Keynote Address: The Corporate Nervous System
MIT University Park Hotel, *Cambridge, MA, January 2001*

**Southern India E-Commerce Conference 2000**
Keynote Address: E-Mail = E-Commerce
Advertising Club of Madras, *Chennai, India, December 2000*

**Le Potenzialita del Marketing On-line in Italy**
Keynote Address: Marketing On-line in Italy: How It Can Be Done
Brodeur Image Time, *Milan, Italy, December 2000*

**2000 General Motors Dealer Summit**
Keynote Address: eCRM - How E-Mail Helps Your Business
Maritz Performance Improvement Company, *Scottsdale, AZ, October 2000*

**Producing Sales in Call Centers**
Keynote Address: Implementing Interactive Web
Institute of International Research, *Washington, D.C., June 2000*

**Measuring and Managing the Quality of E-Mail Response**
Keynote Address: Using Automated Systems to Improve E-Mail Response
InfoCast, *San Francisco, CA, May 2000*

**JCPenney Internet Day**
Keynote Address: E-Mail - The Ultimate Relationship Builder
JCPenney, *Huston, TX, May 2000*

**Annual Investment Conference for Private Companies**
Keynote Address: Electronic Customer Relationship Management
Massachusetts Software and Internet Council, World Trade Center, *Boston, MA, April 2000*

**Innovators Breakfast Series**
Open Discussion: The eCRM Problem
Massachusetts Institute of Technology, New York Academy of Sciences, *New York, NY, April 2000*

**Innovators Breakfast Series**
Open Discussion: The Power of E-Mail - Brand Loyalty in Real Time
Massachusetts Institute of Technology, National Press Club, *Washington, D.C., April 2000*

**American Express, Naples Conference**
Keynote Address: Electronic Customer Relationship Management
American Express, *Naples, FL, March 2000*

**American Express, Bermuda Conference**

Keynote Address: Electronic Customer Relationship Management
American Express Delivery Group, *South Hampton, Bermuda, March 2000*

**Customer E-Mail Management**
**Keynote Address: Using Automated Systems to Improve E-Mail Response**
International Quality & Production Center, *London, England, February 2000*

**GM e-Wow Speaker Series: Building Customer Relationships Online**
Keynote Address: Electronic Customer Relationship Management
General Motors Global Brand Management College, *Detroit, Michigan, February 2000*

**Innovators Breakfast Series**
Open Discussion: Is software That Answers E-Mail Automatically the Future of On-line Marketing?
Massachusetts Institute of Technology, *Cambridge, MA, February 2000*

**Internet Customer Relationship Management**
Keynote Address: Electronic Customer Relationship Management
The Institute for International Research, *San Diego, CA, January 2000*

**Electronic Commerce World 1999 Conference**
Educational Track: E-Mail--The Ultimate Relationship Builder
EC World 2001 Conference, *Orlando, FL, October 1999*

**Technology Based Customer Care ICM Conference**
Keynote Address: E-Mail = E-Commerce
ICM Conferences, Atlanta, *Georgia, February 1999*

**DISNEY INSTITUTE/ OOPS Conference**
Address: Object Oriented Programming, 1998
Other Seminar Leaders: Alan Kay


**Books and Chapters in Books**
**The EMAIL Revolution**
Author: V.A. Shiva
Publisher: Allworth Press, New York, 1997

**E-Mail: The Ultimate Relationship Builder**, Volume (In Progress)
Volume I, Volume II, Volume II
Author: V.A. Shiva

**The Internet Publicity Guide: How to Maximize your Marketing and Promotion in Cyberspace**
Author: V.A. Shiva
Publisher: Allworth Press, New York, 1997

**Arts and The Internet: A Guide to the Revolution,**
Author: V.A. Shiva
Publisher: Allworth Press, 1996, New York

**Chapter on Electrodynamics, Dynamics,**
Chapter in Book by Prof. Williams

**Chapter in Communications Arts**

**Computer Assisted Automatic Indexing**
Document Analysis Conference, October, 1994
Author: V.A. Shiva Ayyadurai, Submitted for Publication

**Unsupervised Hierarchical Clustering of Fiber Interphases for Materials Classification**
American Society of Non-Destructive Testing (ASNT) Conference, April, 1993
Authors: V.A. Shiva Ayyadurai, S. Cimaszewski, J.H. Williams. Jr.

**Neural Network Based Hybrid System for Handwritten Character Recognition**
Sloan School of Management Technical Report Fall, 1991
Author: Shiva Ayyadurai

**Visualization of Wave Propogation in Anisotropic Media**
Master of Science Thesis, MIT Media Laboratory February, 1990
Author: S. Ayyadurai

**A Workstation for Particle Motion and Flow Analysis**
IEEE Computers in Medicine, New Orleans, LA, November, 1988
Authors: Ayyadurai, Novakovic, Gordana, Langer, Bob

**Blood Deheparinization in a Fluidized Bed Reactor**
Proceedings of the Canadian Conference on Fluid Dynamics, 1987
Author: Novakovic, G., Ayyadurai, S., Michelson, L.

**Prototype Expert System for Bridge Deck Deteriorization**
Project Report to NSF, September, 1986
Authors: Maser, Ken, Schott, Jean-Pierre, Ayyadurai, Shiva

**Sleep Stage and Apnea Pattern Analysis, pp. 505-506**
Journal of the International Federation of Medical and Biological Engineering, Espoo Finland, August, 1985
Authors: Laximinarayan, S. Ayyadurai, S., Michelson, L.,

**Ayyadurai's Four Point Theorem**
The Mathematics Teacher, Spring, 1981
Author: Shiva Ayyadurai

## Industry RFP Awards
**Allstate Corporation,** Business Intelligence and Customer Care Technology ($1,500,000.00)

**AT & T,** Business Intelligence and Customer Care Technology ($120,000.00)

**American Express,** Business Intelligence and Customer Care Technology ($4,120,000.00)

**BancOne Services Corporation,** Business Intelligence and Customer Care Technology ($920,000.00)

**BThree (Warner),** Business Intelligence and Customer Care Technology ($520,000.00)

**Bausch & Lomb,** Business Intelligence and Customer Care Technology ($25,000.00)

**Becton Dickinson,** Business Intelligence and Customer Care Technology ($1,110,000.00)

**Bush for President, Inc.,** Business Intelligence and Customer Care Technology ($820,000.00)

**Cendant,** Business Intelligence and Customer Care Technology ($20,000.00)

**Citigroup,** Business Intelligence and Customer Care Technology ($3,150,000.00)

**Calvin Klein Cosmetics Company,** Business Intelligence and Customer Care Technology ($830,000.00)

**Classified Ventures, Inc.,** Business Intelligence and Customer Care Technology ($710,000.00)

**Dial Corporation,** Business Intelligence and Customer Care Technology ($110,000.00)

**Entertainment Media Services, Inc.,** Business Intelligence and Customer Care Technology ($150,000.00)

**Fireman's Fund Insurance Company,** Business Intelligence and Customer Care Technology ($80,000.00)

**Gateway,** Business Intelligence and Customer Care Technology ($1,170,000.00)

**GEICO,** Business Intelligence and Customer Care Technology ($2,250,000.00)

**Hasbro Interactive, Inc.,** Business Intelligence and Customer Care Technology ($510,000.00)

**Hershey Foods Corporation,** Business Intelligence and Customer Care Technology ($9,500.00)

**Hilton Hotel,** Business Intelligence and Customer Care Technology ($1,050,000.00)

**HomePortfolio, Inc.,** Business Intelligence and Customer Care Technology ($315,000.00)

**The IT Group,** Business Intelligence and Customer Care Technology ($25,000.00)

**John Hancock Financial Services,** Business Intelligence and Customer Care Technology ($660,000.00)

**JCPenney,** Business Intelligence and Customer Care Technology ($5,230,000.00)

**LA Times,** Business Intelligence and Customer Care Technology ($20,000.00)

**Lycos, Inc.,** Business Intelligence and Customer Care Technology ($670,000.00)

**Kimberly Clark Corporation,** Business Intelligence and Customer Care Technology ($130,000.00)

**People,** Business Intelligence and Customer Care Technology ($120,000.00)

**Procter & Gamble Company,** Business Intelligence and Customer Care Technology ($340,000.00)

**Purina,** Business Intelligence and Customer Care Technology ($280,000.00)

**QVC,** E-Mail Management: Inbound and Outbound E-Mail ($890,000.00)

**Rx.com, Inc.,** Business Intelligence and Customer Care Technology ($70,000.00)

**Salomon Smith Barney,** Business Intelligence and Customer Care Technology ($120,000.00)

**Silicon Graphics, Inc.,** Business Intelligence and Customer Care Technology ($310,000.00)

**Sprint Spectrum,** Business Intelligence and Customer Care Technology ($850,000.00)

**TELUS Corporation,** Business Intelligence and Customer Care Technology ($90,000.00)

**Time Incorporated,** Business Intelligence and Customer Care Technology ($45,000.00)

**Turner Entertainment,** Business Intelligence and Customer Care Technology ($9,500.00)

**United States Senate,** Business Intelligence and Customer Care Technology ($890,000.00)

**Unilever Consumer Services,** Business Intelligence and Customer Care Technology ($780,000.00)

## Professional ART RFP Awards

**Aaron Concert Management,** Art Promotional Support Online Branding Grant ($15,000.00)

**American Indian Contemporary Arts,** Art Promotional Support Online Branding Grant ($15,000.00)

**Allworth Press,** Art Promotional Support Online Branding ($15,000.00)

**Alvin Ailey American Dance Theater,** Art Promotional Support Online Branding Grant ($80,000.00)

**Art Complex Museum,** Art Promotional Support Online Branding Grant ($15,000.00)

**Boston Ballet,** Art Promotional Support Online Branding Grant ($40,000.00)

**Boston Casting Company,** Art Promotional Support Online Branding Grant ($15,000.00)

**Cambridge Art Cooperative,** Art Promotional Support Online Branding Grant ($15,000.00)

**Cambridge Multi-Cultural Art Center,** Art Promotional Support Online Branding Grant ($15,000.00)

**Dance Umbrella,** Art Promotional Support Online Branding Grant ($15,000.00)

**Fashion Cafe,** Art Promotional Support Online Branding ($15,000.00)

**Green Linnet/Xeonphile,** Art Promotional Support Online Branding ($15,000.00)

**Handle & Haydn Society,** Art Promotional Support Online Branding Grant ($15,000.00)

**Honolulu Academy of Arts,** Art Promotional Support Online Branding Grant ($15,000.00)

**International Arts Manager,** Art Promotional Support Online Branding Grant ($15,000.00)

**Houston Ballet,** Art Promotional Support Online Branding Grant ($15,000.00)

**Lyric Stage,** Art Promotional Support Online Branding Grant ($15,000.00)

**MMC Recordings,** Art Promotional Support Online Branding ($15,000.00)

**MUSICIAN Magazine,** Art Promotional Support Online Branding ($40,000.00)

**National Association Performing Artists Managers of America (NAPAMA),** Online Branding Grant ($15,000.00)

**New Age Voice,** Art Promotional Support Online Branding Grant ($15,000.00)

**Poetry Alive!** Art Promotional Support Online Branding Grant ($15,000.00)

**Sedia Furniture Design,** Art Promotional Support Online Branding Grant ($15,000.00)

**Sculpture Review,** Art Promotional Support Online Branding Grant ($15,000.00)

**Strand Theater,** Art Promotional Support Online Branding Grant ($15,000.00)

**Very Special Art, National,** Art Promotional Support Online Branding Grant ($70,000.00)

**Very Special Art, Massachusetts,** Art Promotional Support Online Branding Grant ($30,000.00)

**World Music,** Art Promotional Support Online Branding Grant ($15,000.00)

**Young Concert Artists,** Art Promotional Support Online Branding Grant ($15,000.00)

**ZIMA,** Art Promotional Support Online Branding Grant ($15,000.00)

## PROFESSIONAL ART WORKSHOPS

**Arts & The Internet**
Art Promotional Through Online Branding

**Arts & The Internet: A Guide to the Revolution**
Empowering the artist and art organization to reach a global audience, using new technological tools.
MIT Classroom of the Future, 1996

**Research Interests**
Mathematical Modeling, Email Technologies, Systems Thinking, Organizational Structure and Planning, User Interface Design, Visual Arts, Politics, Nutrition & Health

**Community Interests**
MIT Graduate Alumni Consortium for Improving MIT Community, Very Special Arts, World Music, Read Across America,  Spare Change, The Meena Scholarship Fund for Gifted South

Indian Students, Kauai Hindu Temple Construction Fund

EXHIBIT A-2

NEW YORK UNIVERSITY
Courant Institute of Mathematical Sciences
251 Mercer Street
New York, New York 10012

March 1978

Dear Chairman:

Once again the Courant Institute of Mathematical Sciences
is offering a special, free summer course in computer programming
to high school students with unusual talent in mathematics or
the sciences. The course commences on July 10, 1978 and will
meet each weekday (from 10 A.M. to 4 P.M.) until August 11, 1978.
The course will begin with a thorough study of Fortran IV and
BASIC and will move on to a systematic treatment of SNOBOL and
computer hardware design. It is possible that if time permits
COBOL and PL/I will also be taught.

Since we have to restrict the class to about 40 students it
is important that application blanks be given only to pupils of
exceptional merit. We are enclosing three application forms and
trust that you will arrange for their proper distribution to
suitable students. In special cases the application form may
be reproduced.

Although we will select mainly sophomore and junior year
students, others may apply if they are believed to be of unusual
ability. Preference will be given to students with little or no
previous experience in computing programming. The deadline for
receiving applications is May 12, 1978. All applications will be
reviewed by a committee which will include the instructors.
Each applicant will be notified whether or not he or she has been
accepted by June 1, 1978. Any questions on the course may be
addressed to me, telephone number (212) 460-7427.

Yours sincerely,

Prof. Henry Mullish
Program Coordinator

NEW YORK UNIVERSITY



**New York University**

Courant Institute of Mathematical Sciences
251 Mercer Street
New York, N.Y. 10012

May 22, 1978

Dear Shiva,

It is with great pleasure that we inform you that your
application for admission to our High School Summer Program
in Computer Science has been accepted.

Classes will commence on July 10, 1978 and will continue
each weekday through August 11, 1978. We are enclosing a
tentative schedule of classes and you are free to select
whatever subjects you choose. Some recommended texts are
also attached.

Should you be unable to take up our offer please inform
me immediately at 460-7427 so that we may open up the place
to another student on the waiting list.

We shall meet at 10 AM on July 10 in the lobby of the
Courant Institute near the receptionist's desk for a get-
acquainted session.

Looking forward to seeing you.

Yours sincerely,

Prof. Henry Mullish

Enc.



Tentative Schedule for High School Program in Computer Science

July 10 - Aug.11, 1978

July 10 - July 21

| 10:00 ) BASIC | 1:00 ) Fortran | 2:00 ) hardware |
| 12:00 ) | 2:00 ) | 3:00 ) |

July 24 - Aug. 4

| 10:00 ) Fortran | 1:00 ) SNOBOL | 2:00 ) hardware |
| 12:00 ) | 2:00 ) | 3:00 ) |

Aug. 7 - Aug. 11

| 10:00 ) PL/I | 1:00 ) COBOL | 2:00 ) hardware |
| 12:00 ) | 2:00 ) | 3:00 ) |

Recommended Texts for the High School Summer Program

1. A Basic Approach to BASIC (Wiley:Mullish)
2. Modern Programming:FORTRAN IV (Wiley:Mullish)
3. The SNOBOL4 Programming Language[2nd edit.] (Prentice Hall:
   (tough but comprehensive)   Griswold,Poage,Polonsky)
4. A Comprehensive First Course in SNOBOL4 (Room 505 Courant:
                                          Mullish & Kochan)
5. Modern Programming:PL/I (Wiley:Mullish)
6. COBOL Programming: (Wiley:Stern & Stern)
7. Hardware - no particular text;
8. Elementary Computer Programming in Fortran IV(Reston:Boguslavsky)

It is pointed out that no textbooks are actually required; they
are merely recommended. Any suitable texts you have yourself or can
borrow will do.

EXHIBIT A-3



**New York University**

Courant Institute of Mathematical Sciences

251 Mercer Street
New York, N.Y. 10012

August 11, 1978
Date

N.Y.U. Summer High School Program in Computer Science

1978

Shiva AYYADURAI
Name

This is to certify that the above named student successfully passed

with distinction

a Computer Science course in which computer hardware and the languages FORTRAN IV, BASIC, SNOBOL, PL/I, and a graphics language called ARTSPEAK were taught. The course was held under the auspices of New York University during the period July 10 to August 11, 1978.

Program Administrator

EXHIBIT A-4

West Essex Tribune                                    October 30, 1980



Shiva Ayyadurai shows plans for the electronic mail system that he designed to math teacher Irman Greenberg and Stella Oleksiak, coordinator of the Independent Study program at Livingston High School.

# Livingston Student Designs Electronic Mail System

On October 7, Irman Greenberg, math teacher, and Stella Oleksiak, Independent Study coordinator, along with Shiva Ayyadurai and his father visited the Computer Center at the College of Medicine and Dentistry of New Jersey to observe the design and implementation of Ayyadurai's electronic mail system.

Ayyadurai, a senior at Livingston High School under the tutelage of Blair Krimmel, head of the math department and the Independent Study program, with the encouragement of Dr. Leslie Michelson, manager of the lab computer, created an electronic mail system with enough sophistication for immediate practical use at the college and commercial potential.

Since the eighth grade, Ayyadurai has proven that he could work mathematically far beyond the traditional classroom. During ninth grade he was bussed from Heritage to the high school where he passed the Algebra I and II tests while studying geometry at the same time.

During the summer of 1978, he was accepted for the computer science program at New York University where he learned various computer languages such as Fortran, Basic, Cobol and Snobol, and was graduated with honors. As a consequence of his math background and his computer training, he began his work at CMDNJ.

During the same year, he was accepted for the Atlantic Regional Math League and competed in the Essex County League and the Iron Hills Conference. As a veteran member of ARML, he and the team placed seventh out of the 43 teams.

While studying Ptolemy's Theorem, Ayyadurai observed an entirely new geometric relationship in the field of vector geometry. This finding was published in the journal "The Mathematics Teacher," Fall 1980 issue. In April 1980, he won individual first place in the advanced math competition in the Essex County Math League.

He is continuing his Independent Study Program under Krimmel in the area of statistics.

EXHIBIT A-5

SOFTWARE DESIGN DEVELOPMENT AND IMPLEMENTATION OF A HIGH-RELIABILITY

NETWORK-WIDE ELECTRONIC MAIL SYSTEM

Shiva Ayyadurai
7 Baker Road
Livingston, NJ   07039
(201)  994-1242

Livingston High School
Livingston, NJ   07039
(201)  994-1550

NOTE:

This entry is being submitted for the competition resulting in the awarding of a scholarship cosponsored by the Thomas Edison/Max McGraw Foundations.  I certify that I have met the requirements outlined in the NSSA Newsletter Vol. XVI, No. I.  Supportive addenda is contained herein since it is an integral part of the explanation of the project. A letter of recommendation from my high school chemistry teacher has been included.

_____
Date          Signature

SOFTWARE DESIGN DEVELOPMENT AND IMPLEMENTATION OF A HIGH-RELIABILITY

NETWORK-WIDE ELECTRONIC MAIL SYSTEM


The purpose of this project was to create a highly-reliable, network wide
electronic mail system for the transmission and retrieval of mail and to assess
the feasibility of such a system in an academic research environment.  Researchers
at the College of Medicine and Dentistry  of New Jersey (CMDNJ), where I have de-
signed and implemented this system, use computers in their daily work.  Many of
these researchers also have their terminals and/or computer equipment in their
labs.  It was evident that some rapid means of communication, in an official memo
style format, with colleagues whom they frequently confer would prove to be quite
practical.  This mail system, known as EMAIL (Electronic MAIL system), permits
messages to be created, edited, sent, tagged with the names of sender and receiver,
postmarked, and retrieved.  EMAIL also makes extensive use of data base management
tools, is implemented in modular form, and has numerous "fail-soft" capabilities.
An effort has also been made to provide a "friendly" and understandable user inter-
face for those unsophisticated in computer lore.

To exemplify the use of this system, consider the following situation.  A
busy executive is hardpressed for time and needs to send an important document to
his business associate in Japan.  Instead of using conventional means to send his
mail, he instructs his secretary to compose the document on their personal video
terminal which is connected to a computer network.  The document is then transmitted
to his associate several thousands of miles away.  His associate, in turn, is then
capable of receiving a hard copy of the document, on a similar terminal, in a matter
of minutes.

-2-

The above scenario does not take place at some time in the future; infact, it illustrates a somewhat daily experience encountered by many researchers, secretaries, and administrators at CMDNJ.  The original goal in developing EMAIL was to have communication among the various departments and groups; however, this system has proven to be quite dynamic in that throughout its two and a half years of development, including school days, weekends, and summers, it has grown to the point where it now services some several hundred users.  Its built-in networking capabilities, by which mail may be transmitted to users who are geographically distributed, has also enabled its linking to the Rutgers Medical School (RMS) in Piscataway, New Jersey some thirty miles away.  This capability may be easily expanded to many nodes (computer sites).  The computer network to which EMAIL is currently linked, is illustrated in Appendix I.

In developing this package, factors such as reliability, security, efficiency and effectiveness, versatility, and expandability of the system were considered. Primary importance was given to reliability.  The notion of software and hardware reliability, especially in the era of the 80's in which computers shall be used to a great extent, will become a paramount issue.  The consideration given in EMAIL's development are reflected in many of its features.  Since a great volume of mail is constantly  transmitted, the system was developed to insure that no mail is lost or destroyed under almost any circumstance, whether human or mechanical.  This was achieved through a series of intricate updating features.  The details of these fail-soft techniques  are shown in Appendix II.  Thus, a user is assured that a memo that he/she sends will reach the designated addressee(s).  Security was insured by allowing no user to tamper with or corrupt the "mailbox" of another user without knowledge of the user's mailbox number.  This "number" is actually a string of eight characters which may contain printing as well as nonprinting (control) characters.

The versatility of EMAIL is reflected in the various modes that a user may send and receive mail.  Appendix III shows the various modes that a user may issue. The scan option, for example, allows a user or "busy executive" to read priority or preferential mail on a certain subject or from certain individual(s).  Another salient feature is that a user may send carbon copies and broadcast mail.  This ability to transmit a memo to more than one receiver by merely entering the body once and then listing all the addressees is very convenient and reveals the enor- mous potential of EMAIL.  A feature that the user is transparent of is that his mail is edited through a word processor.  The aforementioned features reveal a few of the many options that EMAIL offers.

To implement EMAIL it was necessary to use HP/1000 running under the HP/RTE-IV B operating system.  It was programmed using Fortran IV and other system available utilities.  These included the DS/1000 Network Communications Manager, the IMAGE/ 1000 Data Base Manager, HP/1000 Editor, and Word Processor.

Various techniques were used in the development of EMAIL.  The most significant characteristic is that it is constructed in modular form.  The  user interface, for example, is uncoupled from the actual task of mail set-up  and transmission since a separate program called 'SENDR' actually processes, edits, and transmits mail.  Thus, a user, is free to issue other commands while his mail is being processed; he may even compose another  memo.  Appendix IV shows the process what occurs when mail is sent. It also reveals the complex program-to-program communication that exists between the user interface and 'SENDR.'  The importance of this modular form in developing EMAIL cannot be but over emphasized; it, in fact, has greatly contributed to its versatility. Improvements and new features, for example, may be easily implemented without upsetting the program logic or coding.  This modular form is also apparent in the various message transmitting and retrieving components that exist in the user interface.  These compon- ents are shown in Appendix V.

-4-

It is evident that though the concept of electronic mail may be trivial in nature, the actual design and implementation of such a system is highly complexed. The reason for its complexity is that numerous factors had to be considered in the design and implementation of the system.  These considerations have, in turn, resulted in a practical and extremely viable mailing system.

When Thomas Alva Edison invented the light bulb, he never perceived that his invention would have such world-wide acceptance and acclaim; however, it has.  The light bulb is an integral part of our daily living.  One day, electronic mail, like Edison's bulb, may also permeate and pervade our daily lives.  Its practical applications are unlimited.  Not only is mail sent electronically, as many telexes and teletypes are capable of doing, but it offers a computational service that automates a secretary's or file clerk's work of writing a memorandum, document or letter, editing, filing, and retrieving.  If electronic mail systems become a reality, they will surely create different patterns of communication, attitudes, and styles. Volumes of written work, for example, shall become obsolete.

## Acknowledgments

The author would like to thank Dr. Leslie Michelson for his encouragement and advice in the initiation of this project.

The College of Medicine and Dentistry of New Jersey (CMDNJ) for offering the use of their facilities.

Principal Allen Berlin of Livingston High School for permitting the author to travel to and from CMDNJ during school hours to continue work on the project.

# COMPUTER NETWORK OF EMAIL

Appendix I



Appendix  II

The following diagram illustrates the updating feature that occurs as each individual(if there are more than one receiver of a memo) is being transmitted a copy of the memo.



Record

1                                                    11

Receiver's Name

set to 0, or 1.

Access Record

End of Receivers?

Yes

END

No

Has Receiver previously been sent memo ?

The following check is done since if a computer hardware or software failure occurred and some receivers would have received the memo, and others would have not. To check this the eleventh word of the record is read.

Yes

A

No

Transmit Memo

Such a failure could occur if there was a data base error or a down node.

Transmission failures ?

Yes

Store a 0 in eleventh word of record

A

No

Update Eleventh Word to 1

A

Appendix   III

| Command | Meaning | Purpose |
|---------|---------|---------|
| ?? | Display Command Menu | To list all the commands a user may issue from this part of the user interface |
| SC | Scan Mail | Allows user to print only the top part of his memo, containing the receiver's name, date, and subject. After reading the header he has the option of continuing with the body of the memo. |
| GM | Get Mail | Retrieves all existing mail in user's mail box and user may either delete or save his mail as he reads. |
| ST | STop | To exit from the user interface. |
| SM | Send Mail | To put user in Send Mail Mode. |

The following commands are those that the user may issue in the Send Mail Mode:

| Command | Meaning | Purpose |
|---------|---------|---------|
| ?? | Display Send Mail Menu | To list all commands that the user may issue from the Send Mail part of the user interface. |
| DN | Display Names of listed users | To display names of those receivers who have their names on the listed directory. |
| DG | Display Group(or department) Names(ie. Pharmacy, Surgery,etc.) | To display currently existing names of a department or group. |
| WM | Write Memo | To write a personalized memo to an individual with or without Carbon Copies to several other individuals. |
| BM | Broadcast a Memo | To send personalized memos to more than one individual. |
| MG | Memo to Group | To send a memo to each and every member of the designated group or department under that group's or department's title.  This may also be sent with or without Carbon Copies to several other individuals who are not part of the group. |

Appendix  III

| Command | Meaning | Purpose |
|---------|---------|---------|
| EM | Edit Memo | To allow the user to edit the file containing the body of his memo. (The system editor is scheduled from the interface) |
| DN@ (nonprinting) | Display Names of users on the unlisted directory | To allow a user who has a high capability level(a number is designated to each user to designate the commands which he may or may not issue.  As of now DN@ is the only such command) to display the names of those on the unlisted directory. |
| RT | Return To the first part of the user interface | To allow the user to return to the other part of the user interface. |
| ST | STop | To exit from user interface. |

Appendix IV



## Flowchart for Sending of Mail

WORDPROCESSOR

User Interface

User composes memo

Transmit Memos to All Receivers → Go Dormant

Stored in ASCII File.
Filename A

Access File A and edit through W.P.

The SENDR is scheduled period-ically from the system and in-complete requests that are in the data base are processed.

DATA BASE

Store other pertinent(ie, Day,Year,# of receivers,sen-der, names of all receivers, the nodes at which they are, etc.
Filename B

Request issued by sender stays in data base.

In this pro-cess mail shall be edit-ed, and pro-cessed

??   DN
SM   GM   EM

EM

Write File-name A, File-name B into a Data Base record.

At the same time schedule SENDR to process mail. Pass record# of record written into Data Base.

SENDR

SENDR Dormant ?   Yes   No

MG

User contin-ues in inter-face.

Appendix  V

Message Transmitting and Retrieving Components



EXHIBIT A-6

# THE 40th ANNUAL

## *Science Talent Search* ®

### for the

### Westinghouse Science Scholarships

### and Awards

## 1981 HONORS GROUP



Administered by SCIENCE SERVICE
1719 N Street N.W., Washington, D. C. 20036

FOR RELEASE: WEDNESDAY, JANUARY 21, 1981

The Science Talent Search was the pioneering endeavor to discover at the high school senior year level those who have the potential to become the research scientists and engineers of the future. It has fulfilled this function far beyond the hopes entertained when this educational project was conceived. Many millions of dollars in scholarships in colleges and universities throughout the nation, supplementing the Westinghouse Science Scholarships, have been given to those who have thus been discovered to have high science talent.

This selection of students with research ability in science and engineering has become an institution and tradition due to approval from the academic community and the creditable records of winners in colleges, universities and professional positions.

The participation of a great industrial organization in the financing of the annual Science Talent Search is a notable contribution to the advancement of science in America. This activity can be considered a support of "pure research" of importance equal to the fundamental researches in the Westinghouse Research Laboratories. Science and education are grateful for the financial support of the forty Science Talent Searches by the Westinghouse Electric Corporation and the Westinghouse Educational Foundation.

Science Service, engaged in the interpretation and public understanding of science on a broad front, is proud of administering the annual Science Talent Search. From the newspapers, educators, scientists and engineers of America, there has been enthusiastic cooperation in this annual activity that means so much to high school seniors interested in science and engineering.

---

DeGrandpre, Michael David  18  Capital H.S.  901 Garfield Ave.  59601
Comparision of Two Water Systems Through Quantitative and
Qualitative Chemical Analysis
Sawitke, James Arthur  17  Capital H.S.  1522 Flowerree  59601
Milling Stones of Indian Canyon-2 35WH13

### NEBRASKA

**Omaha**
Geppert, John Marion  18  Creighton Preparatory School  3282 S. 77th Ave.
68124  Solar "C" Collector, A Compound Parabolic Concentrator
Earl, Catherine Ann  17  Northwest H.S.  7809 Manderson  68134
A Determination in the Relations of Tonal Differentiation

### NEW JERSEY

**Fair Lawn**
Rubenstein, Sidney Charles  17  Fair Lawn H.S.  3-01 Morlot Ave.  07410
Relationship Between Wing Damage and Flight Capability in the
Housefly, Musca domestica

**Hillside**
Simmons, Elizabeth Helen  17  The Pingry School  422 Wyoming Ave.,
Millburn  07041  Effects of a Drainage Culvert Upon the Fresh
Water Region of the Maidford Marsh

**Livingston**
Ayyadurai, Shiva  17  Livingston H.S.  7 Baker Rd.  07039  Software
Design Development and Implementation of a High Reliability,
Network-Wide, Electronic Mail System

**Maplewood**
Hsu, Anna Yee  18  Columbia H.S.  17 Ridgewood Terr.  07040
Pepsin and Its Formation of Inhibitor-Enzyme Complexes

**Mendham**
Fox, John Alan  17  West Morris Mendham H.S.  Oak Knoll Rd.  07945
Levels of Chromium Pollution in the Upper Narragansett Bay and
Accumulation Found in Mercenaria mercenaria

**Montvale**
Wall, Michael Francis  18  Pascack Hills H.S.  90 Bedford Rd., Hillsdale
07642  ASTEROID:  A Real-Time Graphic Game for the TRS-80
Microcomputer

**Parsippany**
Sohn, Regina Lee 17 Parsippany Hills H.S.  Box 33, Mountain Lakes  07046
Genetic Linkage in the Metabolic Pathway for Aromatic Amino Acids
Through Transformation in Acinetobacter calcoaceticus

**Waldwick**
Leventhal, Ezekiel Michael  17  Waldwick H.S.  90 Lincoln Pl.  07463
A Uniformly Distributed Analysis and Its Generation of an
Infinite Sequence of Unit Fractions
Shoop, Daniel Ray  17  Waldwick H.S.  127 E. Prospect St.  07463
Investigation Into the Set of Pseudo-Squared Numbers

**Wayne**
Kriegman, Michelle Robin  17  Wayne Valley H.S.  33 Eleron Pl.  07470
Perceptual Developmental Changes Over Short Time Periods
in the Structure of Classifications in Adults
Lambert, Diana Gary  18  Wayne Valley H.S.  56 Greenrale Ave.  07470
Effects of Mycelia Filter Cake on Corn Plants

**Westwood**
Tarr, Jeffrey Richard  17  Westwood H.S.  1 Upland Dr., Rutland, VT
07675  Use of X-Ray Fluorescence Spectroscopy for the Determination
of the Areal Density of Particle Accelerator Target Foils

### NEW MEXICO

**Albuquerque**
Wayland, Sarah Catherine  17  Eldorado H.S.  3809 Madrid Dr., N.E.
87111  Effects of ELF-EMF on Phaseolus lunatis, Phaseolus vulgaris
and Raphanus sativus

### NEW YORK

**Angola**
Menzel, Lyle Jeremy  17  Lake Shore Central Sr. H.S.  7431 Erie Rd.,
Derby  14047  Effect of Fluorescent Light on Clam Mantle
Cells in Culture
Miggiani, Victor Alfred  17  Lake Shore Central Sr. H.S.  1404 Independence
Dr., Derby  14047  Trail-Laying in Ants

**Baldwin**
Bedrossian, Peter John  17  Baldwin Sr. H.S.  154 Delaware Ave.,
Freeport  11520  Synthesis of Some Potential Immunomodulating Agents
Drogin, Jack Paul  17  Baldwin Sr. H.S.  806 Vivian Ct.  11510  Effects
of Ammonia Uptake and Assimilation on Carbohydrate Excretion in
Dunaliella tertiolecta on a Diel Cycle
Gross, Mara Mae  18  Baldwin Sr. H.S.  3154 Grand Ave.  11510  Novel
Assay Procedure for Prunasin Hydrolase Activity
Ilivicky, Howard Jay  17  Baldwin Sr. H.S.  793 Allwyn St.  11510
Purification and Analysis of Antibodies to Pancreas Tumor Acid Protein
Kaplan, Todd Mitchell  18  Baldwin Sr. H.S.  3287 Bertha Dr.  11510
Inhibitory Effects of Glycerol Mono-Laurate and Sorbate on Ten
Commercially Important Fungi
Laxer, Michele  17  Baldwin Sr. H.S.  812 Marilyn Ln.  11510  Ground
State pKa Values of Beta-Adrenergic Blocking Agents

EXHIBIT A-7

college scholarship and an all-expense paid trip to Cairo, Egypt.



## Student Selected As Semi-Finalist

Livingston High School student Shiva Ayyadurai of 7 Baker Road was recently selected as one of 25 semi-finalists in the Edison/McGraw scholarship program sponsored by the National Science Supervisors Association. This scholarship program gives recognition to ten graduating seniors in the United States who demonstrate the same kind of creativity and ingenuity as Thomas Edison and Max McGraw.

Ayyadurai designed a full-scale electronic mail system now in use at the New Jersey College of Medicine and Dentistry. His system also has potential for commercial use.

Ten national finalists will be selected by the NSSA, and each winner will receive at least $1,000. Two of the ten finalists will also be chosen for a $5,000

EXHIBIT A-8

**TECH TALK**

Massachusetts
Institute
of Technology

September 2, 1981
Volume 26
Number 5

# The Class of 1985 arrives to meet the Institute

**By JOANNE MILLER**
*Staff Writer*

Some 1,040 strong, the Class of 1985 arrived at MIT last week to hear a welcoming greeting and some words of advice from President Paul E. Gray at the Freshman Picnic in Killian Court.

"It is a happy moment as the cycle of the year begins," he said to the assembled freshmen, their advisors and associate advisors. He noted that it was the first time so many of the class would be together in one place, something that won't happen again until they gather there nearly four years hence to receive their degrees.

He told the freshmen not to overcommit themselves in narrow academic pursuits, to take initiative in creating individual opportunities for themselves and not to lose sleep over academic survival.

Who are these freshmen? Well, for one thing, 258—just about 25 per cent—of them are freshwomen, the largest number ever. The freshmen come from 45 states—Alaska, Idaho, Nevada, Iowa and South Dakota are unrepresented this year—and 26 foreign countries.

They were selected from 5,458 applicants, also the largest number ever. Ninety per cent of them were in the top tenth of their high school classes, in schools that rank, and more than half of them enter with some college credit already behind them.

They are accomplished in a variety of other ways as well. One designed an electronic mail system now being used at the New Jersey College of Medicine and Dentistry; another designed and built solar panels now in use at

his high school; a third designed a nutrition program for high school wrestlers, and a fourth owns a gasohol plant.

There are, as usual, many musical talents, including a young woman who has played first violin with the Chicago Symphony Orchestra, a freshman who has sung with no fewer than five school and community choirs, one who is a dancer and choreographer for Chinese opera, and one who is a leader of a harmonica band.

Among their individual pursuits they list: toymaking, marquetry, rare bird breeding, filmmaking, fly-tying and puppetry. There is also a sheep breeder, a horse trainer and a pilot with the Civil Air Patrol.

They have also taken an active part in community service. One organized a cancer walkathon that raised $32,000; another built a haunted house for an annual community project. One is a volunteer firefighter; another is an amateur magician who performed at an international children's festival.

Sports play an important part in many of their lives. One freshwoman organized a women's soccer team. Two are skaters of note, one a silver medallist in US Figure Skating Association competition and one who played for the Canadian National Hockey Team. There is a freshman who has coached a women's football team and a freshwoman who has managed a wrestling team.

In sum, the Class of 1985, like those that preceded it, arrives with a wealth of talents and abilities that will contribute much to the richness of our community.



Wheelbarrow was pressed into service as a luggage carrier Friday, Aug. 28, by William P. Kegelmeyer (right) of Fayetteville, N.C., and his father, Paul, as the younger Kegelmeyer arrived at MIT. The Kegelmeyers borrowed the wheelbarrow from a groundskeeper.
—Photo by Calvin Campbell

# Crowding is eased as 500 Memorial Drive opens

EXHIBIT A-9

"TO"

```
309            CALL WRITF(IDCBQ,IERR,KBUF,4)
310            IF(IERR.LT.0)GO TO 4014
311  140       IF(IPRINT.EQ.1.AND.IPWAIT.EQ.2HNO)GO TO 777
312            IF((ISCAN.EQ.1.OR.IREAD.EQ.1).AND.IRWAIT.EQ.2HNO)GO TO 777
313            IF(LUH.NE.LU)GO TO 777
314            ENCODE(4,5022,KBUF)
315  5022      FORMAT(".wa ")
316            CALL WRITF(IDCBQ,IERR,KBUF,2)
317            IF(IERR.LT.0)GO TO 4014
318  777       ENCODE(46,141,KBUF)
319  141       FORMAT(".fo ''+++++UMDNJ ELECTRONIC MAIL SYSTEM+++++''")
320            CALL WRITF(IDCBQ,IERR,KBUF,23)
321  779       ENCODE(4,142,KBUF)
322  142       FORMAT(".nf ")
323            CALL WRITF(IDCBQ,IERR,KBUF,2)
324            IF(IERR.LT.0)GO TO 4014
325            ENCODE(6,5023,KBUF)
326  5023      FORMAT(".ll 78")
327            CALL WRITF(IDCBQ,IERR,KBUF,3)
328            IF(IERR.LT.0)GO TO 4014
329            ENCODE(4,5026,KBUF)
330            CALL WRITF(IDCBQ,IERR,KBUF,2)
331            IF(IERR.LT.0)GO TO 4014
```

Page 7    RECEV                Opts: 66/LCYI              Mon Jun  4, 1984  10:27 am
                                                          SA.REC::59

```
332          ENCODE(54,5024,KBUF)
333          IF(ISCAN.EQ.1.AND.MACCPT.EQ.1)WRITE(LU,5024)
334 5024     FORMAT("                    ++++++++++ Memorandum ++++++++++")
335          CALL WRITF(IDCBQ,IERR,KBUF,27)
336          IF(IERR.LT.0)GO TO 4014
337          ENCODE(4,5026,KBUF)
338 5026     FORMAT(".sp1")
339          CALL WRITF(IDCBQ,IERR,KBUF,2)
340          IF(IERR.LT.0)GO TO 4014
341          ENCODE(74,5028,KBUF)LNAMR,AMONTH,IDATE,IYEAR
342          IF(ISCAN.EQ.1.AND.MACCPT.EQ.1)WRITE(LU,5028)LNAMR,AMONTH,IDATE,
343         &IYEAR
344 5028     FORMAT("To:        ",20A2,"          Date:   ",A4,I2,",",I4)
345          CALL WRITF(IDCBQ,IERR,KBUF,37)
346          IF(IERR.LT.0)GO TO 4014
347          ENCODE(4,5026,KBUF)
348          CALL WRITF(IDCBQ,IERR,KBUF,2)
349          IF(IERR.LT.0)GO TO 4014
350          ASSIGN 5030 TO LABL2
351          IF(LBUF(6).EQ.1.AND.MACCPT.EQ.1)ASSIGN 5032 TO LABL2
352          ENCODE(74,LABL2,KBUF)LNAMS
353          IF(ISCAN.EQ.1.AND.MACCPT.EQ.1)WRITE(LU,LABL2)LNAMS
354 5030     FORMAT("From:      ",20A2,"                       ")
355 5032     FORMAT("From:      ",20A2,"          *Registered Memo* ")
356          CALL WRITF(IDCBQ,IERR,KBUF,37)
357          IF(IERR.LT.0)GO TO 4014
358          IF(LBUF(16).EQ.1)GO TO 145
359          ENCODE(4,5026,KBUF)
360          CALL WRITF(IDCBQ,IERR,KBUF,2)
```

"DATE"

```
339         CALL WRITF(IDCBQ,IERR,KBUF,2)
340         IF(IERR.LT.0)GO TO 4014
341         ENCODE(74,5028,KBUF)LNAMR,AMONTH,IDATE,IYEAR
342         IF(ISCAN.EQ.1.AND.MACCPT.EQ.1)WRITE(LU,5028)LNAMR,AMONTH,IDA
343       &IYEAR
344  5028  FORMAT("To:        ",20A2,"          Date:   ",A4,I2,",",I4)
345         CALL WRITF(IDCBQ,IERR,KBUF,37)
346         IF(IERR.LT.0)GO TO 4014
347         ENCODE(4,5026,KBUF)
348         CALL WRITF(IDCBQ,IERR,KBUF,2)
349         IF(IERR.LT.0)GO TO 4014
350         ASSIGN 5030 TO LABL2
351         IF(LBUF(6).EQ.1.AND.MACCPT.EQ.1)ASSIGN 5032 TO LABL2
352         ENCODE(74,LABL2,KBUF)LNAMS
353         IF(ISCAN.EQ.1.AND.MACCPT.EQ.1)WRITE(LU,LABL2)LNAMS
354  5030  FORMAT("From:      ",20A2,"                         ")
355  5032  FORMAT("From:      ",20A2,"        *Registered Memo* ")
356         CALL WRITF(IDCBQ,IERR,KBUF,37)
357         IF(IERR.LT.0)GO TO 4014
358         IF(LBUF(16).EQ.1)GO TO 145
359         ENCODE(4,5026,KBUF)
360         CALL WRITF(IDCBQ,IERR,KBUF,2)
361         IF(IERR.LT.0)GO TO 4014
362         GO TO 4017
363  145   CALL DBGET(IBASE,MASTR1,IMODE7,ISTAT,LSTM1A,LNAME,IBOXSD)
364         IF(ISTAT(1).EQ.107)GO TO 4015
365         IF(ISTAT(1).EQ.0)GO TO 4015
366         CALL DBERR(2HGT,ISTAT(1),LU)
367  4015  ENCODE(4,5034,KBUF)
368  5034  FORMAT(".sp1")
369         CALL WRITF(IDCBQ,IERR,KBUF,2)
```

Case 1:17-cv-10011-FDS   Document 31-1   Filed 03/17/17   Page 64 of 95    "CC"

```
332 242      ISNAME(12)=2H
333          ISNAME(13)=IVAL
334          IF(JSCOM(ISHRT,1,20,ISNAME,3).EQ.
335          CALL WRITF(IDCB,IERR,ISNAME,13)
336          IF(IERR.GE.0)GO TO 258
337          CALL CLNUP(IERR,0,MFILE,IRND,NFI
338 258      NUM=NUM+1
339          GO TO 240
340 260      IF(IGRP.NE.2HAL)GO TO 4040
341          MFLAG=0
342          GO TO 420
343 4040     WRITE(LU,5130)
344 5130     FORMAT("Carbon Copies ? _")
345          CALL YESNO(IANS,LU)
346          IF(IANS)4041,350,270
347 4041     CALL CLNUP(IERR,ICODE,MFILE,IRN
348          GO TO 4000
```

"BCC"

```
180    FORMAT("Sorry, cc's to oneself are disallowed.")
       IF(ICOM.EQ.2HBM)WRITE(LU,5190)
190    FORMAT("Ask for file copy if you want a copy of the mems
       GO TO 4050
70     CALL DBGET(IBASE,MASTR2,IMODE7,ISTAT,LSTD3A,ISNAME,IADR
       IF(ISTAT(1).EQ.107)GO TO 4060
       IF(ISTAT(1).EQ.0)GO TO 360
       CALL DBERR(2HGT,ISTAT(1),LU)
60     WRITE(LU,5200)
200    FORMAT("No Such Name")
       GO TO 4050
0      IF(ICTR) 4070,4070,4100
70     WRITE(LU,5210)
10     FORMAT("Did you forget to enter addressees ? _")
       CALL YESNO(IANS,LU)
       IF(IANS)310,310,4050
0      IF(ICOM.NE.2HBM)GO TO 350
       CALL CLNUP(IERR,0,MFILE,IRND,NFILE,1)
       GO TO 4000
0      MFLAG=0
       GO TO 4100
0      IF(ICOM.NE.2HMG)GO TO 400
       CALL DBFND(IBASE,IDETL3,IMODE1,ISTAT,IPATH2,IADRS)
       IF(ISTAT(1).EQ.156)GO TO 400
       IF(ISTAT(1).EQ.0)GO TO 370
       CALL DBERR(2HFN,ISTAT(1),LU)
       CALL DBGET,IMODE5,ISTAT,LSTD3B,IGRP1,JVA
```

```
32              IDUM=NAMR(NRBUF,ICOM,80,ISTRC)
33              IF(NAMR(NRBUF,ICOM,80,ISTRC))5000,30
34  30          MEMONM=NRBUF(1)
35              GO TO 50
36  5000        WRITE(LU,4010)
37  4010        FORMAT("Memo # ? _")
38              READ(LU,*,ERR=5000,END=160)MEMONM
39              CALL DBFND(IBASE,IDETL1,IMODE1,ISTAT,I
40              IF(ISTAT(1).NE.156)GO TO 40
41              WRITE(LU,4000)
42              GO TO 160
43  40          IF(ISTAT(1).EQ.0)GO TO 50
44              CALL DBERR(2HFN,ISTAT(1),LU)
45  50          CALL DBGET(IBASE,IDETL1,IMODE5,ISTAT,
46              IF(ISTAT(1).NE.155)GO TO 60
47              WRITE(LU,4020)
48  4020        FORMAT("Non-existent Memo")
49              GO TO 160
50  60          IF(LBUF(5).EQ.MEMONM)GO TO 5010
51              GO TO 50
52  5010        WRITE(LU,4030)
53  4030        FORMAT("To whom ? _")
54              READ(LU,4040,END=160)ISHRT
```

```
361         IF(IERR.LT.0)
362         GO TO 4017
363  145    CALL DBGET(IBASE,MASTR1,IMODE7,ISTAT,LSTM1A
364         IF(ISTAT(1).EQ.107)GO TO 4015
365         IF(ISTAT(1).EQ.0)GO TO 4015
366         CALL DBERR(2HGT,ISTAT(1),LU)
367  4015   ENCODE(4,5034,KBUF)
368  5034   FORMAT(".sp1")
369         CALL WRITF(IDCBQ,IERR,KBUF,2)
370         IF(IERR.LT.0)GO TO 4014
371         ENCODE(58,5036,KBUF)LNAME
372         IF(ISCAN.EQ.1.AND.MACCPT.EQ.1)WRITE(LU,503
373  5036   FORMAT("Redistributed by: ",20A2)
374         CALL WRITF(IDCBQ,IERR,KBUF,29)
375         IF(IERR.LT.0)GO TO 4014
376         ENCODE(4,5026,KBUF)
377         CALL WRITF(IDCBQ,IERR,KBUF,2)
378         IF(IERR.LT.0)GO TO 4014
379  4017   IFLAG1=1
380         GT=0
381         FT=0
382         IPOINT=0
383         IFLAG5=0
```

```
399          IF(L.EQ.-1)GO TO 240
400          ILEFT=114-IPOINT
401          IF(L.GT.ILEFT)GO TO 350
402          IF(IFLAG1.EQ.0)GO TO 170
403          IF(N.GT.1)GO TO 144
404          ENCODE(78,5065,KBUF)(ITEXT(I),I=IPOINT+1,IPOI
405          IF(ISCAN.EQ.1.AND.MACCPT.EQ.1)WRITE(LU,5065)(
406         &IPOINT+L)
407 5065    FORMAT("Subject:",35A2)
408          CALL WRITF(IDCBQ,IERR,KBUF,39)
409          IF(IERR.LT.0)GO TO 4014
410          GO TO 146
411 144     ENCODE(78,5070,KBUF)GT,FT,(ITEXT(I),I=IPOINT+
412          IF(ISCAN.EQ.1.AND.MACCPT.EQ.1)WRITE(LU,5070)G
413         &I=IPOINT+1,IPOINT+L)
414 5070    FORMAT(A4,A4,35A2)
415          CALL WRITF(IDCBQ,IERR,KBUF,39)
416          IF(IERR.LT.0)GO TO 4014
417 146     IF(LBUF(6).EQ.0)GO TO 180
418          ENCODE(70,5080,IBUFF)(ITEXT(I),I=IPOINT+1,IPO
419 5080    FORMAT(35A2)
420          CALL WRITF(IDCB,IERR,IBUFF,35)
421          IF(IERR.GE.0)GO TO 180
422          CALL PURGE(IDCBQ,IERR,KFILE)
423          CALL CLNUP(IERR,LBUF(6),MFILE,IRND,NFILE,0)
424 160     ENCODE(4,162,KBUF)
```

```
79            DO 22 I=1,7
80            IF(ITABL(I).EQ.ICOM)GO TO(30,40,50,50,550,
81   22       CONTINUE
82            WRITE(LU,24)
83   24       FORMAT("What ? _")
84            GO TO 3000
85   30       WRITE(LU,32)
86   32       FORMAT(///, "COMMAND                  MEANING",/
87          1       "-------                  -------
88          2       "??                  DISPLAY MENU",
89          3       "SM                  Scan Mail",/,
90          4       "RM[,memo#]          Read Mail or a
91          5       "CD[,mode]           Change Device
92          6       "PM                  Print and Purg
93          7       "RT                  ReTurn to main
94          8       "EX                  EXit",/)
95            GO TO 10
96   40       ISCAN=1
97   50       IF(ICOM.EQ.2HPM)IPRINT=1
98            IF(ICOM.EQ.2HRM)IREAD=1
99            ICONT=0
100           CALL DBFND(IBASE,IDETL1,IMODE1,ISTAT,IPAT
101           IF(ISTAT(1).NE.156)GO TO 52
102           WRITE(LU,51)
```

```
84        IFRE     TO 24
85        GO TO 24
86 30     IFNAM(1)=NRBUF(1)
87        IFNAM(2)=NRBUF(2)
88        IFNAM(3)=NRBUF(3)
89        CALL OPEN(IDCBQ,IERR,IFNAM,0,NRBUF(5),NRBUF(6))
90        IF(IERR.GE.0)GO TO 40
91        CALL FMPER(IERR,KERR,LU)
92        IF(KERR)600,40,26
93 40     CALL CLOSE(IDCBQ,IERR)
94        IF(IERR.GE.0)GO TO 42
95        WRITE(LU,5030)IERR,IFNAM
96 5030   FORMAT("EMAIL:ERROR ",I4," ON CLOSING ",3A2," DETECTED BY FMP.")
97        CALL REPRT(IERR,1)
98        GO TO MAIN
99 42     IF(IMODE.EQ.2HBM)GO TO 55
100       IF(IMODE.EQ.2HMI)GO TO 85
101       IF(IMODE.EQ.2HMG)GO TO 115
102 4010  WRITE(LU,5050)
103 5050  FORMAT(//,"COMMAND                              MEANING",/,
104     1            "--------                             -------",/,
105     2            "??                                 DISPLAY MENU",/,
106     3            "MI[,file:sec:cr#][,nf]             Memo to Individual",/,
107     4            "BM[,file:sec:cr#][,nf]             Broadcast Memo",/,
108     5            "MG[,file:sec:cr#][,nf]             Memo to Group",/,
109     6            "RT                                 ReTurn to main",/,
110     7            "EX                                 EXit",//,
111     8            "Note: Supplying optional parameter 'NF' will inhibit",/,
```

```
      PROGRAM NAMES(5,95)
      COMMON IBASE(7),IDCB(144),ICOM(40),ICLOS
      DIMENSION JNAMES(33),LSTM1C(2),IPATH4(3
     1ISHRT(10),MASTR1(3),LNAME(20),IRBUF(33)
     2IDETL3(3),IPATH2(3),IGROUP(21),IPATH1(3
      EQUIVALENCE (JNAMES(2),LNAME),(JNAMES(2
      DATA LSTM1C/1,4/,IPATH4/2HSO,2HRT,2H$ /
     2MASTR1/2HML,2HBO,2HX /,IDETL5/2HDR,2HCT
     3IMODE5/5/,IMODE7/7/,LIST1/1,12/,MASTR3/
     4IDETL3/2HCO,2HDE,2HS /,IPATH2/2HSN,2HAM
     5 /
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

************************************************************

```
                              DISPLAY DIRECTOR
```

************************************************************

```
519 5128     FORMAT(" Read memo ? _")
520          CALL YESNO(IANS,LU)
521          IF(IANS)234,234,180
522 234      CALL RWNDF(IDCBQ,IERR)
523          GO TO 60
524 240      CALL SEGLD(6HCLONE ,IERR)
525          WRITE(LU,5125)
526 5125     FORMAT("SEGMENT 'CLONE ' COULD NOT BE LOADED'
527          GO TO ICLOS
528 245      IWHER1=0
529          IF(ISCAN.EQ.1)GO TO 60
530          ICONT=1
531          IF(IPRINT.EQ.1)GO TO 266
532 4035     WRITE(LU,5135)
533 5135     FORMAT("Save ? _")
534          CALL YESNO(IANS,LU)
535          IF(IANS)60,266,60
536 266      CALL DBLCK(IBASE,IDETL1,IMODE1,ISTAT)
537          IF(ISTAT(1).EQ.0)GO TO 268
538          CALL DBERR(2HLC,ISTAT(1),LU)
539 268      CALL DBDEL(IBASE,IDETL1,IMODE1,ISTAT)
540          IF(ISTAT(1).EQ.114)WRITE(LU,5137)
541 5137     FORMAT("/EMAIL: ** WARNING ANOTHER PARTY MAYI
542        1        "       MAIL AT THIS TIME",/)
543          IF(ISTAT(1).EQ.114)GO TO 370
```

```
      CALL SMOVE(ICOM,ISTRC,ILEN,NFNAMR,3)
      ITOT=ILEN-ISTRC+1
C----------------------------------------------------------------
C NOW CHECK THE FILENAME SPECIFIED BY THE USER.
C PRESENT. PROMPT FOR ONE AND RETURN TO MAIN COMM
6205   IF(NAMR(NRBUF,ICOM,80,ISTRC))6210,6220
C USER DID NOT ENTER FILENAME.  FIRST, CLEAR 'IC
6210   WRITE(LU,6215)
6215   FORMAT("Enter Filename:Security:Cartridge
C IF CTRLD(EOF), RETURN TO MAIN.
       READ(LU,6216,END=6210)ICOM
6216   FORMAT(40A2)
       ILEN=ITLOG(IX)
       CALL CSFL1(ILEN,ICOM)
       IF(ICOM.EQ.2H/A)GO TO 7000
       CALL SMOVE(ICOM,1,ILEN,NFNAMR,3)
       ITOT=ILEN
C RE-INITIALIZE 'ISTRC'.
       ISTRC=1
       GO TO 6205
C----------------------------------------------------------------
C SCREEN USERS FILENAME, SECURITY CODE, AND CART
```

```
58          CALL EXEC(10,MNAME)
59          GO TO 5000
0  5135     WRITE(LU,4200)
1  4200     FORMAT(3X,"Group #",33X,"Group name",/)
2           IDUM(1)=0
3           IDUM(2)=0
4           CALL DBGET(IBASE,MASTR4,IMODE4,ISTAT,LIST
5           IF(ISTAT(1).NE.0)GO TO 5200
   80       CALL DBGET(IBASE,MASTR4,IMODE2,ISTAT,LIST
7           IF(ISTAT(1).EQ.12)GO TO 5000
            IF(ISTAT(1).NE.0)GO TO 5200
            WRITE(LU,4210)IGROUP(1),(IGROUP(K),K=2,21
   4210     FORMAT(5X,A2,30X,20A2)
            GO TO 80
   5160     WRITE(LU,4170)
            READ(LU,4180,END=5000)ICODE
            CALL DBGET(IBASE,MASTR4,IMODE7,ISTAT,LIS
            IF(ISTAT(1).EQ.107)GO TO 5170
            IF(ISTAT(1).NE.0)GO TO 5200
            WRITE(LU,4220)
4220     FORMAT(/,"** Duplicate Group-Id !!")
```

"RETURN RECEIPT"

```
7 5002      FORMAT("Do you accept the following registered memo ? _")
8           CALL YESNO(IANS,LU)
9           IF(IANS)4002,73,74
0 73        MACCPT=0
            ENCODE(24,5004,ISBUF)
2 5004      FORMAT("** Memo not accepted ** ")
3 74        IF(LBUF(8).EQ.2H04)GO TO 78
            CALL DBFND(IBASE,IDETL2,IMODE1,ISTAT,IPATH3,ISRIAL)
            IF(ISTAT(1).EQ.0)GO TO 76
            CALL DBERR(2HFN,ISTAT(1),LU)
   76       CALL DBGET(IBASE,IDETL2,IMODE5,ISTAT,LIST3,IBUF,JVAL)
            IF(ISTAT(1).EQ.0)GO TO 78
            CALL DBERR(2HGT,ISTAT(1),LU)
   78       IF(LBUF(16).EQ.0)GO TO 80
            CALL DBGET(IBASE,MASTR1,IMODE7,ISTAT,LSTM1A,LNAMR,IBOXRD)
            IF(ISTAT(1).EQ.0)GO TO 85
            CALL DBERR(2HGT,ISTAT(1),LU)
   80       CALL DBGET(IBASE,MASTR1,IMODE7,ISTAT,LSTM1A,LNAMR,JVAL)
            IF(ISTAT(1).EQ.0)GO TO 85
            CALL DBERR(2HGT,ISTAT(1),LU)
   85       IF(LBUF(8).EQ.2H04)GO TO 86
            CALL DBGET(IBASE,MASTR1,IMODE7,ISTAT,LSTM1A,LNAMS,IBUF2)
            IF(ISTAT(1).EQ.0)GO TO 86
            CALL DBERR(2HGT,ISTAT(1),LU)
   86       IF(LBUF(8).EQ.2H04)IBUF(6)=LBUF(8)
            IF(LBUF(8).EQ.2H04)IBUF(7)=LBUF(9)
            M=0
```

EXHIBIT A-10

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TXu **111-775**

TX  -  TXU
EFFECTIVE DATE OF REGISTRATION

8    30    82
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

EMAIL

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Computer program for Electronic Mail System

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

## 2

**a** **NAME OF AUTHOR ▼**

Mr. Shiva Ayyadurai

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

1963

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Created and wrote entire text of the computer program.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1981 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶       Day ▶       Year ▶       ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author in space 2.▼

Mr. Shiva Ayyadurai
7 Baker Road
Livingston, NJ 07039

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

None

APPLICATION RECEIVED  1 DEC. 1982   8/30/82
ONE DEPOSIT RECEIVED   8/30/82
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE   353381 - 8/30/82

DO NOT WRITE HERE OFFICE USE ONLY

TXu ‑ ‑ 111‑775

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

   No

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.
**Names of Manufacturers** ▼                    **Places of Manufacture** ▼

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**     A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                    **Account Number** ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Shiva Ayyadurai / 97 Bay State Rd. / Boston / MA / 02215

Area Code & Telephone Number ▶ 617-247-8691

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
SHIVA AYYADURAI                    date ▶ AUGUST 18, 1982

Handwritten signature (X) ▼
Shiva Ayyadurai

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
SHIVA AYYADURAI
Number/Street/Apartment Number ▼
97 BAY STATE RD.
City/State/ZIP ▼
BOSTON, MA 02215

Have you:
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit account with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1981: 365-204                    Nov. 1981—400,000

EXHIBIT A-11

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Dhvia Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

TXu   108-715

TX                    TXu

EFFECTIVE DATE OF REGISTRATION

8        27       82
Month      Day      Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS WORK ▼

*EMAIL USER'S MANUAL*

PREVIOUS OR ALTERNATIVE TITLES ▼

*OPERATING MANUAL FOR Electronic Mail System PROGRAM*

PUBLICATION AS A CONTRIBUTION   If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**   NAME OF AUTHOR ▼   *Shiva Ayyadurai*

DATES OF BIRTH AND DEATH
Year Born ▼ *1963*    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ _____
    Domiciled in ▶ *United States*

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼   *Wrote Entire manual*

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**   NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   *1982*   ◀ Year
This information must be given in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶    Day ▶    Year ▶
ONLY if this work has been published.    ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

*Mr. Shiva Ayyadurai*
*7 Baker Road*
*Livingston, NJ 07039*

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

*None*

APPLICATION RECEIVED   27. AUG. 1952
ONE DEPOSIT RECEIVED   29. OCT. 1982
27. AUG. 1952
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE
35C962 AUG 27 82

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.    **DO NOT WRITE HERE**

EXAMINED BY ___ HR

CHECKED BY ___

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

FORM TX

TXu   108-715

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

_None_

**b. Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**MANUFACTURERS AND LOCATIONS**   If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.
**Names of Manufacturers** ▼                              **Places of Manufacture** ▼

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**          A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                              **Account Number** ▼

**9**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

_Shiva Ayyadurai / 97 Baystate Rd / Boston / MA / 02215_

Area Code & Telephone Number ▶ _617-247-8691_

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

_Shiva Ayyadurai_          date ▶ _Aug. 18, 1982_

✎ Handwritten signature (X) ▼

_Shiva Ayyadurai_

**MAIL
CERTIFI-
CATE TO**

Name ▼

_Shiva Ayyadurai_

Number/Street/Apartment Number ▼

_97 Baystate Rd_

City/State/ZIP ▼

_Boston, MA 02215_

**Certificate
will be
mailed in
window
envelope**

Have you:
• Completed all necessary
  spaces? ✓
• Signed your application in space
  10? ✓
• Enclosed check or money order
  for $10 payable to _Register of
  Copyrights_?
• Enclosed your deposit material
  with the application and fee?

MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

**11**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1981: 355-394          Nov. 1981-400,000

EXHIBIT A-12

EMAIL

## INTRODUCTION

EMAIL is a program which allows one to send and receive mail. This program was designed, developed, and implemented by Shiva Ayyadurai between his three years in high school and his Freshman year at M.I.T. In addition to sending and receiving mail, there are several other features that allow one to compose, edit, transmit, and receive mail in a variety of ways.

In sending mail, for example, the user has several options. He/ She may register his memo, send carbon copies to anyone in the network, retain a desk copy of the memo, broadcast personalized memos, send a memo to every member of a particular group with the option of cc's to anyone not in the group, and all transactions may be registered. If a memo is registered, the user will receive an acknowledgement from the receiver of the memo as to whether he/she accepted the memo or not.

In receiving mail, one can read his/her memo in several modes. The Scan Mail (SM) feature allows the receiver to "flip" through his mail and only read the headers (ie, who it's from, subject, and date) of each memo. While in the Scan mode, the user may, after the printing of each header, continue and read the entire memo. In the Read Mail (RM) mode, EMAIL prints each memo and then asks the user if he/she wishes to save the memo or not. The Print Mail (PM) feature allows one to list all of his/her mail to a particular printing device.

Other inherent features include displaying a directory of your mail, displaying a directory of all users, deleting mail in your directory, composing and editing memos, redistributing memos locally, and controlling the device status of your terminal.

EMAIL

TO SEND MAIL
_____

First, create the body of your memo in a file. To do this, you
may use EDIT from fmgr or type 'CM' from EMAIL. Once you have
done this, enter the 'TM' command. This will put you in the
Transmit Memo (TM) mode.

Here, you have several options: MI,BM,MG. 'MI' indicates memo
to an individual; 'BM' means broadcast your memo sending per-
sonalized copies to several individuals; and, 'MG' indicates
memo to a paricular group. Select your mode of operation and
type in response to 'TM:Next?'. After this EMAIL will prompt
you for various options, and will finally ask you to enter the
subject of your memo. After each line of subject, EMAIL will
prompt with 'OK?' to verify that you have entered the subject
you had wished. Once you have entered your subject, type '/E'
and your memo is on its way !

TO RECEIVE MAIL
_____

Enter the Get Mail mode by typing 'GM'. Depending on how you
wish to read your memo type 'SM', 'RM', or 'PM' in response to
'GM:Next?' and answer the appropriate questions.

OTHER COMMANDS
_____

        CD -
        Enables you into the Change Device status mode.

        CM, filename:sec:cr#  -
        Compose the body of your memo. Supply the filename.
        This filename must not be a duplicate.

        DG -
        Display all current group names.

EMAIL

DM ,memo#  -
Deletes a specific memo. Memo# is the serial number
of the memo.


DN ,strngl ,strng2 ,group ,node -
Displays the current directory of users. If you only
wish to list the names of individuals between a cer-
tain range (i.e., DOE to SMITH) or are not sure of the
spelling of a certain individuals last namese supply
the word range in strngl and strng2, respectively. If
you want only the members of a certain group supply
the group-id. By supplying a legal node#, all users
at that node will be printed.


EM, file:sec:cr#  -
Edit a file containing the body of your memo. Supply
the filename.


LM -
Prints the directory of your memos.


PL -
Set the Page Length of your output device.


RD ,memo#  -
Redistributes a particular memo. Once you have en-
tered this mode, supply the short name of the
receiver of the memo. You may also register the
redistribution!


RT -
Returns to the originating menu.


SL -
Set the Screen Length of your terminal.


WP -
Toggle the wait flag in PM mode.


WR -
Toggle the wait flag in RM mode.

EXHIBIT A-13

DOW JONES, A NEWS CORP COMPANY ▾

| Nikkei ▲ 19612.44 1.13% | Hang Seng ▲ 23776.49 0.15% | U.S. 10 Yr ▲ 1/32 Yield 2.452% | Crude Oil ▼ 53.75 -0.15% | Yen ▲ 113.87 0.12% |

# THE WALL STREET JOURNAL.

Subscribe Now | Sign In
$12 for 12 weeks

Home   World   U.S.   Politics   Economy   Business   Tech   Markets   Opinion   Arts   Life   Real Estate

 ⬅ Snapchat's Parent Valued at $24 Billion After IPO Pricing

 ⬅ Yahoo CEO Marissa Mayer Takes Pay Cut Over Security Breach

 ⬅ Facebook Slashes the Price of Oculus Rift VR Headset



JOURNAL REPORTS: LEADERSHIP

# V.A. Shiva Ayyadurai on the Future of Email: It Gets Better

## Email's Inventor Says Future Systems Will Have Artificial Intelligence to Help You Manage the Flood

July 7, 2014 4:31 p.m. ET

💬 1 COMMENTS

**THE WSJ'S 125TH ANNIVERSARY**

See more from The Wall Street Journal's 125th Anniversary Report, including essays by leading thinkers, artists and innovators on the future of everything, and an interactive history of the past 125 years told through the Journal's headlines and historical video clips.

"When I tell people I invented email, the first thing they say is, 'I want to kill you.' Email is here to stay—it's time we got better at using it. Email originated from the interoffice paper mail system (Inbox, Outbox, etc.) used in every office across the world. In the good old days, the secretary did all the hard work and the boss did two things: dictating and editing. But email has made secretaries of us all; we spend up to 38% of our day managing email. The future email systems will have integrated artificial intelligence that will know you as well as the secretary of 1978 once did, and you will be able to dictate to it. It will automatically sort your inbox, file and archive, prioritize, and even come up with reasonable responses, which you simply review, edit and send. So you can go back to the future: Be the boss, and your mail system will be the secretary."

*—V.A. Shiva Ayyadurai, faculty lecturer, Massachusetts Institute of Technology*



Exclusively in
WEEKEND AUSTRALIAN

EXHIBIT A-14



GOT NO STRINGS

POWERBEATS³ WIRELESS   BEATSˣ   BEATS SOLO³ WIRELESS   ON-EAR CONTROLS   BUY NOW ›

CALEB GARLING  BUSINESS  06.16.12  6:30 AM

# WHO INVENTED EMAIL? JUST ASK ... NOAM CHOMSKY

SHARE

 SHARE

 TWEET

 PIN

 COMMENT
0

 EMAIL



Noam Chomsky — linguist, philosopher, cognitive scientist, and all around critic -- has weighed into the debate over who invented email *Photo: Andrew Rusk/Flickr*

**WHO INVENTED EMAIL?** That's a question sure to spark some debate. And where there's debate, the appearance of Noam Chomsky should come as no

Document title: Who Invented Email? Just Ask ... Noam Chomsky | WIRED
Capture URL: https://www.wired.com/2012/06/noam-chomsky-email/
Capture timestamp (UTC): Tue, 03 Jan 2017 20:09:35 GMT

who invented email *Photo: Andrew Rusk/Flickr*



**SHARE**


SHARE


TWEET


PIN


COMMENT
0


EMAIL

**WHO INVENTED EMAIL?** That's a question sure to spark some debate. And where there's debate, the appearance of Noam Chomsky should come as no surprise.

This week, Chomsky — the professor emeritus of linguistics and philosophy at MIT who's known as much for his criticism of US foreign policy and capitalism as much as his academic work — unexpectedly joined the debate over the origins of email, putting his weight behind V.A. Shiva Ayyadurai, a man who claims he invented email as in 1978 at the age of 14 while working at a medical and dentistry university in New Jersey.

Today, Ayyadurai is a lecturer at MIT, and he once studied with Chomsky. But Chomsky says he backs Ayyadurai's claims for reasons of, yes, semantics.

"Email, upper case, lower case, any case, is the electronic version of the interoffice, inter-organizational mail system, the email we all experience today — and email was invented in 1978 by a 14-year-old working in Newark, NJ. The facts are indisputable," reads a statement from Chomsky that fired across the internet in a press release from Ayyadurai.

Yes, by 1978, people were already sending electronic messages across computer networks, but Ayyadurai says he was the first person to build a software program called "email" — and that he was the first to structure electronic communications in a way that mirrored methods traditionally used to move paper mail through an office, setting up electronic "inboxes" and "outboxes" and "address books."

In February, after some documentation supporting Ayyadurai's claims was accepted by the Smithsonian, *The Washington Post* ran a long profile of the MIT lecturer, describing him as the father of email. But after many objected to his claims, the paper published a mammoth correction, casting considerable doubt over Ayyadurai's place in the history of email.

Some trace email all the way back to the mid-'60s and MIT's Compatible Time-Sharing System (CTSS). Originally, CTSS let users remotely log into a single MIT computer and store files to discs where they could be accessed by others, and then in 1961, Tom Van Vleck developed a "mail" command that let users send electronic messages to other users of the system.

But some argue that this wasn't really email because the messages never left



**SHARE**


SHARE


TWEET


PIN


COMMENT
0


EMAIL

single MIT computer and store files to discs where they could be accessed by others, and then in 1961, Tom Van Vleck developed a "mail" command that let users send electronic messages to other users of the system.

But some argue that this wasn't really email because the messages never left a single machine, that they didn't really go across a network. They say true email arrived several years later on the ARPAnet, the research network funded by the US Department of Defense that would eventually give rise to the internet. In 1971, a man named Ray Tomlinson built a messaging system atop the ARPAnet that sent electronic messages between machines.

"There seems to be little disagreement over who wrote what, and approximately when," Van Vleck tells Wired. "The argument is over what to call things."

Chomsky joined the argument on Tuesday. "What continue[s] to be deplorable are the childish tantrums of industry insiders who now believe that by creating confusion on the case of 'email,' they can distract attention from the facts," his statement continues.

Chomsky's argument is that Ayyadurai received a formal copyright registration on his email program in 1982, and that in 1977, David Crocker — who worked on the ARPAnet and has criticized Ayyadurai's claims — wrote that "no attempt is being made to emulate a full-scale, inter-organizational mail system."

"Given the term email was not used prior to 1978, and there was no intention to emulate '...a full-scale, inter-organizational mail system," as late as December 1977, there is no controversy here, except the one created by industry insiders, who have a vested interest," Chomsky says.

Reached by, yes, email, Chomsky confirms that he is putting his weight behind Ayyadurai's claims. "What I found out seemed to confirm his story," Chomsky tells Wired. "I read his documentation, the counterarguments, his responses, and his position seemed to me plausible."

But the debate will no doubt continue.

Ayyadurai says that his invention was quite different than anything that came before — that email is the electronic version of the interoffice, inter-organizational paper-based mail *system*. He carefully emphasizes that last word. The predecessors to his


Proof, VA Shiva Ayyadurai says, of his invention of email. *Photo: www.inventorofemail.com*

Document title: Who Invented Email? Just Ask ... Noam Chomsky | WIRED
Capture URL: https://www.wired.com/2012/06/noam-chomsky-email/
Capture timestamp (UTC): Tue, 03 Jan 2017 20:09:35 GMT




TWEET


PIN


COMMENT
0


EMAIL

the electronic version of the interoffice, inter-organizational paper-based mail *system*. He carefully emphasizes that last word. The predecessors to his creation, he contends, were less organized, much simpler messaging systems. His system, he says, was the first to use the concepts that we recognize in modern tools like Outlook and Gmail.

Proof, VA Shiva Ayyadurai says, of his invention of email. Photo: www.inventorofemail.com

Speaking with Wired, he points out that you could call the telegraph a form of email as well.



In addition to soliciting the backing of Chomsky, Ayyadurai has enlisted the help of his old boss the University of Medical and Dentistry of New Jersey, Leslie Michelson, and he has set up a website to support his claims: www.inventorofemail.com.

Why is he fighting so hard to stake his claim? "I want to be clear," Ayyadurai tells Wired. "The intention of my sharing the facts was not about getting name and money for the invention of email, but to share what I thought was

SHARE

TWEET

PIN

COMMENT
0

EMAIL

www.inventorofemail.com.

Why is he fighting so hard to stake his claim? "I want to be clear," Ayyadurai tells Wired. "The intention of my sharing the facts was not about getting name and money for the invention of email, but to share what I thought was an inspiring message that even something as grand as email, could get created under the right conditions. What was unfortunate was the reaction."

*Additional reporting by Robert McMillan*

#DESKTOP COMPUTING #EMAIL #PERSONALITIES

EXHIBIT A-15

DOW JONES, A NEWS CORP COMPANY ▼

| DJIA ▼ 20934.55  -0.07% | Nasdaq ▲ 5900.76  0.01% | U.S. 10 Yr ▼ -12/32 Yield  2.539% | Crude Oil ▼ 48.77  -0.18% | Euro ▲ 1.0770  0.02% |

# THE WALL STREET JOURNAL.

Subscribe Now | Sign In

$12 for 12 weeks

Home   World   U.S.   Politics   Economy   Business   Tech   Markets   Opinion   Arts   Life   Real Estate

‹

 Airbus Says French Fraud Investigators Open Probe Into ...

 Honest Co. to Replace CEO With Clorox Executive

 Caterpillar Taps Former U.S. Attorney General to Help Deal With Probe



›

JOURNAL REPORTS: LEADERSHIP

## V.A. Shiva Ayyadurai on the Future of Email: It Gets Better

Email's Inventor Says Future Systems Will Have Artificial Intelligence to Help You Manage the Flood

July 7, 2014 4:31 p.m. ET

💬 1 COMMENTS

**THE WSJ'S 125TH ANNIVERSARY**

See more from The Wall Street Journal's 125th Anniversary Report, including essays by leading thinkers, artists and innovators on the future of everything, and an interactive history of the past 125 years told through the Journal's headlines and historical video clips.

"When I tell people I invented email, the first thing they say is, 'I want to kill you.' Email is here to stay—it's time we got better at using it. Email originated from the interoffice paper mail system (Inbox, Outbox, etc.) used in every office across the world. In the good old days, the secretary did all the hard work and the boss did two things: dictating and editing. But email has made secretaries of us all; we spend up to 38% of our day managing email. The future email systems will have integrated artificial intelligence that will know you as well as the secretary of 1978 once did, and you will be able to dictate to it. It will automatically sort your inbox, file and archive, prioritize, and even come up with reasonable responses, which you simply review, edit and send. So you can go back to the future: Be the boss, and your mail system will be the secretary."

*—V.A. Shiva Ayyadurai, faculty lecturer, Massachusetts Institute of Technology*

Document title: V.A. Shiva Ayyadurai on the Future of Email: It Gets Better - WSJ
Capture URL: https://www.wsj.com/articles/v-a-shiva-ayyadurai-on-the-future-of-email-it-gets-better-1404765087
Capture timestamp (UTC): Thu, 16 Mar 2017 21:41:17 GMT
Page 1 of 5