# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### BOSTON, MASSACHUSETTS

| | |
|---|---|
| SHIVA AYYADURAI, an individual, | ) CASE NO. 1:17-cv-10011-FDS |
| Plaintiff, | ) |
| v. | ) **DECLARATION OF RYAN J.** |
| | ) **STONEROCK IN SUPPORT OF** |
| | ) **OPPOSITION TO SPECIAL MOTION** |
| FLOOR64, INC., a California corporation | ) **TO STRIKE COMPLAINT** |
| d/b/a TECHDIRT; MICHAEL DAVID | ) |
| MASNICK, an individual; LEIGH | ) |
| BEADON, an individual; and DOES 1-20, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF RYAN J. STONEROCK

Ryan J. Stonerock declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner at the law firm of Harder Mirell & Abrams LLP, counsel of record for plaintiff Shiva Ayyadurai.  I am over 18 years of age and am competent to testify.  The statements contained in this affidavit are based on my personal knowledge and, to the best of my knowledge, are true and accurate.

2.      Attached hereto as **Exhibit D-1** is a true and correct copy of a preservation of the article entitled, "Why Is Huffington Post Running A Multi-Part Series To Promote The Lies Of A Guy Who Pretended to Invent Email?", located at https://www.techdirt.com/articles /20140901/07280928386/huffpo-publishes-bizarre-misleading-factually-incorrect-multi-part-

series-pretending-guy-invented-email-even-though-he-didnt.shtml, as it appeared on

Techdirt.com on December 12, 2016.

    3.      Attached hereto as **Exhibit D-2** is a true and correct copy of a preservation of the

article entitled, "Huffington Post Doubles Down, Has MIT Professor Spread Blatant Falsehoods

About Creation Of Email," located at https://www.techdirt.com/articles/20140903/05352128399/

huffington-post-doubles-down-has-mit-professor-spread-blatant-falsehoods-about-creation-

email.shtml, as it appeared on Techdirt.com on December 12, 2016.

    4.      Attached hereto as **Exhibit D-3** is a true and correct copy of a preservation of the

article entitled, "Huffington Post Finally Responds, Stands By Its Completely Bogus, Totally

Debunked 'History of Email' Series," located at https://www.techdirt.com/articles/

20140903/18514728409/huffington-post-finally-responds-stands-its-completely-bogus-totally-

debunked-history-email-series.shtml, as it appeared on Techdirt.com on December 12, 2016.

    5.      Attached hereto as **Exhibit D-4** is a true and correct copy of a preservation of the

article entitled, "Huffington Post And The View From Bogustan: Standing Behind Blatantly

False Claims Isn't Journalism," located at https://www.techdirt.com/articles/

20140905/10463128432/huffington-post-view-bogustan-standing-behind-blatantly-false-claims-

isnt-journalism.shtml, as it appeared on Techdirt.com on December 12, 2016.

    6.      Attached hereto as **Exhibit D-5** is a true and correct copy of a preservation of the

article entitled, "Huffington Post Finally Removes Most Articles About Fake Email Inventor;

Meanwhile, Ayyadurai Threatens To Sue His Critics," located at https://www.techdirt.com/

articles/20140907/06302728447/huffington-post-finally-removes-most-articles-about-fake-

email-inventor-meanwhile-ayyadurai-threatens-to-sue-his-critics.shtml, as it appeared on

Techdirt.com on December 12, 2016.

7.      Attached hereto as **Exhibit D-6** is a true and correct copy of a preservation of the

article entitled, "Fact Checking Is Dead: Mainstream Media Goes Nuts Repeating Debunked

Claims By The Fake 'Inventor of Email'," located at https://www.techdirt.com/articles/

20140909/06514228460/fact-checking-is-dead-mainstream-media-goes-nuts-repeating-

debunked-claims-fake-inventor-email.shtml, as it appeared on Techdirt.com on December 12,

2016.

8.      Attached hereto as **Exhibit D-7** is a true and correct copy of a preservation of the

article entitled, "Another Story Of A 'Fake' Brilliant Inventor?  Is 'Scorpion Walter O'Brien' A

Real Computer Security Genius?," located at https://www.techdirt.com/articles/

20140924/14422128627/another-story-fake-brilliant-inventor-is-scorpion-walter-obrien-real-

computer-security-genius.shtml, as it appeared on Techdirt.com on December 12, 2016.

9.      Attached hereto as **Exhibit D-8** is a true and correct copy of a preservation of the

article entitled, "Guy Who Pretends He Invented Email Whines At Every Journalist For Writing

Obit Of Guy Who Actually Helped Create Email?," located at https://www.techdirt.com/articles/

20160308/08034033830/guy-who-pretends-he-invented-email-whines-every-journalist-writing-

obit-guy-who-actually-helped-create-email.shtml, as it appeared on Techdirt.com on December

14, 2016.

10.     Attached hereto as **Exhibit D-9** is a true and correct copy of a preservation of the

article entitled, "Guy Who Didn't Invent Email Sues Gawker For Pointing Out He Didn't Invent

Email," located at https://www.techdirt.com/articles/20160511/10135934407/guy-who-didnt-

invent-email-sues-gawker-pointing-out-he-didnt-invent-email.shtml, as it appeared on

Techdirt.com on December 12, 2016.

11.     Attached hereto as **Exhibit D-10** is a true and correct copy of a preservation of

the article entitled, "Univision Execs Have No Backbone: Pull A Bunch Of Gawker Stories Over

Legal Disputes," located at https://www.techdirt.com/articles/20160909/23500335481/univision-

execs-have-no-backbone-pull-bunch-gawker-stories-over-legal-disputes.shtml, as it appeared on

Techdirt.com on December 12, 2016.

12.     Attached hereto as **Exhibit D-11** is a true and correct copy of a preservation of

the article entitled, "Ridiculous: Nick Denton Settles Remaining Charles Harder Lawsuits,

Agrees To Delete Perfectly True Stories," located at https://www.techdirt.com/articles/

20161102/10054035947/ridiculous-nick-denton-settles-remaining-charles-harder-lawsuits-

agrees-to-delete-perfectly-true-stories.shtml, as it appeared on Techdirt.com on December 12,

2016.

13.     Attached hereto as **Exhibit D-12** is a true and correct copy of a preservation of

the article entitled, "Here's The Truth: Shiva Ayyadurai Didn't Invent Email," located at

https://www.techdirt.com/articles/20161103/11502935958/heres-truth-shiva-ayyadurai-didnt-

invent-email.shtml, as it appeared on Techdirt.com on December 12, 2016.

14.     Attached hereto as **Exhibit D-13** is a true and correct copy of a preservation of

the article entitled, "Funniest/Most Insightful Comments Of The Week At Techdirt," located at

https://www.techdirt.com/articles/20161106/06292735974/funniest-most-insightful-comments-

week-techdirt.shtml, as it appeared on Techdirt.com on December 12, 2016.

15.     Attached hereto as **Exhibit D-14** is a true and correct copy of a preservation of

the article entitled, "Actual Creators Of Email Not At All Happy The Fake Creator Of Email Got

Paid For His Bogus Claim," located at https://www.techdirt.com/articles/

20161104/17341635970/actual-creators-email-not-all-happy-fake-creator-email-got-paid-his-

bogus-claim.shtml, as it appeared on Techdirt.com on December 12, 2016.

16.     On March 15, 2017, I visited Techdirt.com and confirmed that all of the articles

attached hereto as Exhibits D-1 through D-12 remain on the website.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed March _15_, 2017 at Beverly Hills, California

_____

Ryan J. Stonerock

EXHIBIT D-1

<< The Brett Kimberlin Saga: A Story Of Wacko...          You Can't Be Fired For 'Liking' A...   >>

# techdirt

**PODCAST** ▶  Techdirt - Supporting Creators, With Patreon Founder Jack Conte   ◀◉ SOUNDCLOUD



Email
by Mike Masnick
Tue, Sep 2nd 2014
12:26pm

Filed Under:
dave crocker,
email, history,
inventor of email,
journalism, larry
weber, lies, ray
tomlinson,
rewriting history,
shiva ayyadurai, va
shiva ayyadurai

Companies:
huffington post

Permalink.
Short link.

## Why Is Huffington Post Running A Multi-Part Series To Promote The Lies Of A Guy Who Pretended To Invent Email?

from the *that's-just-wrong* dept

I thought this story had ended a few years ago. Back in 2012, we wrote about how The Washington Post and some other big name media outlets were claiming that a guy named V.A. Shiva Ayyadurai had "invented email" in 1978. The problem was that it wasn't even close to true and relied on a number of total misconceptions about email, software and copyright law. Ayyadurai and some of his friends have continued to play up the claim that he "invented" email, but it simply was never true, and it's reaching a level that seems truly bizarre. Ayyadurai may have done some interesting things, but his continued false insistence that he invented email is reaching really questionable levels. And, now it's gone absolutely nutty, with the Huffington Post running a *multi-part* series (up to *five* separate articles so far -- all done in the past 10 days) all playing up misleading claims saying that Ayyadurai invented email, even though even a basic understanding of the history shows he did not.

Let's take care of the basics first, and then we'll dig in on what's going on here, because it's really quite ridiculous. First off, no one denies that V.A. Shiva Ayyadurai -- an apparently very bright 14-year-old at the time -- wrote an email software program for the University of Medicine and Dentistry of New Jersey (UMDNJ) in 1978. By all accounts, it was a perfectly decent email system that allowed the UMDNJ staff to send electronic messages. Further, no one doubts that, in 1981, Ayyadurai registered the copyright on his program, which was called EMAIL. The problems are that (1) email was invented long before 1978, (2) the copyright is merely on the specific software code, not the idea of email, and (3) while Ayyadurai may have independently recreated the basics of email (and even added a nice feature), none of his work was even remotely related to what later became the standards of email. What's most sickening about this is that as part of this new PR campaign, Ayyadurai is ridiculously arguing that the reason no one believes him isn't because he's simply wrong, but because they can't stand to believe that "a dark-skinned immigrant kid, 14 years old," invented email, and that it was done in "one of the poorest cities in the US" rather than at a famous university.

Again, that might make for a nice story line if there were some factual basis behind it, but there isn't. The history of email is well-documented from multiple sources and it began way, way before 1978. And while early versions were somewhat crude, by 1978 they had basically everything that Ayyadurai claims to have invented (it is entirely believable that Ayyadurai, as a bright kid, independently came up with the same ideas, but he was hardly the first). There was a messaging system called MAILBOX at MIT in 1965. You can read all the details of it here, including source code. Ray Tomlinson is frequently credited with inventing the modern concept of email for the internet by establishing the @ symbol (in 1972) as a way of determining both the user and which computer to send the email to. By 1975, there were things like email folders (invented by Larry Roberts) and some other basic email apps. As is noted, by 1976 -- two years before Ayyadurai wrote his app -- email was 75% of all ARPANET traffic.

So, let's get to the Huffington Post trying to whitewash all of this factual history out of existence.

It started on August 20th, with an article by Larry Weber, CEO of Racepoint Global, kicking off a supposed "series" called "The History of Email." Except that the series has little to do with the history of email at all. It's just about Ayyadurai writing his particular email program in 1978. Great story. Smart kid done good. Has nothing to do with the invention of email. Weber, though, calls it **The Boy Who Invented Email**. At this point, it should be worth questioning why Weber suddenly decided this was such an interesting story. If you don't know, Weber is one of PR's biggest names, having built one of the most successful PR companies in history. It seems odd that he "just happened" to come across Ayyadurai's fake story and decided to help create a 5-part series about it. I have reached out to both Weber and the Huffington Post to ask if Weber has any financial relationship with Ayyadurai. As I publish this, neither has responded. The post will be updated if I

Insider Shop - Show Your Support!
READ POSTS EARLY, JOIN THE INSIDER CHAT & MORE
**INSIDER SHOP**   SUPPORT US

Advertisement

Spectrum>
**Time Warner Cable Bus.®**
Download speed as fast as
upload speed with our
dedicated bandwidth.
timewarnercable.com/Business
Report this ad | Hide Techdirt ads

Essential Reading

## Hot Topics

**5.3** If You're Worried About What President Trump Can Do To The Press, Blame President Obama

**5.2** Two Former Senators Call On Obama To Save The Full CIA 'Torture Report' From Being Buried

**5.2** Judge Tosses Charges Against Backpage Execs, Tells Kamala Harris To Take It Up With Congress

## New To Techdirt?

*Explore some core concepts:*

Perhaps It's Not The Entertainment Industry's Business Model That's Outdated

Saying You Can't Compete With Free Is Saying You Can't Compete Period

Step One To Embracing A Lack Of Scarcity: Recognize What Market You're Really In

read all »

Techdirt Deals



It started on August 26th, with an article by Larry Weber, CEO of Racepoint Global, kicking off a supposed "series" called "The History of Email." Except that the series has little to do with the history of email at all. It's just about Ayyadurai writing his particular email program in 1978. Great story. Smart kid done good. Has nothing to do with the invention of email. Weber, though, calls it The Boy Who Invented Email. At this point, it should be worth questioning why Weber suddenly decided this was such an interesting story. If you don't know, Weber is one of PR's biggest names, having built one of the most successful PR companies in history. It seems odd that he "just happened" to come across Ayyadurai's fake story and decided to help create a 5-part series about it. I have reached out to both Weber and the Huffington Post to ask if Weber has any financial relationship with Ayyadurai. As I publish this, neither has responded. The post will be updated if I hear from either. None of the posts in the series disclose any such relationship. Nor does the Huffington Post indicate that this is a "sponsored" post as far as I can tell.

The second and third articles in the series are both written by Leslie Michelson, the Director of High Performance and Research Computing at Rutgers Medical School (which took over UMDNJ a while back). More importantly, in 1978 he was the Director of the Laboratory Computer Network at UMDNJ, and apparently "challenged" Ayyadurai to create an electronic interoffice mail system. The fourth article in the series is by Robert Field, a technologist at Rutgers Medical School and, in 1978, a colleague of Ayyadurai at UMDNJ. See a pattern? Huffington Post also interviewed Ayyadurai for HuffPost Live in which he mostly attacks anyone who challenges his story, comparing himself to Philo T. Farnsworth -- except in that case, Farnsworth actually invented TV before anyone else. Ayyadurai did not do that with email. Apparently there are two more in this series that are still to come.

When you look at the collection of articles, they all repeat the same basic things: Ayyadurai did create an email system and "it was recognized by the federal government." This is misleading in the extreme. It's amusing how they all use the exact same language. Larry Weber claims:

> *On August 30, 1982, the US government officially recognized V.A. Shiva Ayyadurai as the inventor of email by awarding him the first US Copyright for "Email," "Computer Program for Electronic Mail System," for his 1978 invention. This was awarded at a time when Copyright was the only way to protect software inventions.*

Leslie Michaelson says:

> *On August 30, 1982, V.A. Shiva Ayyadurai received official recognition as the inventor of email from the U.S. government, for the work he had done in 1978.*

Every article in the series includes this image of his copyright registration:



Except, if you know anything about copyright, you know that what they're claiming is not at all true. The registration of copyrights is about as close to a rubber-stamping process as is possible. It has nothing to do with "inventions" at all, but is rather a copyright *for the specific software program*. Ayyadurai received a copyright on *his email program* and that's it. It has absolutely nothing to do with him being the inventor of email.

Microsoft holds a copyright on Windows, but no one claims it "invented" the glass things you look outside your building with. Hell, no one even claims that Microsoft invented windowing user interfaces, because it did not. The name of the program and the fact that you can copyright it does not make you the "inventor" of the concept behind it.



**VPN Unlimited & To Do Checklist: Lifetime Subscription Bundle**

Report this ad | Hide Techdirt ads

**Techdirt Insider Chat**

http://m.theregister.co.uk/2016/12/08/winter_is_co
time for the touches and pitchforks, I think.

**Dark Helmet:** Touches and pitchforks is my new favorite typo win

**Jeffrey Nonken:** hah.
Well, mobile interface. That's my excuse.

**Vidiot:** WaPo article on copyright fight gets it wrong, of course... ASCAP and MPAA seen as the Office's only constituents. How about us citizens instead?
https://www.washingtonpost.com/news/arts-and-entertainment/wp/2016/12/09/congressional-panel-calls-for-independent-copyright-office

**Mike Masnick:** well, they do quote new head of the ALA too, and he's good

[ Join the Insider Chat ]

**Advertisement**



No. 3

Make it a goal to see the Berlin Wall

Report this ad | Hide Techdirt ads

**Recent Stories**

**Monday**

13:09 Two Former Senators Call On Obama To Save The Full CIA "Torture Report" From Being Buried (5)

11:52 The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things (13)

10:40 Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship (11)

10:38 Daily Deal: DashCam Hi-Res Car Video Camera And 8GB MicroSD Card (1)

true. The registration of copyrights is about as close to a rubber-stamping process as is possible. It has nothing to do with "inventions" at all, but is rather a copyright *for the specific software program*. Ayyadurai received a copyright on *his email program* and that's it. It has absolutely nothing to do with him being the inventor of email.

Microsoft holds a copyright on Windows, but no one claims it "invented" the glass things you look outside your building with. Hell, no one even claims that Microsoft invented windowing user interfaces, because it did not. The name of the program and the fact that you can copyright it does not make you the "inventor" of the concept behind it.

Weber, Ayyadurai and his friends try to counter the "it's a copyright, not a patent" claim with an incredibly misleading response. Here's Michelson:

> On August 30, 1982, Shiva was issued the first Copyright for "Email", "Computer Program for Electronic Mail System." At that time, Copyright was the equivalent of a patent, as there was no other way to protect software inventions. Only in 1980 was the Copyright Act of 1976 amended to protect software. Patent law had not even caught up to software in 1980

Copyright was not, and has never been "the equivalent of a patent." Copyright and patents are two very different things. Copyright protects specific expression. Patents protect inventions. That's why copyright protected *only* the specific code that Ayyadurai wrote, rather than the concept of email. While it's true that software wasn't considered patentable by many at the time, that doesn't, in any way, mean that a copyright on a particular piece of software was the equivalent in any way, to a patent at the time.

To further their argument, both Weber and Michelson include nearly identical, but slightly different, infographics on the history of email, which (of course) start in 1978 with Ayyadurai's work. According to those charts, email was barely even a thing outside of UMDNJ until 1985 when offline email readers come about. The infographic is the work of the impressive sounding International Center for Integrative Systems. What's left out is that the "Founder and Chairman" of the International Center for Integrative Systems happens to be... a guy named V.A. Shiva Ayyadurai. The same infographic tosses in a "milestone" in email in 1995, when "Echomail" launched. Doesn't sound familiar? Echomail was a company started by... V.A. Shiva Ayyadurai.

The rest of the articles seem to just focus on attacking those who *actually* were involved in the invention of email and who dared to speak out against Ayyadurai's claims. The story, which includes no actual support, is that the folks at BBN decided in the early 80s that email security was a big business opportunity and rewrote history. Whether or not BBN played up their role in the history of email is debatable, but none of that changes the fact that they (and many others) were using email, and had email software, before Ayyadurai did anything. At no point do any of them address the long history of email systems long before Ayyadurai arrived on the scene. Instead, they just talk about this grand conspiracy theory, claiming (ridiculously) that if BBN were outed as not being the inventor of email (even though no one really claims the company was the inventor of email) it would harm its business. That makes no sense at all. First of all, BBN's history of work related to the internet is long and well-detailed (there's even a fantastic book about it). Even if it had nothing to do with email, it's other work is much more impressive. Second, the company is currently owned by defense contracting giant Raytheon. Does anyone honestly think Raytheon cares one way or the other who "invented email"?

All of their "debunking" claims rest entirely on a RAND report written by David Crocker in 1977, where they take two sentences totally out of context. Here's what Ayyadurai, Weber and their friends claim Crocker said:

> "At this time, no attempt is being made to emulate a full-scale, inter-organizational mail system. The fact that the system is intended for use in various organizational contexts and by users of differing expertise makes it almost impossible to build a system which responds to all users' needs."

It's telling that Ayyadurai and his friends never actually tell you the name of the report or link to it. Because actually reading what Crocker wrote would undermine their argument. The report is called "Framework and Functions of the 'MS' Personal Message System" and you can read it here. Not only do Ayyadurai and his friends take Crocker entirely out of context, the two sentences above are not even contiguous sentences. *They're not even on the same page.* The first sentence is on page 18 of the paper. And it just says that *this particular* implementation (the program called MS) is focused on certain facets, and *for MS* "no attempt is being made to emulate a full-scale inter-organization mail system" even though the entire point of the paper is how various email implementations are clearly replicating inter-organizational mail systems. The second sentence comes on page 21 (with lots in between) and just focuses on the fact that lots of users have very different requests and desires, and it's impossible to satisfy everyone -- and that it, alone, is beyond the scope of this project. He's not, as Ayyadurai implies, claiming that building an

**Monday**

13:09 Two Former Senators Call On Obama To Save The Full CIA "Torture Report" From Being Buried (5)

11:52 The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things (13)

10:40 Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship (11)

10:38 Daily Deal: DashCam Hi-Res Car Video Camera And 8GB MicroSD Card (1)

09:39 Georgia Secretary Of State Accuses DHS Of Breaching His Office's Firewall (15)

08:31 If You're Worried About What President Trump Can Do To The Press, Blame President Obama (41)

06:29 Judge Tosses Charges Against Backpage Execs, Tells Kamala Harris To Take It Up With Congress (14)

03:25 More Prosecutors Refuse To Accept Guilty Pleas Based On Faulty $2 Field Drug Tests (11)

**Sunday**

12:00 Funniest/Most Insightful Comments Of The Week At Techdirt (5)

**Saturday**

12:00 This Week In Techdirt History: SOPA, China, Dajaz1 & The Hypocrisy Of Copyright (2)

More ⊙

Advertisement



Nationwide®

CLASSIC CAR INSURANCE

We believe in the classics, too.

Get a Quote

Report this ad  |  Hide Techdirt ads

Document title: Why Is Huffington Post Running A Multi-Part Series To Promote The Lies Of A Guy Who Pretended To Invent Email? | Techdirt

Capture URL: https://www.techdirt.com/articles/20140901/07280928386/huffpo-publishes-bizarre-misleading-factually-incorrect-multi-part-series-pretending-guy-invente...

Capture timestamp (UTC): Mon, 12 Dec 2016 22:37:15 GMT

Report this ad  |  Hide Techdirt ads

called "Framework and Functions of the 'MS' Personal Message System" and you can read it here. Not only do Ayyadurai and his friends take Crocker entirely out of context, the two sentences above are not even contiguous sentences. They're not even on the same page. The first sentence is on page 18 of the paper. And it just says that *this particular implementation (the program called MS)* is focused on certain facets, and *for MS* "no attempt is being made to emulate a full-scale inter-organization mail system" even though the entire point of the paper is how various email implementations are clearly replicating inter-organizational mail systems. The second sentence comes on page 21 (with lots in between) and just focuses on the fact that lots of users have very different requests and desires, and it's impossible to satisfy everyone -- and that it, alone, is beyond the scope of this project. He's not, as Ayyadurai implies, claiming that building an interoffice email system is impossible. He's claiming that creating a full system that satisfies absolutely everyone is impossible. However, he does make it clear that other components are being worked on, and when combined could create a more functional email system. Here's that part, back in context:

> To construct a fully-detailed and monolithic message processing environment requires a much larger effort than has been possible with MS. In addition, the fact that the system is intended for use in various organizational contexts and by users of differing expertise makes it almost impossible to build a system which responds to all users' needs. Consequently, important segments of a full message environment have received little or no attention and decisions have been made with the expectation that other Unix capabilities will be used to augment MS. For example, MS has fairly primitive data-base management filing and cataloging) facilities and message folders have been implemented in a way which allows them to be modified by programs, such as text editors, which access them directly, rather than through the message system.

From the actual source documents (which, again, Ayyadurai and his friends fail to link to and totally misrepresent), it's clear that all Crocker is saying is that no single system will satisfy everyone's current interests. He's not saying it's impossible to create an interoffice email system. He's just saying that lots of different people have lots of different needs for an interoffice email system, and for the team building MS, it would be too difficult to satisfy everyone's exact requests, so they're focusing on certain features, knowing others will add other components later. And, given that people are still working to improve upon email today, it seems that's *still* basically true.

Back to the rest of the paper, which actually does a tremendous job undermining basically all of Ayyadurai's claims (again, which suggests why no one names or links to the full paper) -- in the very first paragraph (again, this is prior to Ayyadurai doing anything) it talks about research for "computer software" for "electronic mail." Ooops. It goes on:

> This report describes the design of one such program--the "MS" message system. Early electronic mail systems have existed on the larger computers. MS incorporates and expands upon many of the functions and concepts of such systems within an integrated package...

In other words, the very paper that Ayyadurai and his friends insist prove that there was no email prior to 1978 talks in depth about a variety of email programs. Again, remember that this was written in 1977. This is not historical revisionism. It goes on:

> One of the earliest and most popular applications of the ARPANET computer communications network has been the transfer of text messages between people using different computers. This "electronic mail" capability was originally grafted onto existing informal facilities; however, they proved inadequate. A large network greatly expands the base of potential communicators; when coupled with the communication convenience of a message system, there results a considerable expansion to the list of features desired by users. Systems which have responded to these increased user needs have resided on medium- and large-scaled computers.

In other words, lots of folks are working on email systems. Ayyadurai tries to brush all those aside by saying that his actually included things like "folders." But again, Crocker's paper notes:

> Messages reside in file "folders" and may contain any number of fields, or "components."

It actually has a whole section on folders. It also shows some sample messages at the time, showing "to," "from," "cc," "subject," and "message" fields, showing that the very basics of interoffice mail (such as "cc" -- standing for carbon copy, which was a standard bit of interoffice mail) had already moved into email. Here's a screenshot (which you can click for a larger version):

"components."

It actually has a whole section on folders. It also shows some sample messages at the time, showing "to," "from," "cc," "subject," and "message" fields, showing that the very basics of interoffice mail (such as "cc" -- standing for carbon copy, which was a standard bit of interoffice mail) had already moved into email. Here's a screenshot (which you can click for a larger version):



Ayyadurai has built up his entire reputation around the (entirely false) claim that he "invented" email. His bio, his Twitter feed and his website all position himself as having invented email. He didn't. It looks like he wrote an implementation of an email system in 1978, long after others were working on similar things. He may have added some nice features, ~~including the "blind carbon copy/bcc" concept~~ (Update: Nope, bcc was in a 1977 RFC). He also appears to have potentially been ahead of others in making a full address book be a part of the email system. He may, in fact, be the first person who shortened "electronic mail" to "email" which is cool enough, and he'd have an interesting claim if that's all he claimed. Unfortunately, he's claiming much, much more than that. He's set up an entire website in which he accuses lots of folks, including Techdirt, of unfairly "attacking" him. He apparently believes that some of the attacks on him are because he spoke out against corruption in India. Or because people think only rich white people can invent stuff. None of that is accurate. There's a simple fact, and it's that Ayyadurai did not invent email.

He does not even attempt to counter any of the actual facts. The documents that are presented are misleading or out of context. He misrepresents what a copyright registration means. And his main "smoking gun," in support of his claim that people are trying to unfairly write him out of history, is presented in a misleading way, out of context, with two entirely separate sentences pushed together to pretend they say something they didn't.

He's clearly quite proud of the email software he wrote in 1978, and that's great. He should be. It may have made some incremental improvements on what else was already out there, but it is not inventing email. It's also entirely possible that he was wholly unaware of everything else that was out there. And, again, that's great. We've talked many times in the past about multiple people coming up with the same ideas around the same time. Ayyadurai should be quite proud of what he's done. But he's simply not telling the truth when he claims to have invented email. His website is full of accolades from the past, including his Westinghouse award (which is a prestigious award for high schoolers), his copyrights and his later patents. There are local newspaper clippings. That's all great. It reminds me of the folder my mother has on all the nice things that happened to me as a kid. But none of it means he invented email.

It's unclear why Huffington Post is publishing this ludicrous and disproven narrative. It's unclear why one of the biggest names in PR is involved in all of this, though you can take some guesses. But there are facts, and they include that "electronic mail" existed long before V.A. Shiva Ayyadurai wrote his program as a precocious teenager. Huffington Post is either not disclosing a paid-for series of posts (which would be a massive ethical breach) or they've been taken for a ride. Neither option speaks well of HuffPo and its journalistic integrity.

73 Comments | Leave a Comment



GET A FREE 1-YEAR SUBSCRIPTION TO
THE TECHDIRT CRYSTAL BALL

Document title: Why Is Huffington Post Running A Multi-Part Series To Promote The Lies Of A Guy Who Pretended To Invent Email? | Techdirt
Capture URL: https://www.techdirt.com/articles/20140901/07280928386/huffpo-publishes-bizarre-misleading-factually-incorrect-multi-part-series-pretending-guy-invente...
Capture timestamp (UTC): Mon, 12 Dec 2016 22:37:15 GMT0

paid-for series of posts (which would be a massive ethical breach) or they've been taken for a ride. Neither option speaks well of HuffPo and its journalistic integrity.

73 Comments | Leave a Comment 



*Hide Techdirt ads*

**If you liked this post, you may also be interested in...**

- This Week In Techdirt History: SOPA, China, Dajaz1 & The Hypocrisy Of Copyright
- This Week In Techdirt History: November 27th - December 3rd
- Border Patrol Stops Journalist From Heading To Dakota Pipeline Protests, Searches All Of His Electronic Devices
- St. Louis County Charges Journalists Who Covered Ferguson Protests With Trespassing
- St. Louis County Still Considering Bringing Trespassing Charges Against Journalists Police Arrested In Ferguson

EXHIBIT D-2



&lt;&lt; Ares Rights, Notorious DMCA Abusers For The...        'I'        Timeshare Company Sundance Vacations Accused... &gt;&gt;

# Huffington Post Doubles Down, Has MIT Professor Spread Blatant Falsehoods About Creation Of Email

from the *really-now?* dept

**Email**
by *Mike Masnick*
Wed, Sep 3rd 2014
10:34am

Filed Under:
david crocker,
deborah
nightingale, email,
history, huffington
post, journalism,
larry weber, les
michelson, shiva
ayyadurai, v.a.
shiva ayyadurai

Companies:
aol, huffington
post, mit

Permalink.
Short link.

We already covered the bizarre situation in which one of the biggest names in PR has "teamed up" with the Huffington Post to write an entirely bogus "series" of stories on the "history of email" that is nothing more than a PR campaign for a liar. V.A. Shiva Ayyadurai claims to have invented email. He did not. We went into great detail on this on Tuesday, so you can check out the history there.

Despite my requests to both Huffington Post and Larry Weber (the PR guy who kicked off the "series"), neither has responded and explained if any money is changing hands here. That means either it is, and Huffington Post is violating FTC rules concerning "paid" posts, or Huffington Post just made it clear that it is willing to post pure bullshit without the slightest bit of fact checking. I'm still not sure which is worse.

Instead, it appears that they've gone forward and posted the latest in the series. Incredibly, they've convinced an MIT professor, Deborah Nightingale, to destroy her own credibility by writing a piece that is supposedly "debunking" the "myths" that everyone puts forth in proving that Ayyadurai is simply wrong in claiming to have invented email. Except the "myths" are not myths, and her debunking does not debunk anything. It just repeats the same false claims (using nearly identical language) as Ayyadurai and his friends in their original posts.

Nightingale cherry picks a few things, presents them in a misleading way, repeats the entirely bogus story about Dave Crocker claiming interoffice email was impossible (which is not at all what he actually said), and then just repeats (almost word for word) Ayyadurai's previously disproven claims. It's clear that the only way they think they can win this debate is to *redefine what email is* in such a narrow way to pretend that Ayyadurai's specific implementation was the "invention" of email. It's not. It's ridiculous. Here's their definition, according to Nightingale, though more or less repeated word for word by the other posts in the series.

> "*first full-scale electronic replication of the interoffice mail system consisting of the now-familiar components of email: Inbox, Outbox, Folders, Attachments, Memo, Address Book, Forwarding, Composing, etc.,*"

Again, as noted in our post yesterday, nearly all of that was done previously by others (often many years earlier). But Ayyadurai, Weber and Nightingale are pretending that none of that was truly email because it didn't have *every single component* that Ayyadurai's app had. That's ridiculous. Email is an ever-evolving set of standards. You could just as easily make an equally ridiculous claim that "email" didn't really exist until it also had *color highlighting*. After all, the offline interoffice mail system had the ability to highlight with colored pens, and email didn't include *color highlighting* until years later. But, of course, that's ridiculous, because color highlighting doesn't make email.

Email was very much in place long before Ayyadurai's app. It included all the basic concepts of email, including an inbox, folders, to:, from:, subject, cc:, bcc:, etc. Ayyadurai may have written a wonderful new form of electronic messaging, but he didn't "invent" email.

The thing that's amazing here is that Ayyadurai is using one of the oldest trolling tricks in the book, in pretending that everything **that he is actually doing** is actually being done nefariously *against him*. Almost everything that he claims people are doing to him are things that he is actually doing himself:

> *He claims that the attacks are because Raytheon/BBN's entire "identity" is built off of its fake claim to have invented email.*

First off, that's not true. Raytheon is a giant multi-billion defense contractor. It doesn't care about





### Hot Topics

**5.3** If You're Worried About What President Trump Can Do To The Press, Blame President Obama

**5.2** The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things

**5.2** Judge Tosses Charges Against Backpage Execs, Tells Kamala Harris To Take It Up With Congress

### New To Techdirt?
*Explore some core concepts:*

Perhaps It's Not The Entertainment Industry's Business Model That's Outdated

Saying You Can't Compete With Free Is Saying You Can't Compete Period

Step One To Embracing A Lack Of Scarcity: Recognize What Market You're Really In

*read all »*

The thing that's amazing here is that Ayyadurai is using one of the oldest trolling tricks in the book, in pretending that everything **that he is actually doing** is actually being done nefariously *against him*. Almost everything that he claims people are doing to him are things that he is actually doing himself:

*He claims that the attacks are because Raytheon/BBN's entire "identity" is built off of its fake claim to have invented email.*

First off, that's not true. Raytheon is a giant multi-billion defense contractor. It doesn't care about who invented email. BBN has a long and **well-documented** history of a whole bunch of innovations concerning the internet and networked computing. If it didn't invent email (and no one there really claims to have "invented" email anyway -- they say, rightly, that it was a group evolution by a bunch of folks, some at BBN and some elsewhere), its legacy as the core innovators of the internet would still be in place. Instead, the only one whose entire "identity" is built off a fake claim to have invented email is... Ayyadurai. Here's his Twitter page:



## VA Shiva Ayyadurai
@va_shiva

Inventor of Email. Systems Scientist.
Entrepreneur.

His *entire Twitter stream* is about him claiming to have invented email. Tweet after tweet after tweet are just about those claims.

He has an entire website *called* "the inventor of email." He's written a book about email, which claims *on the front page* that he's "the inventor of email":



Oh, and notice the "blurb" on the cover of the book? It's from Larry Weber. Gee...

*He claims that others "fabricated a controversy" to deny him his rightful place in history*

The only fabricated controversy is by him. There is no controversy. He didn't invent email. But he



VPN Unlimited & To Do
Checklist: Lifetime
Subscription Bundle

Report this ad  |  Hide Techdirt ads



Techdirt Insider Chat

http://m.theregister.co.uk/2016/12/08/winter_is_cc
time for the touches and pitchforks, I think.
**Dark Helmet:** Touches and pitchforks is my
new favorite typo win
**Jeffrey Nonken:** hah.
Well, mobile interface. That's my excuse.
**Vidiot:** WaPo article on copyright fight gets it
wrong, of course... ASCAP and MPAA seen as
the Office's only constituents. How about us
citizens instead?
https://www.washingtonpost.com/news/arts-
and-
entertainment/wp/2016/12/09/congressional-
panel-calls-for-independent-copyright-office
**Mike Masnick:** well, they do quote new head of
the ALA too, and he's good

Join the Insider Chat

Advertisement

Report this ad  |  Hide Techdirt ads

Recent Stories

### Monday

13:09  Two Former Senators Call On Obama To Save The
Full CIA 'Torture Report' From Being Buried (5)

11:52  The FCC Suggests Some Wishy Washy, Highly
Unlikely Solutions To The Poorly-Secured Internet
Of Things (13)

10:40  Iran The Latest Country To Use 'Fake News' As An
Excuse For Widespread Censorship (11)

10:38  Daily Deal: DashCam Hi-Res Car Video Camera And
8GB MicroSD Card (1)

# DR. V. A. SHIVA AYYADURAI
# THE INVENTOR OF EMAIL

Oh, and notice the "blurb" on the cover of the book? It's from Larry Weber. Gee...

*He claims that others "fabricated a controversy" to deny him his rightful place in history*

The only fabricated controversy is by him. There is no controversy. He didn't invent email. But he sure trades off of the claim that big powerful interests are trying to silence him.

*He claims that those of us debunking his bogus claim refused to look at the primary documents*

This is untrue. We went through the documents in detail and explained why they actually debunk Ayyadurai's own claims. Their "smoking gun" is a paper by David Crocker at RAND from December 1977, in which they falsely claim he said that an interoffice email system was impossible. Yet they never point you to the paper. go read it here. Go read the primary documentation and you'll see that not only did Ayyadurai and his friends/colleagues totally take Crocker out of context, they pulled two totally unrelated sentences from different parts of the report, excised from context, to pretend he said something he did not. Read the whole report and you'll *actually see* that not only were email systems quite common, lots of folks were developing all sorts of components of an electronic interoffice mail system. Crocker's paper is about one such version, but notes that many others are doing the same, and it includes screenshots of messages that clearly look like email today.

*He claims that everyone is trying to rewrite history*

He and his friends are the only ones doing so. The history is clear. There is no controversy other than the one that he's manufacturing.

What's bizarre is that the Huffington Post is a willing accomplice in perpetuating this myth -- and why the company won't comment on this, and the nature of its relationship with Weber and Ayyadurai. Again, either the Huffington Post is running a sponsored series without disclosing it (in violation of FTC rules) or it has been totally duped. I've heard from some folks suggesting that this is just the "blogging" side of Huffington Post, where there are no real editorial controls, but that doesn't explain HuffPost Live's multiple segments on this issue, including its bizarre interview with Ayyadurai. That *is* a journalistic endeavor (or purports to be) that appears to have been totally duped. The series still promises one more article, by Ayyadurai himself, and we expect more of the same rewriting of history, using the exact same phraseology. The question is whether or not Huffington Post will recognize that it's being used as part of an effort to drum up a faux controversy over something that is blatantly untrue.

76 Comments | Leave a Comment



GET A FREE 1-YEAR SUBSCRIPTION TO
**THE TECHDIRT CRYSTAL BALL**
WHEN YOU SIGN UP FOR VPN SERVICE
FROM **PRIVATE INTERNET ACCESS »**
GET EARLY ACCESS TO TECHDIRT POSTS & PROTECT YOUR ONLINE PRIVACY WITH TOP-RATED VPN SERVICE

*Hide Techdirt ads*

**If you liked this post, you may also be interested in...**
- This Week In Techdirt History: SOPA, China, Dajaz1 & The Hypocrisy Of Copyright
- This Week In Techdirt History: November 27th - December 3rd
- Border Patrol Stops Journalist From Heading To Dakota Pipeline Protests, Searches All Of His Electronic Devices
- MIT Media Lab Launched Disobedience Award, Funded By Reid Hoffman
- Verizon Buys Yahoo In $4.8 Billion Attempt To Bore The Internet To Death

**Reader Comments**

---

**Monday**

13:09  Two Former Senators Call On Obama To Save The Full CIA "Torture Report" From Being Buried (5)

11:52  The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things (13)

10:40  Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship (11)

10:38  Daily Deal: DashCam Hi-Res Car Video Camera And 8GB MicroSD Card (1)

09:39  Georgia Secretary Of State Accuses DHS Of Breaching His Office's Firewall (15)

08:31  If You're Worried About What President Trump Can Do To The Press, Blame President Obama (41)

06:29  Judge Tosses Charges Against Backpage Execs, Tells Kamala Harris To Take It Up With Congress (14)

03:25  More Prosecutors Refuse To Accept Guilty Pleas Based On Faulty $2 Field Drug Tests (11)

**Sunday**

12:00  Funniest/Most Insightful Comments Of The Week At Techdirt (5)

**Saturday**

12:00  This Week In Techdirt History: SOPA, China, Dajaz1 & The Hypocrisy Of Copyright (2)

More ⊙

Advertisement



SHOP. CONNECT. ENJOY.

All from Earth's biggest selection.

amazon

*Report this ad   |   Hide Techdirt ads*

EXHIBIT D-3

**techdirt**

Search Techdirt | Search

Techdirt | Wireless News | Innovation | Case Studies | Startups | Net Neutrality | **Techdirt Deals!** | Preferences | Register | Sign In

Main | Submit a Story | RSS

Follow Techdirt

**PODCAST** ▶ Techdirt - Supporting Creators, With Patreon Founder Jack Conte    SOUNDCLOUD

<< Austrian ISPs Sued For Actually Wanting A...    Australian Journalists Union Supports, Then... >>



## Huffington Post Finally Responds, Stands By Its Completely Bogus, Totally Debunked 'History Of Email' Series

from the *destroying-all-journalistic-integrity* dept

Failures
by Mike Masnick
Thu, Sep 4th 2014
9:20am

Filed Under:
email, huffpo live, inventor of email, journalistic integrity, larry weber, shiva ayyadurai, v.a. shiva ayyadurai

Companies:
huffington post

Permalink.
Short link.

Over the past couple of days we've been writing about an incredibly questionable series of articles at Huffington Post, *pretending* to be about the "history of email" even though they're not. They're actually a completely bogus rewriting of well-documented history to falsely pretend that a guy named V.A. Shiva Ayadurai invented email as a 14-year-old boy. He did not. Not only do Ayyadurai and some of his friends totally misrepresent reality, they *fraudulently* make claims that are easily debunked. As we've discussed, their two biggest claims are (1) that the "US government officially recognized Ayyadurai as the inventor of email" in 1982 and (2) that a leading analysis of electronic messaging in 1977, by Dave Crocker at RAND, claims that a full interoffice email system is "impossible." Both of these claims are absolutely false.

As we've explained, the first one relies on blatantly misleading people about what a copyright is and what Ayyadurai copyrighted. Copyright does not cover "inventions." It only covers creative *expression*. What Ayyadurai got a copyright on is a specific computer program called "email." That does not mean he invented email. Just as Microsoft holds a copyright on "Windows" but did not invent windowed user interfaces, Ayyadurai did not invent email. The copyright does not mean that he did invent email, and the fact that he and his friends continue to pretend that a copyright is something it is not is farcical. They are relying on the ignorance of reporters and the public about what a copyright is. The second issue is even more damaging. Ayyadurai and his friends claim that Crocker's paper is the "smoking gun" that proves that no one else was working on a full email system at the time. And yet, as we noted, they never actually link to the paper. We did. You can read it here, and you see that not only does it say the exact opposite of what they claim (debunking Ayyadurai's claims), they deliberately misrepresent what Crocker said by taking two separate sentences, from different pages in the report, removing the context around them, and mashing them together to pretend they say something they do not. It's shameless.

In our first post, we claimed that *perhaps* it's true that Ayyadurai was the first person to shorten "electronic mail" (which was in widespread use at the time) to "email" -- but now even that has been called into question. Computer historian Thomas Haigh has been tracking Ayyadurai's lies and misrepresentations for years, and alerts us to the fact that Ayyadurai's story has *notably changed* over the years, revealing additional misrepresentations and attempts to change history. This includes, among other things, him changing his story about when he completed his work -- and when his program "email" was named. Here's Haigh's analysis:

> *"Electronic mail" was widely discussed in the 1970s, but was usually shortened simply to "MAIL" when naming commands. However, the Oxford English Dictionary (3rd edition online) gives a June 1979 usage ("Postal Service pushes ahead with E-mail") so Ayyadurai was not the first to use this contraction in print.*
> *The program name "EMAIL" is not mentioned in the 1980 newspaper article on Ayyadurai but does appear in his 1981 Westinghouse competition submission. By that year the name EMAIL was in use by CompuServe. Compuserve had offered timesharing computer access and electronic mail to businesses for years. In 1979 it launched a new service, aiming to sell otherwise wasted evening computer time to consumers for the bargain price of $5 an hour. A trademark application (later abandoned) that CompuServe made for "EMAIL" listed 1981/04/01 as its first use by the company, which fits with this May 1981 message mentioning CompuServe's "EMAIL program." By January 1983 "Email™" (for trademark) was part of CompuServe's advertising campaign.*
>
> *For years CompuServe users could type "GO EMAIL" to read their messages. Whether Ayyadurai or CompuServe was the first to adopt "EMAIL" as a program name it is clear that CompuServe popularized it.*

Insider Shop - Show Your Support!
READ POSTS EARLY, JOIN THE INSIDER CHAT & MORE
**INSIDER SHOP**  SUPPORT US

Advertisement



CHALLENGE US TO PROVIDE YOU A BETTER RATE

COMPARE & SAVE. YOU COULD SAVE AN AVG. OF
$402¹ OVER STATE FARM   $418¹ OVER GEICO   $444¹ OVER ALLSTATE

Free Auto Quote

*2015-16 survey. New insureds who switched to AAA & reported savings.

Report this ad | Hide Techdirt ads

Essential Reading

### Hot Topics

**5.4** If You're Worried About What President Trump Can Do To The Press, Blame President Obama

**5.2** The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things

**5.2** Judge Tosses Charges Against Backpage Execs, Tells Kamala Harris To Take It Up With Congress

### New To Techdirt?

*Explore some core concepts:*

If Intellectual Property Is Neither Intellectual, Nor Property, What Is It?

The Grand Unified Theory On The Economics Of Free

How Being More Open, Human And Awesome Can Save Anyone Worried About Making Money In Entertainment

*read all »*

Techdirt Deals



launched a new service, aiming to sell otherwise trusted evening computer time to consumers for the bargain price of $5 an hour. A trademark application (later abandoned) that CompuServe made for "EMAIL" listed 1981/04/01 as its first use by the company, which fits with this May 1981 message mentioning CompuServe's "EMAIL program." By January 1983 "Email" (for trademark) was part of CompuServe's advertising campaign.

For years CompuServe users could type "GO EMAIL" to read their messages. Whether Ayyadurai or CompuServe was the first to adopt "EMAIL" as a program name it is clear that CompuServe popularized it.

Furthermore, Haigh details how Ayyadurai has conveniently tried to rewrite his own history to counter the debunkings. For example, in 2011, he originally claimed that while he was "challenged" to create an electronic interoffice messaging system in 1978, he didn't actually get it to work until 1980. But, of course, by then email was much more widespread. So, Ayyadurai changed the story, and pretended that he was both challenged and wrote his "50,000 lines of code" and got it all working in 1978. Furthermore, as we noted in our second post, Ayyadurai and his friends are now trying to rewrite history to ignore all those other previous email systems by tightly defining what an email system is such that only his qualifies. But, as we noted, most of the features he listed are arbitrary and unrelated to the basics of email. All of the core elements of email were widely used before Ayyadurai wrote his system. Haigh details how Ayyadurai has taken this to absolutely ridiculous extremes, claiming that it's not email unless it has 87 specific features (up from 32, which was ratcheted up from an original 6 -- as he continues to revise history):

> One of the five main tabs on Ayyadurai's new site is "Definition of email." This presents a short version ("email is the electronic version of the interoffice, inter-organizational paper-based email system") and two lengthy checklists. The first checklist presents 32 distinct features of the traditional mail system, all of which he claims were necessary ("if any one component was taken away...you no longer had a functioning interoffice mail system.") The second checklist repeats these, with some additional items added, and places a check mark by each one to indicate that Ayyadurai's system had that capability. There are 87 of these check marks. If I understand his argument correctly then this signifies that a system must possess 87 specific features to properly be called email.
>
> Has this definition been widely accepted since 1978, as Ayyadurai claims? No it has not. Indeed, Ayyadurai's own website did not include these definitions of email until recently. The old site (prior to June 2012) offered a quite different six point definition of "an E-Mail System." These six points were: User-Friendly Interface; A Rich Set of Features; Network Wide; Security and Login; Enterprise Management; Database and Archival. The definition was originally presented as the work of one Matthew J. Labrador. Labrador claims to have "met Shiva in 1981 in a computer science class" and to have been impressed by his modesty. He recently been motivated by inaccurate reports on email origins to "do my own research... to provide readers with a more comprehensive and holistic history." Ayyudari's resume lists Labrador as a student whose bachelor's thesis he supervised in 1990. Labrador, whose prose style closely resembles Ayyadurai's own, expressed awe at Ayyadurai's accomplishments ("in writing this History, I was amazed at the vision that Dr. V.A. Shiva Ayyadurai had even as a 13 year old, in developing that first E-Mail system"), acknowledged his graciousness in providing materials, and proceeded to show that Ayyadurai's system met this unorthodox six point definition.

Either way, given the abundant evidence that Ayyadurai's claim is complete bullshit, we were still left amazed that Huffington Post has allowed this to remain on its site.

Late yesterday, a PR person from Huffington Post finally got back to me, claiming they did not get my original email. Huffington Post not only stupidly stands by the completely false story, it claims that the matter is okay because they've "updated each piece with a clarification." The clarification is not a "clarification" and it's not an apology for publishing a totally bullshit series. It's merely a repeating of Ayyadurai's lies. Incredibly, they repeat his exact language, suggesting the "clarification" is either from him directly, or taken from the claims in the bogus articles.

> "Clarification about the series: Electronic messaging predates email. To paraphrase Noam Chomsky in 2012, email, spelled uppercase or lowercase, as defined in 1978, was a computer program which was the first full-scale electronic version of the interoffice mail system (Inbox, Outbox, Drafts, Folders, Attachments, etc.), containing the integrated features of what we experience today in "email" programs. However, this is not to imply that prior to the invention of email in 1978, simple methods of computer-to-computer or device-to-device electronic messaging did not exist. In fact such methods of sending text messages electronically -- text messaging -- could be said to date back to the Morse code telegraph of the mid-1800s; or the 1939 World's Fair where IBM sent a message of congratulations from San Francisco to



2 SERVICE BUNDLE
BUY NOW

VPN Unlimited & To Do
Checklist: Lifetime
Subscription Bundle

Report this ad | Hide Techdirt ads

**Techdirt Insider Chat**

http://m.theregister.co.uk/2016/12/08/winter_is_co ▲
time for the touches and pitchforks, I think.

Dark Helmet: Touches and pitchforks is my
new favorite typo win

Jeffrey Nonken: hah.
Well, mobile interface. That's my excuse.

Vidiot: WaPo article on copyright fight gets it
wrong, of course... ASCAP and MPAA seen as
the Office's only constituents. How about us
citizens instead?
https://www.washingtonpost.com/news/arts-
and-
entertainment/wp/2016/12/09/congressional-
panel-calls-for-independent-copyright-office

Mike Masnick: well, they do quote new head of
the ALA too, and he's good
◄                                          ►

Join the Insider Chat

**Advertisement**



No.3 - Don't be late to Golden Gate

Report this ad | Hide Techdirt ads

**Recent Stories**

**Monday**

13:09 Two Former Senators Call On Obama To Save The
Full CIA 'Torture Report' From Being Buried (5)

11:52 The FCC Suggests Some Wishy Washy, Highly
Unlikely Solutions To The Poorly-Secured Internet
Of Things (13)

10:40 Iran The Latest Country To Use 'Fake News' As An
Excuse For Widespread Censorship (11)

10:38 Daily Deal: DashCam Hi-Res Car Video Camera And

*'Clarification about the series: Electronic messaging predates email. To paraphrase Noam Chomsky in 2012, email, spelled uppercase or lowercase, as defined in 1978, was a computer program which was the first full-scale electronic version of the interoffice mail system (Inbox, Outbox, Drafts, Folders, Attachments, etc.), containing the integrated features of what we experience today in "email" programs. However, this is not to imply that prior to the invention of email in 1978, simple methods of computer-to-computer or device-to-device electronic messaging did not exist. In fact such methods of sending text messages electronically -- text messaging -- could be said to date back to the Morse code telegraph of the mid-1800s; or the 1939 World's Fair where IBM sent a message of congratulations from San Francisco to New York on an IBM radio-type, calling it a "high-speed substitute for mail service in the world of tomorrow." The original text message, electronic transfer of content or images, ARPANET messaging, and even the familiar "@" sign were used in primitive electronic computer-to-computer messaging systems. While the technology pioneers who created these messaging systems should be heralded for their efforts, and given credit for their specific accomplishments and contributions, these early computer-to-computer messaging programs were clearly not email, the system of interconnected parts intended to emulate the interoffice mail system. There is much credit to spread around to the vast community of academic, industrial and military researchers and engineers who eclipsed the industrial revolution with their contributions to computer science and computer and network engineering. There is no intention to take credit where it is not due. However, email as we know and experience it today, not electronic messaging, was first created in 1978 at UMDNJ.*

Except, this is equally misleading. The systems in place long before 1978 absolutely were "electronic mail" and absolutely "emulated the interoffice mail system." "Email as we know it" was absolutely not first created at 1978 at UMDNJ and any *basic reading* of the actual documentation would prove that. I asked Huffington Post's PR people if they really wanted to make this statement, pointing out that it would only make them look silly. For reasons I cannot fathom, they appear to be standing by it and have not yet replied.

Furthermore, this completely misleading and factually bogus "clarification" has not, in fact, been placed on all of the articles in this series. This HuffPost Live article by Emily Tess Katz does not include it at all, but rather repeats many long-disproved claims by Ayyadurai. Apparently Katz tweeted that she stands behind the article, but later deleted that tweet. I asked her again last night if she still stood by the article, but, par for the course, she has not replied.

Huffington Post's PR people further told me that (1) it had not received any money for publishing the series (i.e., it's not a sponsored post) and (2) that "the authors declared no financial interest." Oh really? As I've pointed out, Larry Weber is one of the biggest names in PR. He didn't just magically decide to write an entire series of *blatant falsehoods* about the history of email. In fact, it didn't take much sleuthing to discover that Ayyadurai and Weber are business partners in "EchoMail", the company that Ayyadurai also likes to insist was a major part of email's history (it wasn't). Ayyadurai claims that EchoMail "grew to nearly $200 million in market valuation" but provides no evidence for that. Was the company public? Where does this valuation come from? For such an important company, you'd think there'd be a lot more information online about it, but there's basically none. The Wikipedia page for it says that EchoMail is a "subsidiary of General Interactive, but was initially developed under Information Cybernetics." The only "citation" to support these claims is this page at General Interactive. However, General Interactive appears to just be *yet another* (in an increasingly long list) of websites of questionable businesses that appear to do nothing but promote... V.A. Shiva Ayyadurai.

For such a big company, you'd assume there'd be some press reports somewhere. So far, I can find none. It's possible they exist, but they are not readily available. It's not hard, however, to find news reports on other big companies of that generation. Either way, Echomail notes that companies like American Express and IBM are customers. It somehow leaves out that the only confirmation I can find of this is a *lawsuit* EchoMail filed against both companies in 2005. So, at least they were customers, though it doesn't appear to have ended on friendly terms.

Basically, no matter where you start to dig in, nearly everything about Ayyadurai's claims is incredibly sketchy, or outright disproven and debunked widely. It's incredible that Huffington Post has decided to stand by this and merely repeat debunked claims. Even if, as some have claimed, the posts by Weber, Ayyadurai and their friends are on the "unedited" blogs section of HuffPo, the HuffPo Live pieces are a part of the "news" business, and they are reporting blatantly false information.

As per usual, Ayyadurai himself refuses to address any of this other than pointing back to the same debunked claims. His Twitter feed is hilarious, just constantly repeating claims, in a foot stamping manner, sometimes referring to himself in the third person.

**Monday**

13:09  Two Former Senators Call On Obama To Save The Full CIA 'Torture Report' From Being Buried (5)

11:52  The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things (13)

10:40  Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship (11)

10:38  Daily Deal: DashCam Hi-Res Car Video Camera And 8GB MicroSD Card (1)

09:39  Georgia Secretary Of State Accuses DHS Of Breaching His Office's Firewall (15)

08:31  If You're Worried About What President Trump Can Do To The Press, Blame President Obama (41)

06:29  Judge Tosses Charges Against Backpage Execs, Tells Kamala Harris To Take It Up With Congress (14)

03:25  More Prosecutors Refuse To Accept Guilty Pleas Based On Faulty $2 Field Drug Tests (11)

**Sunday**

12:00  Funniest/Most Insightful Comments Of The Week At Techdirt (5)

**Saturday**

12:00  This Week In Techdirt History: SOPA, China, Dajaz1 & The Hypocrisy Of Copyright (2)

More »

Advertisement



**TECHNOLOGY STAFFING**
Find top technology professionals in the Los Angeles area online 24/7

**FIND TALENT**

An EOE M/F/D/V

Report this ad  |  Hide Techdirt ads

incredibly sketchy, or outright disproven and debunked widely. It's incredible that Huffington Post has decided to stand by this and merely repeat debunked claims. Even if, as some have claimed, the posts by Weber, Ayyadurai and their friends are on the "unedited" blogs section of HuffPo, the HuffPo Live pieces are a part of the "news" business, and they are reporting blatantly false information.

As per usual, Ayyadurai himself refuses to address any of this other than pointing back to the same debunked claims. His Twitter feed is hilarious, just constantly repeating claims, in a foot stamping manner, sometimes referring to himself in the third person.

 **VA Shiva Ayyadurai** @va_shiva · 4h
@MizuRyuu No ARPANET, Raython/BBN did not invent email. Shiva did. The facts are BLACK and WHITE

View conversation

No evidence, no support. And, of course, BBN doesn't claim to have "invented email." Like pretty much everyone else, BBN notes that it was among those who made significant contributions to a large group effort that became email.

Oh, and there's also this amusing tweet in which Ayyadurai appears to be implying that we're paid off by Raytheon for writing this.

 **VA Shiva Ayyadurai** @va_shiva · 6h
@MizuRyuu Check out BBNs branding campaign and look into paid off Tech. DIRT! The earth is not the center of the solar system.

View conversation

We're curious if Ayyadurai would like to try to present *any* evidence that a giant defense contractor is paying us off to (1) explain basic copyright law and (2) point to the actual 1977 paper that Ayyadurai himself totally misrepresents. Because we'd like to see him try.

In the meantime, the folks over at Huffington Post (the ones who still believe in journalistic integrity) might want to take a closer look at what's going on over there.

107 Comments | Leave a Comment



GET A FREE 1-YEAR SUBSCRIPTION TO **THE TECHDIRT CRYSTAL BALL** WHEN YOU SIGN UP FOR VPN SERVICE FROM **PRIVATE INTERNET ACCESS »**

GET EARLY ACCESS TO TECHDIRT POSTS & PROTECT YOUR ONLINE PRIVACY WITH TOP-RATED VPN SERVICE

*Hide Techdirt ads*

**If you liked this post, you may also be interested in...**

- Another Court Says Personal Email Accounts Still Subject To Public Records Requests
- Actual Creators Of Email Not At All Happy The Fake Creator Of Email Got Paid For His Bogus Claim
- Here's The Truth: Shiva Ayyadurai Didn't Invent Email
- St. Louis County Charges Journalists Who Covered Ferguson Protests With Trespassing
- St. Louis County Still Considering Bringing Trespassing Charges Against Journalists Police Arrested In Ferguson

EXHIBIT D-4

**techdirt**

Search Techdirt [ Search ]

Techdirt | Wireless News | Innovation | Case Studies | Startups | Net Neutrality | **Techdirt Deals!**    Preferences   Register   Sign In

Main | Submit a Story | RSS

Follow Techdirt

**PODCAST** ❯ Techdirt – Supporting Creators, With Patreon Founder Jack Conte    SOUNDCLOUD

<< Forbes Praises YouTube Censoring Steven...    'T'    New Intercept Leak Shows That Intelligence... >>



Journalism
by Mike Masnick
Fri, Sep 5th 2014
12:31pm

Filed Under:
email, integrity,
inventor of email,
journalism, shiva
ayyadurai, v.a.
shiva ayyadurai

Companies:
aol, huffington post

Permalink.
Short link.

# Huffington Post And The View From Bogustan: Standing Behind Blatantly False Claims Isn't Journalism

from the *what's-wrong-with-people-over-there* dept

Over the last week, we've been debunking a bizarre "series" of stories over at Huffington Post, which is claiming to be about "the history of email" but is not. It's about a guy, Shiva Ayyadurai, who may have written an implementation of email in the late 1970s, but which was clearly well after email was in widespread use. Ayyadurai's actual program (and as far as I can tell, he has not released any screenshots of what the program actually looked like) may have worked well for the University of Medicine and Dentistry of New Jersey (UMDNJ) where he wrote it as a 14-year-old, but it contributed nothing to the future of email. Beyond email existing in various forms long before that, nothing that happened later in the email space appears to have happened because of Ayyadurai's program. Each of the advancements in email came from elsewhere, with no indication that anyone anywhere was even aware of what Ayyadurai had done in New Jersey.

Ayyadurai has waged an incredibly bizarre public relations campaign, and the more you look at it, the more bizarre it becomes. However, anyone who looks over *any* of the primary documentation (much of which we've linked to in our previous posts) can only conclude that while Ayyadurai may have *independently* come up with some ideas, he most certainly did not invent email. It was widely in use. The key arguments in his claim are obviously false, and prey on (1) a misunderstanding or misrepresentation of copyright law and (2) an almost fraudulent misquoting of Dave Crocker, a guy who really was heavily involved in early email efforts. Again, all of that is discussed in the earlier posts.

What I still cannot fathom is how the Huffington Post can stand behind this "reporting." I've now heard from three different HuffPost reporters on the news side who all say that they're horrified that no one at the company has done anything about this. The only official response I got stood by the stories, but actual reporters at the company recognize that their own credibility has been absolutely destroyed by this. It's been pointed out that the five part series is on HuffPo's "blogging" side -- which gives a platform to PR folks with no editorial oversight.

But, because HuffPo does little to separate out its "news" division from those open "blogs," the blogs get filed with all sorts of clearly bogus crap. Much of it gets totally ignored, but some (apparently including PR "guru" Larry Weber and his business partner Shiva Ayyadurai) are willing to exploit the fact that no one recognizes the blogging platform has no editorial review, to pretend that a "reputable source" has "confirmed" the story. Ayyadurai himself keeps pointing to the HuffPo stories as some sort of "vindication" (while hilarious suggesting that I'm being paid off by Raytheon...). He leaves out that these are all blog posts by his friends and partners, put up on the site with no editorial review. Again: every serious look into the history has found that he is not the inventor of email.

And that's why it's so damaging to the good reporting that some actual HuffPo reporters do, to find out that the company won't retract and renounce this series as a PR campaign for a series of blatantly fraudulent claims -- obvious to anyone who looks at the documentation. Even worse, however, is the fact that part of the HuffPo journalism side -- HuffPo Live -- picked up on the completely bogus campaign and did a whole fawning interview with Ayyadurai, never once presenting the evidence that he's fraudulently misrepresenting basic facts. And, contrary to the claims from Huffington Post's PR people, the HuffPo Live articles, written by Emily Tess Katz, do not have any "clarification" -- bogus or not.

I've now asked the author of the HuffPo live stories, Emily Tess Katz, multiple times if she still stands by this story, and she has refused to respond. Journalistic integrity! According to one report, she had said she stood by it, and then deleted the tweet.

We've talked in the past about the concept of "he said/she said" journalism -- what Journalism Professor Jay Rosen likes to call "the view from nowhere" -- in which journalists feel (incorrectly) that "being objective" means giving "both sides equal weight and letting the reader decide." That's



Insider Shop - Show Your Support!

READ POSTS EARLY. JOIN THE INSIDER CHAT & MORE

**INSIDER SHOP** SUPPORT US

Advertisement

**Centralized business faxing in the cloud**

Send, receive and store faxes online, from any device.

[ Free 30-Day Trial ]

eFax Corporate

Report this ad | Hide Techdirt ads

Essential Reading

### Hot Topics

5.3 The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things

5.3 If You're Worried About What President Trump Can Do To The Press, Blame President Obama

5.3 Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship

### New To Techdirt?

*Explore some core concepts:*

The Grand Unified Theory On The Economics Of Free

Step One To Embracing A Lack Of Scarcity: Recognize What Market You're Really In

Perhaps It's Not The Entertainment Industry's Business Model That's Outdated

read all »

Techdirt Deals



claims from Huffington Post's PR people, the HuffPo Live articles, written by Emily Tess Katz, do not have any "clarification" -- bogus or not.

I've now asked the author of the HuffPo live stories, Emily Tess Katz, multiple times if she still stands by this story, and she has refused to respond. Journalistic integrity! According to one report, she had said she stood by it, and then deleted the tweet.

We've talked in the past about the concept of "he said/she said" journalism -- what Journalism Professor Jay Rosen likes to call "the view from nowhere" -- in which journalists feel (incorrectly) that "being objective" means giving "both sides equal weight and letting the reader decide." That's bad. Journalism should be about the search for truth.

The thing that's truly baffling here isn't that HuffPo and HuffPo Live are doing "the view from nowhere," but that they're actually **actively promoting a lie.** It's the view from Bogustan. Rather than promoting the truth or presenting false balance, Huffington Post is actively claiming that a clearly false story is true -- and when presented with reams of evidence on that front, it appears that the company is simply throwing up its hands and hoping the whole story just blows over. Beyond the reporter, I've emailed Huffington Post PR people, and they, too, are now refusing to comment. Meanwhile, some of the company's very good reporters are hanging their heads in shame.

My suggestion: perhaps it's time to start looking for a publication to work for that actually takes journalistic integrity seriously.

56 Comments | Leave a Comment







VPN Unlimited & To Do
Checklist: Lifetime
Subscription Bundle

*Report this ad  |  Hide Techdirt ads*

**Techdirt Insider Chat**

http://m.theregister.co.uk/2016/12/08/winter_is_co
time for the touches and pitchforks, I think.

Dark Helmet: Touches and pitchforks is my
new favorite typo win

Jeffrey Nonken: hah.
Well, mobile interface. That's my excuse.

Vidiot: WaPo article on copyright fight gets it
wrong, of course... ASCAP and MPAA seen as
the Office's only constituents. How about us
citizens instead?
https://www.washingtonpost.com/news/arts-
and-
entertainment/wp/2016/12/09/congressional-
panel-calls-for-independent-copyright-office

Mike Masnick: well, they do quote new head of
the ALA too, and he's good

Join the Insider Chat

**Advertisement**



No.2
*Ride a BIKE*
*and get a LIKE!*

*Report this ad  |  Hide Techdirt ads*

**Recent Stories**

## Monday

13:09  Two Former Senators Call On Obama To Save The
Full CIA 'Torture Report' From Being Buried (4)

11:52  The FCC Suggests Some Wishy Washy, Highly
Unlikely Solutions To The Poorly-Secured Internet
Of Things (13)

10:40  Iran The Latest Country To Use 'Fake News' As An
Excuse For Widespread Censorship (10)

10:38  Daily Deal: DashCam Hi-Res Car Video Camera And
8GB MicroSD Card (1)

EXHIBIT D-5

# techdirt

Search Techdirt [ Search ]

Techdirt | Wireless News | Innovation | Case Studies | Startups | Net Neutrality | **Techdirt Deals!**    Preferences | Register | Sign In

Main | Submit a Story | 🔊 RSS

Follow Techdirt

**PODCAST** ▶ Techdirt - Supporting Creators, With Patreon Founder Jack Conte    🔊 SOUNDCLOUD

<< DOJ Says No NSA Help Was Needed To Find Dread...    "!"    Former Senator Scott Brown's Staff Sends... >>



Email
by Mike Masnick
Mon, Sep 8th 2014
5:37am

Filed Under:
arianna huffington,
email, fraud,
history, inventor of
email, journalism,
larry weber, lies,
shiva ayyadurai,
v.a. shiva
ayyadurai

Companies:
huffington post

Permalink.
Short link.

## Huffington Post Finally Removes Most Articles About Fake Email Inventor; Meanwhile, Ayyadurai Threatens To Sue His Critics

from the *did-he-invent-slapp-suits-too?* dept

Over the weekend, it appears that someone at the Huffington Post finally realized that hoping the fuss over its entirely bogus "history of email" series would blow over wasn't going to happen. In case you missed it last week, we had called out Huffington Post for allowing Shiva Ayyadurai and his friends to post an entirely bogus "history of email" series, all designed to make it look like Ayyadurai himself had invented email -- a claim he's been making for a few years, despite it being entirely false, based on totally misrepresenting a number of things, including what copyright means, misquoting a 1977 research paper and playing "no true scotsman" over what is a "true" email system. Despite the evidence of how wrong Ayyadurai and his friends were, HuffPo allowed the series to go on with more false claims, and then told me it had "added a clarification" that didn't clarify anything, but was a statement written by Ayyadurai, repeating the false claims. On Friday, we wondered how Huffington Post could justify posting obviously false information.

It appears the powers that be at HuffPo finally realized that they had a problem.

All of the posts by Shiva Ayyadurai's friends, making the entirely false argument that he "invented email," have been removed from Huffington Post, redirecting people to this page with the following text:

> The post that previously appeared in this space -- part of a blogger-generated series on the history of email -- is no longer available. Readers and media commentators alerted us to factual and sourcing issues in the series and, after an internal review, we removed it from the site.

There are some interesting language choices there. First, note that they admit that it was a "blogger-generated series," which is an attempt to distance the fake series, put together by Shiva Ayyadruai himself with PR guru Larry Weber, from Huffington Post's journalistic "news" side. Ayyadurai and Weber had been banking on the fact that most people don't realize that the blogging side of HuffPo has no editorial controls to pretend that the series had some sort of journalistic credibility. They appear to be promoting the fake articles everywhere, and some of their supporters have been trying to use the Huffington Post series as credible citations for Wikipedia (amusingly, one of their supporters kept trying to reject others pointing to my detailed debunkings by saying it doesn't count since I'm just a blogger -- ignoring that Weber, Ayyadurai and their friends were using HuffPo's blogging platform as well).

Of course, what that note also (conveniently) leaves out is that it wasn't just the "blogger-generated series" that was the problem and has been taken down. HuffPo Live (part of its "journalistic" side) also did a long interview with Ayyadurai, and had articles written up by reporters like Emily Tess Katz (who continues to ignore every question asked about this), repeating ridiculous claims from Ayyadurai about how his critics are just racists who don't like the fact that a "dark-skinned immigrant boy" invented email. Of course the reality is that it has nothing to do with racism, but rather the facts -- which Huffington Post journalists apparently didn't even think were worth the trouble of a quick Googling, to find where all of Ayyadurai's claims had long since been debunked.

Finally, HuffPo didn't actually take down all such articles. There's a blog post from 2013 by Deepak Chopra and Ayyadurai making the same claims that remains on the site. Ayyadurai is associated with Chopra and frequently uses his connection to Chopra as some sort of validation of his claims.

Amusingly, despite HuffPo PR people telling me to email them with any more questions last Wednesday, they ignored every question I sent them since then (with one exception which I'll get to below), and (of course) didn't bother to tell me they had pulled the series either, despite my sending a few questions about whether they intended to keep it up. Instead, a whole bunch of you



Insider Shop - Show Your Support!
READ POSTS EARLY, JOIN THE INSIDER CHAT & MORE
**INSIDER SHOP** SUPPORT US

Advertisement

FEEL RIGHT AT HOME WITH
THE WORLD'S MOST AWARDED AIRLINE
EXPERIENCE IT FOR YOURSELF

SINGAPORE AIRLINES

Report this ad | Hide Techdirt ads

Essential Reading

### Hot Topics

**5.3** The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things

**5.3** If You're Worried About What President Trump Can Do To The Press, Blame President Obama

**5.3** Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship

### New To Techdirt?

*Explore some core concepts:*

Infinity Is Your Friend In Economics

Step One To Embracing A Lack Of Scarcity: Recognize What Market You're Really In

An Economic Explanation For Why DRM Cannot Open Up New Business Model Opportunities

*read all »*

Techdirt Deals



been debunked.

Finally, HuffPo didn't actually take down all such articles. There's a blog post from 2013 by Deepak Chopra and Ayyadurai making the same claims that remains on the site. Ayyadurai is associated with Chopra and frequently uses his connection to Chopra as some sort of validation of his claims.

Amusingly, despite HuffPo PR people telling me to email them with any more questions last Wednesday, they ignored every question I sent them since then (with one exception which I'll get to below), and (of course) didn't bother to tell me they had pulled the series either, despite my sending a few questions about whether they intended to keep it up. Instead, a whole bunch of you -- the readers of this site -- let me know. It's almost as if HuffPo wished to sweep the whole thing under the rug.

Of course, one part of the problem may be that Ayyadurai is now claiming in the Economic Times of India that Arianna Huffington herself "commissioned" the series after hearing Ayyadurai give a talk. I asked HuffPo PR (and Arianna directly) if that was accurate and (finally) HuffPo PR got back to me to say that (once again) Ayyadurai is lying, and that "neither HuffPost nor Arianna 'commissioned' Shiva's series."

In that same Economic Times article, there's also the absolutely hilarious claim from Ayyadurai suggesting that he's considering legal action against his "critics."

> Shiva Ayyadurai, the man in the middle of a raging controversy over his claims of being the inventor of email, doesn't want to go legal on his detractors but is looking for support from the public. "Lawsuits take a long time. If I have to pull the trigger I will. But I have decided to go directly to the people," Ayyadurai said in an interview with ET.

First off, there is no "raging controversy." There's no controversy at all. Ayyadurai is simply making false claims and that's agreed upon by pretty much everyone who's looked at the evidence. Second, "going to the people" is great, but historically he's done that with clearly bogus claims -- such as misquoting Dave Crocker's 1977 research and pretending that his 1982 copyright on his EMAIL software is the equivalent of a patent for the concept of email. So it's pretty easy to counter that, since the facts are not on his side. As for the idea of a lawsuit, I would hope that any lawyer he discusses a lawsuit with takes the time to look at the details here -- and also understand the laws around SLAPP suits and the nature of the First Amendment. Because I may not be "the inventor of email," but I can guess that any such lawsuits won't end well for Ayyadurai.

74 Comments | Leave a Comment

   



**VPN Unlimited & To Do Checklist: Lifetime Subscription Bundle**

Report this ad  |  Hide Techdirt ads

**Techdirt Insider Chat**

Conroy Nelson: http://m.theregister.co.uk/2016/12/08/winter_is_co time for the touches and pitchforks, I think.

Dark Helmet: Touches and pitchforks is my new favorite typo win

Jeffrey Nonken: hah.

Well, mobile interface. That's my excuse.

Vidiot: WaPo article on copyright fight gets it wrong. of course... ASCAP and MPAA seen as the Office's only constituents. How about us citizens instead? https://www.washingtonpost.com/news/arts-and-entertainment/wp/2016/12/09/congressional-panel-calls-for-independent-copyright-office

Mike Masnick: well, they do quote new head of the ALA too, and he's good

Join the Insider Chat

**Advertisement**



MASERATI

Report this ad  |  Hide Techdirt ads

**Recent Stories**

## Monday

13:09  Two Former Senators Call On Obama To Save The Full CIA 'Torture Report' From Being Buried (2)

11:52  The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things (13)

10:40  Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship (10)

10:38  Daily Deal: DashCam Hi-Res Car Video Camera And 8GB MicroSD Card (1)

EXHIBIT D-6

# techdirt

Search Techdirt    Search

Techdirt   Wireless News   Innovation   Case Studies   Startups   Net Neutrality        Techdirt Deals!        Preferences   Register   Sign In

Main   Submit a Story   RSS

**PODCAST** ▶  Techdirt – Supporting Creators, With Patreon Founder Jack Conte    ◀◀ SOUNDCLOUD

<< Big Broadband Begs FCC Not To Expose Their...        Switzerland Could Offer Snowden Safe Conduct... >>

Follow Techdirt

 



Email
by Mike Masnick
Tue, Sep 9th 2014
11:25am

Filed Under:
copyright, email,
fact checking, fran
drescher, inventor
of email,
journalism,
patents, reporting,
shiva ayyadurai,
v.a. shiva
ayyadurai, wedding

Permalink.
Short link.

## Fact Checking Is Dead: Mainstream Media Goes Nuts Repeating Debunked Claims By The Fake 'Inventor Of Email'

*from the is-this-really-so-hard? dept*

I had honestly hoped that yesterday's story about the Huffington Post finally retracting its series of totally bogus articles (mostly written by Shiva Ayyadurai or his colleagues and friends, but a few by its actual "journalists"), pretending to argue that V.A. Shiva Ayyadurai had "invented email," would be the end of this story. Ayyadurai has built up quite a reputation around this false claim, even though it's been debunked over and over and over again.

Ayyadurai keeps coming back, often moving the goalposts and changing his definitions, but still ultimately **flat out lying** in pretending to have "invented" email. To be clear, he did no such thing. Email was in wide use at the time he supposedly wrote his software. Ayyadurai, however, has cleverly used misleading (to downright false) claims to make what appears on its face to be a credible story, fooling a number of gullible reporters. The crux of his argument revolves around the copyright registration he obtained for a software program in 1982 called EMAIL. But, as we've explained over and over again, a copyright is just for a specific expression (i.e., that specific program), and not for "inventing" anything. The most obvious parallel would be Microsoft, which holds a copyright on "Windows" -- the operating system -- but did not "invent" the idea of a graphical user interface involving "windows."

And yet, yesterday morning, everyone began flooding me with new stories about Ayyadurai, written by clueless entertainment reporters, all because Ayyadurai apparently got married to actress Fran Drescher. The "dating Fran Drescher" story has been making the rounds for a while now, and it was so random and unrelated that we'd ignored it in previous posts, even though one part of the HuffPo series was HuffPo Live talking to Ayyadurai about Drescher, in what was an incredibly awkward exchange (note: despite pulling most of the other articles about Ayyaduria, HuffPo left this one up). In the video (which has been taken down), Ayyadurai made this incredibly awkward "introduction" to Fran, in which he repeatedly highlights that he's just hanging out "in Malibu with Fran," and then says for emphasis "with Fran Drescher, who I'm dating." That leads Fran to jump into view, and the HuffPo live "reporter" Caroline Modarressy-Tehrani starts absolutely **gushing** over Fran. It was weird, but since it wasn't directly related to whole lie about "inventing email," we hadn't mentioned it.

However, thanks to the "wedding," now it appears that tons of mainstream press reports are writing about the wedding and repeating the totally debunked claim about Ayyadurai "inventing" email. This has resulted in many people wondering if the whole HuffPo series was deliberately ramped up prior to the "wedding" to get the mainstream press to roll with the bogus claim. It's entirely possible, but considering that Ayyadurai has been trying to make this lie stick for years, it may just be a convenient coincidence. Either way, the mainstream press apparently is unable to do any fact checking and is repeating bogus claims as facts. Let's highlight a few:

- People Magazine, written by "reporter" Gabrielle Olya, not only falsely claims Ayyadurai invented email, but says he "holds the patent for creating email." This is all kinds of wrong. He doesn't "hold the patent for creating email." He didn't create email, and he only got a copyright (not a patent) on a program called EMAIL long after email had been created. The People Magazine piece links to the bogus, now retracted, HuffPo story.

- E-Online "reporter" Mike Vulpo falsely calls Ayyadurai "the inventor of email" and also links to the bogus, now retracted HuffPo story. Even more bizarrely, Vulpo links to the now debunked Washington Post articles from a few years ago (which have a huge correction apologizing for the misreporting on Ayyadurai) saying "reports say he holds the copyright to the computer program known as 'email." Others say he indeed came up with the term "email" when he was in high school in the late 1970s. Pretty impressive, right? I love the hedges "reports say" and "others say" while ignoring the fact that his claims to have "invented" email are debunked. And while this is slightly more accurate in noting that he

Insider Shop - Show Your Support!

READ POSTS EARLY, JOIN THE INSIDER CHAT & MORE
INSIDER SHOP   SUPPORT US

Advertisement



APARTMENTS.COM
NEW HOME FOR YOUR NEW LIFE

Apartments.com    SEARCH NOW

Report this ad  |  Hide Techdirt ads

Essential Reading

## Hot Topics

**5.3**  The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things

**5.3**  Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship

**5.3**  If You're Worried About What President Trump Can Do To The Press, Blame President Obama

## New To Techdirt?

*Explore some core concepts:*

Perhaps It's Not The Entertainment Industry's Business Model That's Outdated

If Intellectual Property Is Neither Intellectual, Nor Property, What Is It?

Saying You Can't Compete With Free Is Saying You Can't Compete Period

*read all »*

Techdirt Deals



People Magazine piece links to the bogus, now retracted, HuffPo story.

- E-Online "reporter" Mike Vulpo falsely calls Ayyadurai "the inventor of email" and also links to the bogus, now retracted HuffPo story. Even more bizarrely, Vulpo links to the now debunked Washington Post articles from a few years ago (which have a huge correction apologizing for the misreporting on Ayyadurai) saying "reports say he holds the copyright to the computer program known as "email." Others say he indeed came up with the term "email" when he was in high school in the late 1970s. Pretty impressive, right?" I love the hedges "reports say" and "others say" while ignoring the fact that his claims to have "invented" email are debunked. And while this is slightly more accurate in noting that he has *a* copyright in *a* program called "email," it's not "the" computer program called EMAIL, which falsely implies it was the first one. Even more bizarrely, this same piece was reposted to "NBC Bay Area." You would think, being in the Bay Area, that they might have reached out to folks actually in the tech industry to debunk Ayyadurai's ridiculous claims.

- ABC News / Good Morning America "reporter" Michael Rothman falsely claims that Ayyadurai is the "inventor of email" and makes it even more stupid by saying that Ayyadurai is "widely credited with having invented email." This is not even remotely true. He is only credited with that by himself and a tiny group of friends. Rothman also doesn't appear to understand even the basics of copyright by saying that Ayyadurai is "the first person to hold a copyright for 'EMAIL.'" Again, all he did was write a program called EMAIL, long after email had been invented. It also claims that Ayyadurai "currently teaches at MIT." A search of MIT's staff directory does not actually return Ayyadurai as a current staff member.

- CBS News expands their reputation for skipping over any fact checking by saying Ayyadurai "holds the patent for inventing email." Again, basically everything in that statement is wrong. He doesn't have a patent for inventing email. He got a copyright (very different) on a program called EMAIL. And he didn't invent email. At least CBS News is smart enough not to put a byline on this bogus reporting, but it also quotes the Huffington Post.

- UPI has an article that doesn't mention Ayyadurai's false claims in the text of the article, but does falsely call him "email creator" in the headline (which may not have been written by the reporter who wrote the article).

- The Daily Mail is somewhat famous for its lack of reporting skills and fact checking -- and the publication lives down to its reputation in an article by Chelsea White, which again repeats the myth that Ayyadurai invented email. And while it claims there's "controversy" over the claim (there isn't: everyone except him and his friends know he didn't invent email) it repeats the bogus claim that he has a patent on email: "Dr. Ayyadurai - who owns the patent to email and is often credited as the inventor of the electronic mail system amid some controversy." It also links to the Huffington Post.

- US Magazine "reporter" Madeline Boardman more or less repeats verbatim what others are saying about Ayyadurai being "the inventor" of email and that he is "widely credited" as such.

- Headline and Global News "reporter" Dina Exil repeatedly calls Ayyadurai the inventor of email and also claims he "is known for being the first person to invent email," except none of that is true. He's known for pretending that.

- Popcrush "reporter" Michelle McGahan calls Ayyadurai "the inventor of email" and also falsely claims he "owns the patent for email."

Now, considering that this just some random celebrity gossip, it's not that surprising that these "entertainment reporters" didn't bother to do any sort of fact checking. Why would they? And it's tough to fault them for going for the easy layup on the typical "famous person weds" story. But the problem here is that Ayyadurai has been focused on using any and all press mentions as "evidence" in his bogus campaign to declare himself the inventor of email, and now he has a number of other sources to cite, even though they're all totally wrong.

It is worth noting that not everyone fell for the spin. The LA Times and San Francisco Chronicle both focused mainly on Drescher and more or less ignored Ayyadurai's bogus claims (though, the LA Times does say he's at MIT, which again, does not list him as a current staff member).

The only publications I can find that really called out the bogus claims were Mashable, which noted that Drescher has married someone who "likes to claim he invented email" and Gawker, which noted that if Fran Drescher had actually read its previous articles about Ayyadurai, she might not have married him. What's funny is that in writing our series about the Huffington Post's bogus stories, some of our commenters insisted that this was actually proof as to why these "new media" players weren't trustworthy compared to traditional vetted media. And yet, above we have "trusted" media like ABC and CBS repeating totally false claims, while new media players like Mashable and Gawker are debunking them.



VPN Unlimited & To Do
Checklist: Lifetime
Subscription Bundle

Report this ad | Hide Techdirt ads



Report this ad | Hide Techdirt ads

Recent Stories

## Monday

13:09  Two Former Senators Call On Obama To Save The Full CIA Torture Report From Being Buried (2)

11:52  The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things (13)

10:40  Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship (10)

10:38  Daily Deal: DashCam Hi-Res Car Video Camera And 8GB MicroSD Card (1)

The only publications I can find that really called out the bogus claims were Mashable, which noted that Drescher has married someone who "likes to claim he invented email" and Gawker, which noted that if Fran Drescher had actually read its previous articles about Ayyadurai, she might not have married him. What's funny is that in writing our series about the Huffington Post's bogus stories, some of our commenters insisted that this was actually proof as to why these "new media" players weren't trustworthy compared to traditional vetted media. And yet, above we have "trusted" media like ABC and CBS repeating totally false claims, while new media players like Mashable and Gawker are debunking them.

Anyway, I'd like to think this story is now over, but somehow I get the feeling that Ayyadurai will continue to press his bogus claims again and again and again.

---

58 Comments | Leave a Comment

   

**Monday**

13:09   Two Former Senators Call On Obama To Save The Full CIA 'Torture Report' From Being Buried (2)

11:52   The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things (13)

10:40   Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship (10)

10:38   Daily Deal: DashCam Hi-Res Car Video Camera And 8GB MicroSD Card (1)

09:39   Georgia Secretary Of State Accuses DHS Of Breaching His Office's Firewall (15)

08:31   If You're Worried About What President Trump Can Do To The Press, Blame President Obama (40)

06:29   Judge Tosses Charges Against Backpage Execs, Tells Kamala Harris To Take It Up With Congress (14)

03:25   More Prosecutors Refuse To Accept Guilty Pleas Based On Faulty $2 Field Drug Tests (11)

**Sunday**

12:00   Funniest/Most Insightful Comments Of The Week At Techdirt (5)

**Saturday**

12:00   This Week In Techdirt History: SOPA, China, DaJazi & The Hypocrisy Of Copyright (2)

More ⊙



Report this ad   |   Hide Techdirt ads

Document title: Fact Checking Is Dead: Mainstream Media Goes Nuts Repeating Debunked Claims By The Fake &#39;Inventor Of Email&#39; | Techdirt
Capture URL: https://www.techdirt.com/articles/20140909/06514228460/fact-checking-is-dead-mainstream-media-goes-nuts-repeating-debunked-claims-fake-inventor-...
Capture timestamp (UTC): Mon, 12 Dec 2016 22:17:31 GMT

EXHIBIT D-7

**::: techdirt**

Search Techdirt | Search

Techdirt | Wireless News | Innovation | Case Studies | Startups | Net Neutrality | **Techdirt Deals!**   Preferences | Register | Sign In

Main | Submit a Story | RSS

Follow Techdirt

**::: PODCAST** ▶ Techdirt – Supporting Creators, With Patreon Founder Jack Conte   ◄● SOUNDCLOUD

<< Obama Administration Learns: If You Redefine...     'T'     Revealed: How To Get The IFPI To Issue Bogus... >>



Overhype
by Mike Masnick
Thu, Sep 25th 2014
9:16am

Filed Under:
cybersecurity,
exaggeration,
hacking,
hollywood,
scorpion, shiva
ayyadurai, walter
o'brien

Permalink.
Short link.

# Another Story Of A 'Fake' Brilliant Inventor? Is 'Scorpion Walter O'Brien' A Real Computer Security Genius?

from the *more-of-this-crap?* dept

There's apparently a new TV show on CBS called *Scorpion* that has received mixed-to-decent reviews. It supposedly is about some computer security geniuses/outcasts who help "solve complex, global problems." However, Annalee Newitz's description of the stupidest, most batshit insane hacker scene ever from the first episode, suggests that the show is not worth watching. In the past few years, it had been kind of nice to see Hollywood actually seem to have some clue about accurately portraying hacking in some situations, but that's all apparently been tossed out the window with *Scorpion*. Even if you don't read Newitz's story (or view the video clip), just know it involves an ethernet cable hanging from a flying plane with a car racing beneath it to download some backup software needed by the airport so planes can land. Yeah.

A big part of the show's marketing is the claim that the story is partially based on the life of one of the show's executive producers, Walter O'Brien. CBS News has an article talking up these claims of O'Brien's amazing feats, helping out its parent company, CBS, who broadcasts the show. But... for such a "genius," many of O'Brien's claims are coming under scrutiny, and they're not holding up well. Having just gone through the whole Shiva Ayyadurai / inventor of email crap, it's beginning to sound like a similar case of someone pumping up their own past for publicity purposes.

The claims about O'Brien are both odd and oddly specific. Here's CBS's reporting:

> Walter O'Brien has the fourth highest IQ in the world.

Elsewhere, he claims that he was "diagnosed as a child prodigy with an IQ of 197." First off, there are significant questions about IQ as a particularly useful measurement of *anything*. Furthermore, the idea that there's some definitive list of those with the highest IQs seems equally questionable. A quick Google search will show you a whole bunch of "top 10 lists" of IQs -- *all of them different, and none of them including anyone named Walter O'Brien*.

O'Brien's story started unraveling when he made the somewhat unwise decision to do a Reddit AMA. Redditors are pretty good at sniffing out completely bogus claims, and it didn't take them long here. Also, Asher Langton has been doing a bang up job debunking basically every claim that O'Brien makes.

Among other things, O'Brien's story claims that he began Scorpion Computer Services in the mid-1980s and that "Scorpion has mitigated risk for 7 years on $1.9 trillion of investments and has invented and applied Artificial Intelligence engines to protect United States war fighters in Afghanistan." It's not even entirely clear what that means. It goes on:

> Since 1988, Scorpion's team of world class experts partner with clients on a global basis, across industries, to add real measurable value in mission-critical initiatives from planning, to execution, to running the business. Scorpion's senior management has a collective knowledge of more than 413 technologies, 210 years in IT, and 1,360 projects. Scorpion himself has created over 177 unique technology inventions including ScenGen and WinLocX and is one of the world's leading experts in the application of computer science and artificial intelligence to solve complex industry challenges."

Again with the odd, and oddly specific claims. They have knowledge of *413 technologies*? Do they have a list somewhere? Does it include the coffee machine in the lunch room? Did they send someone out to get the new iPhone 6 to make it 414? Either way, there are... just a few problems with these claims. As Langton points out, the "headquarters" of Scorpion Computer Services Inc. does not appear to be a particularly large or impressive company. Its headquarters is actually... a UPS store address That report notes that it has one employee, and revenue of $66k. It's possible that the report is inaccurate, but for such a big and successful company, you'd expect to see... at



Insider Shop - Show Your Support!

READ POSTS EARLY, JOIN THE INSIDER CHAT & MORE

**::: INSIDER SHOP**   SUPPORT US

Advertisement



$5.49 WITH CARD
Coffee-mate Creamer

Ralphs   Fresh food. Low prices.   View Weekly Ad
Valid until Dec. 16

Report this ad | Hide Techdirt ads

**Essential Reading**

**Hot Topics**

**5.3** The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things

**5.2** If You're Worried About What President Trump Can Do To The Press, Blame President Obama

**5.2** Judge Tosses Charges Against Backpage Execs, Tells Kamala Harris To Take It Up With Congress

**New To Techdirt?**
*Explore some core concepts:*

An Economic Explanation For Why DRM Cannot Open Up New Business Model Opportunities

Step One To Embracing A Lack Of Scarcity: Recognize What Market You're Really In

How Being More Open, Human And Awesome Can Save Anyone Worried About Making Money In Entertainment

*read all »*

Techdirt Deals



*application of computer science and artificial intelligence to solve complex industry challenges."*

Again with the odd, and oddly specific claims. They have knowledge of *413 technologies*? Do they have a list somewhere? Does it include the coffee machine in the lunch room? Did they send someone out to get the new iPhone 6 to make it 414? Either way, there are... just a few problems with these claims. As Langton points out, the "headquarters" of Scorpion Computer Services Inc. does not appear to be a particularly large or impressive company. Its headquarters is actually... a UPS store address That report notes that it has one employee, and revenue of $66k. It's possible that the report is inaccurate, but for such a big and successful company, you'd expect to see... at least a bit more historical evidence of its existence. But there is none.

And then there's this page (and here's the web archive version in case O'Brien figures out how to delete the old page), which apparently used to be the site for Walter's Scorpion computer Services, that, um, looks like it was built on GeoCities -- complete with the animated fire torches next to the dreadfully designed logo.



For a big, massively successful company... you'd expect, um, something a bit more professional. Walter's own Linkedin profile notes that he actually worked at Capital Group for a while, with redditors claiming he was just a QA guy there, though his profile says he was a "technology executive." Many other claims on the company's website read like self-promotional gibberish. "We saved $43 billion in opportunity risks over a five-year period." "We invented an efficiency engine that performs 250 human years of work every 1.5 hrs with over 99% improvement over human error." By the way, the "see how" link on that last one doesn't actually show you "how" it just takes you to a page about how the company is a value added reseller "for proven IT products." The entire website looks like gibberish from someone *trying* to sound like a real tech company. It reminds me of Jukt Micronics.

Langton also turned up that O'Brien appears to have another "company" called Strike Force, using the same UPS Store address, and with very, very, very, very similar website design and bullshittery. That site has a really bizarre "what others say" page, listing out random referrals for O'Brien, which are generally just the standard empty "personal reference letters" people without much experience tend to ask some former colleagues for when looking for a new job. The first one is from Steven Messino (with the date conveniently stripped off) which looks like the generic job reference letter:



Techdirt Deals



2
SERVICE
BUNDLE
BUY NOW

VPN Unlimited & To Do Checklist: Lifetime Subscription Bundle

Report this ad  |  Hide Techdirt ads

Techdirt Insider Chat

http://m.theregister.co.uk/2016/12/08/winter_is_co ... time for the touches and pitchforks, I think.

Dark Helmet: Touches and pitchforks is my new favorite typo win

Jeffrey Nonken: hah.

Well, mobile interface. That's my excuse.

Vidiot: WaPo article on copyright fight gets it wrong, of course... ASCAP and MPAA seen as the Office's only constituents. How about us citizens instead?
https://www.washingtonpost.com/news/arts-and-entertainment/wp/2016/12/09/congressional-panel-calls-for-independent-copyright-office

Mike Masnick: well, they do quote new head of the ALA too, and he's good

Join the Insider Chat

Advertisement



Sprint

Unlimited
Freedom
$40/line

Switch Now

Report this ad  |  Hide Techdirt ads

Recent Stories

Monday

13:09  Two Former Senators Call On Obama To Save The Full CIA 'Torture' Report From Being Buried (2)

11:52  The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things (13)

10:40  Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship (10)



Note that O'Brien claims that Messino is the co-founder of Sun. That's... not true. Anyone who knows anything about the history of Sun knows it was co-founded by Andy Bechtolsheim, Bill Joy, Scott McNealy and Vinod Khosla in 1982. Messino's own LinkedIn page shows he joined Sun in 1988. Six years after it was founded. Also, Sun had its IPO in 1986. So it's not like this was a small company when Messino joined... as a "regional sales manager."

Basically, everywhere you look, O'Brien's claims are either massively exaggerated to downright ridiculous.

There also some odd personal claims about "Homeland Security" coming to find him as a 13-year old boy for hacking into NASA. Except, when he was 13, there was no Homeland Security -- an agency established after the September 11, 2001 attacks. O'Brien also claims this:

> Scorpion was born and raised in Ireland, and at 16, ranked first in national high
> speed computer problem solving competitions. At 18, he competed in the World
> Olympics in Informatics and has ranked as high as the sixth fastest programmer in
> the world.

Sixth fastest programmer in the world? Really? Some folks on Reddit noted that it doesn't appear Ireland competed in the "International Olympiad in Informatics" in 1993, though someone else found a report from the University of Sussex, which O'Brien attended, noting that O'Brien had come in 6th in a different contest, but in the Olympiad itself, he came in 90th. I mean that's great for an 18 year old, but it hardly makes him into some programming genius.

And we won't even touch the claims that his programming helped catch the Boston Marathon bombers, because... well... really?

Frankly, the parallels with Ayyadurai and the email story are there. It certainly appears that, like Ayyadurai, O'Brien was a bright kid who did some impressive programming as a teenager, but then didn't appear to amount to all that much noteworthy beyond that. Try searching for any news references or evidence of O'Brien doing anything other than in the last few months in the publicity leading up to this new TV show. However, he is trying to reinvent himself and rewrite his history as some sort of genius programmer responsible for all sorts of amazing things, very little of which seems directly supportable. Of course, CBS doesn't really care, so long as they have a fun TV show that people watch, but at the very least, they shouldn't continue to spread the exaggerated myths about O'Brien that appear to have little basis in fact.

418 Comments | Leave a Comment

GET A FREE 1-YEAR SUBSCRIPTION TO THE TECHDIRT CRYSTAL BALL WHEN YOU SIGN UP FOR VPN SERVICE FROM PRIVATE INTERNET ACCESS »

GET EARLY ACCESS TO TECHDIRT POSTS & PROTECT YOUR ONLINE PRIVACY WITH TOP-RATED VPN SERVICE

Hide Techdirt ads

If you liked this post, you may also be interested in...

- The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things
- Georgia Secretary Of State Accuses DHS Of Breaching His Office's Firewall

### Recent Stories

#### Monday

13:09  Two Former Senators Call On Obama To Save The Full CIA Torture Report From Being Buried (2)

11:52  The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things (13)

10:40  Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship (10)

10:38  Daily Deal: DashCam Hi-Res Car Video Camera And 8GB MicroSD Card (1)

09:39  Georgia Secretary Of State Accuses DHS Of Breaching His Office's Firewall (14)

08:31  If You're Worried About What President Trump Can Do To The Press, Blame President Obama (40)

06:29  Judge Tosses Charges Against Backpage Execs, Tells Kamala Harris To Take It Up With Congress (14)

03:25  More Prosecutors Refuse To Accept Guilty Pleas Based On Faulty $2 Field Drug Tests (11)

#### Sunday

12:00  Funniest/Most Insightful Comments Of The Week At Techdirt (5)

#### Saturday

12:00  This Week In Techdirt History: SOPA, China, Dajaz1 & The Hypocrisy Of Copyright (2)

More

Advertisement



Sprint
Unlimited Freedom $40/line
Switch Now

Report this ad  |  Hide Techdirt ads

EXHIBIT D-8

**techdirt**

Search Techdirt   [Search]

Techdirt   Wireless News   Innovation   Case Studies   Startups   Net Neutrality   **Techdirt Deals!**          Preferences   Register   Sign In

Main   Submit a Story   RSS

**PODCAST**   Techdirt – Can We Really Colonize Mars?          SOUNDCLOUD

<< Of Cockpits And Phone Encryption: Tradeoffs...                     Techdirt Podcast Episode 64: Apple, The FBI... >>



## Guy Who Pretends He Invented Email Whines At Every Journalist For Writing Obit Of Guy Who Actually Helped Create Email

from the *give-it-up-shiva* dept

Email
by Mike Masnick
Tue, Mar 8th 2016
11:40am

Filed Under:
copyright, email,
patents, ray
tomlinson, shiva
ayyadurai

Permalink.
Short link.

**Follow Techdirt**

**Insider Shop - Show Your Support!**
**READ POSTS EARLY, JOIN THE INSIDER CHAT & MORE**
**INSIDER SHOP**   SUPPORT US

Advertisement



AAA
Membership is
the perfect
gift for any
driver on your
shopping list!

[GIVE AAA]

$54
Holiday
Special

Savings on new Classic Memberships. Through Dec. 31, 2016.

Report this ad   |   Hide Techdirt ads

Over the years, we've written a few times about Shiva Ayyadurai, a guy who's basically staked his entire life on the misleading to false claim that he "invented" email. Every couple of years he pops up again as he's able to fool some reporters into believing him. In 2012, he fooled the Washington Post and, astoundingly, the Smithsonian. In 2014, he was somehow able to get the Huffington Post to publish a multi-part series claiming he had "invented" email -- though after we called them out on it (and after they stood by it) -- those stories were eventually deleted. Ayyadurai also **threatened to sue us** for calling out his false claims, but there's been no lawsuit yet.

In those previous stories, we've explained why his claims are false in fairly great detail. Here's the quick version:

First off, no one denies that V.A. Shiva Ayyadurai -- an apparently very bright 14-year-old at the time -- wrote an email software program for the University of Medicine and Dentistry of New Jersey (UMDNJ) in 1978. By all accounts, it was a perfectly decent email system that allowed the UMDNJ staff to send electronic messages. Further, no one doubts that, in 1981, Ayyadurai registered the copyright on his program, which was called EMAIL. The problems are that (1) email was invented long before 1978, (2) the copyright is merely on the specific software code, not the idea of email, and (3) while Ayyadurai may have independently recreated the basics of email (and even added a nice feature), none of his work was even remotely related to what later became the standards of email. What's most sickening about this is that as part of this new PR campaign, Ayyadurai is ridiculously arguing that the reason no one believes him isn't because he's simply wrong, but because they can't stand to believe that "a dark-skinned immigrant kid, 14 years old," invented email, and that it was done in "one of the poorest cities in the US" rather than at a famous university.

Again, that might make for a nice story line if there were some factual basis behind it, but there isn't. The history of email is well-documented from **multiple sources** and it began way, way before 1978. And while early versions were somewhat crude, by 1978 they had basically everything that Ayyadurai claims to have invented (it is entirely believable that Ayyadurai, as a bright kid, independently came up with the same ideas, but he was hardly the first). There was a messaging system called MAILBOX at MIT in 1965. You can read **all the details of it here**, including source code. Ray Tomlinson is frequently credited with inventing the modern concept of email for the internet by establishing the @ symbol (in 1972) as a way of determining both the user and which computer to send the email to. By 1975, there were things like email folders (invented by Larry Roberts) and some other basic email apps. As is noted, by 1976 -- two years before Ayyadurai wrote his app -- email was 75% of all ARPANET traffic.

There's also the fact that even if Ayyadurai had done something different at that dental school (and there's no evidence he really did), that had no impact at all on the growth and success of email. No one else built out email systems because of what they saw Ayyadurai build. Email came and grew out of all of that other work (most of which pre-dated Ayyadurai). Hell, just look at RFC 733 from 1977 (before Ayyadurai started working at the school), which basically lays out all of the features of email.

Despite all of this, Ayyadurai refuses to give up his claims. Part of the way he's tried to get around this is to redefine email to include an increasingly long list of features, most of which are not at all necessary for email. The list changes over time and grows -- basically every time someone points out that all of the things he had on earlier lists were found in programs pre-dating

**Essential Reading**

**Hot Topics**

5.3  Google Publishes Eight National Security Letters That Have Been Freed From Their Gag Orders

5.3  Legacy Recording Industry To Trump: Please Tell Tech Companies To Nerd Harder To Censor The Internet

5.3  Researchers Find Vulnerability That Enables Accounting Fraud, PwC Decides The Best Response Is A Legal Threat

**New To Techdirt?**
Explore some core concepts:

An Economic Explanation For Why DRM Cannot Open Up New Business Model Opportunities

The Future Of Music Business Models (And Those Who Are Already There)

Saying You Can't Compete With Free Is Saying You Can't Compete Period

read all »

**Techdirt Deals**



(and there's no evidence he really did), that had **no impact at all** on the growth and success of email. No one else built out email systems because of what they saw Ayyadurai build. Email came and grew out of all of that other work (most of which pre-dated Ayyadurai). Hell, just look at RFC 733 from 1977 (before Ayyadurai started working at the school), which basically lays out all of the features of email.

Despite all of this, Ayyadurai refuses to give up his claims. Part of the way he's tried to get around this is to redefine email to include an increasingly long list of features, most of which are not at all necessary for email. The list changes over time and grows -- basically every time someone points out that all of the things he had on earlier lists were found in programs pre-dating Ayyadurai's own program. Ayyadurai also totally misrepresents what a copyright is, and insists that his copyright is just like a patent, because you couldn't patent software back then. That's basically not true. It is true that most software was not considered patentable back then (even though some was), but that still doesn't make the copyright the equivalent of a patent.

Throughout all of this, Ayyadurai and the weird collection of supporters he's built up -- bizarrely including Noam Chomsky and PR guru Larry Weber -- seemed to keep targeting Ray Tomlinson as some sort of evil mastermind behind the racist plot to take down Ayyadurai, because Tomlinson worked for Raytheon, and Weber, Chomsky and Ayyadurai could spin this bizarre and totally made up story of a big American defense contractor wanting to rewrite history to write out someone with "brown skin."

Tomlinson, as you probably have heard already, passed away this weekend, and received tremendous praise across the internet. Many referred to him as the "inventor of email" even though Tomlinson himself had long insisted that was not true either. Instead, he (unlike Ayyadurai) long admitted that the growth and success of email involved many people working in pieces, building on each other's work successfully to build out the tool that we all use today. Still, Tomlinson *actually does* deserve tremendous credit for making email what it is today. The most notable claim -- and the one that everyone rightly talks about -- is his decision to make use of the @ symbol as a part of email addresses, in order to send email messages across networked computers, rather than just on a single machine (as had been done previously).

But, much more importantly, Tomlinson was **actively engaged** in setting the standards for email, such as in RFC 561 in 1973 (five years before Ayyadurai did anything), in which he and others laid out the standards for email headers.

Given all this, you'd hope that Ayyadurai could let Tomlinson's passing go in peace, and let people celebrate all of the work he did to actually bring email to the world. But, nope. That's not what's happening. Instead, Ayyadurai has gone on a Twitter rampage, tweeting at basically every journalist who has written about Tomlinson, and calling them liars. This is only a small snippet of about 3 hours worth of his tweets.





**DashCam Hi-Res Car Video Camera & 8GB MicroSD Card**

BUY NOW

*Report this ad  |  Hide Techdirt ads*

**Techdirt Insider Chat**



http://m.theregister.co.uk/2016/12/08/winter_is_cc ▲ time for the touches and pitchforks, I think.

Dark Helmet: Touches and pitchforks is my new favorite typo win

Jeffrey Nonken: hah.

Well, mobile interface. That's my excuse.

Vidiot: WaPo article on copyright fight gets it wrong, of course... ASCAP and MPAA seen as the Office's only constituents. How about us citizens instead?
https://www.washingtonpost.com/news/arts-and-entertainment/wp/2016/12/09/congressional-panel-calls-for-independent-copyright-office

Mike Masnick: well, they do quote new head of the ALA too, and he's good

Join the Insider Chat

**Advertisement**

*Report this ad  |  Hide Techdirt ads*

**Recent Stories**

### Wednesday

10:43  China's Richest Man Tells MPAA's Chris Dodd To Tell Donald Trump To Be Nice To China... Or Else (0)

10:38  Daily Deal: Pay What You Want Hardcore Game Dev Bundle (0)

09:37  Google Publishes Eight National Security Letters That Have Been Freed From Their Gag Orders (0)

08:30  FCC's Wheeler May Need To Stick Around If He

---

In reply to Makkraihbumi

**Dr. Shiva Ayyadurai** @va_shiva · 23m
@mathrubhumi Please read: vashiva.com/correction-the
View summary

In reply to Manorama Online

**Dr. Shiva Ayyadurai** @va_shiva · 23m
@manoramaonline Please read: vashiva.com/correction-the
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 23m
@SunTV Please read: vashiva.com/correction-the..
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 24m
Are you familiar with office communication systems of the 1970's? Then
you'd understand the truth about my invention ow.ly/ZcpXJ
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 24m
@NeedyBeeKids Please read: vashiva.com/correction-the
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 26m
@StartupGrind Please read: vashiva.com/correction-the
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 26m
@news7tamil Please read: vashiva.com/correction-the
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 26m
@tamil7news Please read: vashiva.com/correction-the
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 27m
@LibertyEducare Please read: vashiva.com/correction-the
View summary

In reply to The Quint

**Dr. Shiva Ayyadurai** @va_shiva · 27m
@TheQuint Please read: vashiva.com/correction-the
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 28m
@thenewsminute Please read: vashiva.com/correction-the..
View summary

Dr. Shiva Ayyadurai Retweeted

**Hemant Srivastava** @hemant_smile · 1h
abplive.in/india-news/the... The inventor of email is this Mumbai-born
scientist, not Ray Tomlinson! @thebetterindia @IndiaGkTime
View summary

In reply to The Logical Indian

**Dr. Shiva Ayyadurai** @va_shiva · 30m
@LogicalIndians @verge Please read: vashiva.com/correction-the
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 31m
@DonateItems Please read: vashiva.com/correction-the
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 33m
@KyleClauss Please read: vashiva.com/correction-the
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 33m
@GlobeTechLab Please read: vashiva.com/correction-the
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 34m
@aghoshal Please read: vashiva.com/correction-the
View summary

**Recent Stories**

## Wednesday

10:43 China's Richest Man Tells MPAA's Chris Dodd To Tell
Donald Trump To Be Nice To China... Or Else (0)

10:38 Daily Deal: Pay What You Want Hardcore Game Dev
Bundle (0)

09:37 Google Publishes Eight National Security Letters
That Have Been Freed From Their Gag Orders (0)

08:30 FCC's Wheeler May Need To Stick Around If He
Doesn't Want His Legacy Demolished (9)

06:25 Legacy Recording Industry To Trump: Please Tell
Tech Companies To Nerd Harder To Censor The
Internet (19)

03:23 A Nasty New Twist In Ransomware: To Decrypt Your
Files Without Paying, Spread The Infection To
Others (18)

## Tuesday

17:01 Ohio Legislature Passes Asset Forfeiture Reform Bill
That Removes Lots Of Bad Incentives (19)

14:38 Game Review Site Says Square Enix Blacklisted
Them To Punish Low Review Scores (23)

13:00 Techdirt Podcast Episode 102: Can We Really
Colonize Mars? (23)

11:54 Iowa Taxpayers Handing Out $60K Settlement To
California Gamblers Who Were Legally Robbed Of
$100K By State Troopers (47)

More ▶

**Advertisement**

Shop Now                                    amazon

The Secret Life of Pets
By Louis C.K., Eric Stonestreet, Kev...
$5.99
★★★★☆   (555)

All-New Fire TV Stick with
Alexa Voice Remote | Strea...
By Amazon
$39.99  √Prime
★★★★☆  (16505)

Report this ad  |  Hide Techdirt ads

@KyleClauss Please read: vashiva.com/correction-the

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 33m
@GlobeTechLab Please read: vashiva.com/correction-the

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 34m
@aghoshal Please read: vashiva.com/correction-the

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 36m
@alinaselyukh Please read: vashiva.com/correction-the

View summary

In reply to The Daily Star
**Dr. Shiva Ayyadurai** @va_shiva · 36m
@dailystarnews Please read: vashiva.com/correction-the

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 38m
@rakhichkraborty Please read: vashiva.com/correction-the

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 39m
@dna Please read: vashiva.com/correction-the

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 40m
@themmailonline Please read: vashiva.com/correction-the

View summary

In reply to Sify.com
**Dr. Shiva Ayyadurai** @va_shiva · 42m
@sifydotcom Please read: vashiva.com/correction-the

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 43m
@ABCNewsRadio Please read: vashiva.com/correction-the

View summary

In reply to Gizmodo India
**Dr. Shiva Ayyadurai** @va_shiva · 44m
@GizmodoIN Please read: vashiva.com/correction-the

View summary

In reply to Catch News
**Dr. Shiva Ayyadurai** @va_shiva · 46m
@CatchNews Please read: vashiva.com/correction-the

View summary

In reply to Tech2
**Dr. Shiva Ayyadurai** @va_shiva · 46m
@tech2eets Please read: vashiva.com/correction-the

View summary

In reply to Lambgoat
**Dr. Shiva Ayyadurai** @va_shiva · 46m
@lambgoat they didn't create email, thought it impossible and years later attempt to do historical revisionism.  Wakeup

View conversation

In reply to Jefferson Kovnas
**Dr. Shiva Ayyadurai** @va_shiva · 47m
@elkos @ctanvar @samtbuddie @Gizmodo inventorofemail.com

View conversation

**Dr. Shiva Ayyadurai** @va_shiva · 48m
@BosBizDavid Please read: vashiva.com/correction-the

View summary

In reply to SiliconRepublic
**Dr. Shiva Ayyadurai** @va_shiva · 48m
@siliconrepublic Please read: vashiva.com/correction-the

@elros @cranwar @samtbiddle @Gizmodo inventoforemail.com

View conversation

**Dr. Shiva Ayyadurai** @va_shiva · 48m
@BosBizDavid Please read: vashiva.com/correction-the

View summary

In reply to SiliconRepublic

**Dr. Shiva Ayyadurai** @va_shiva · 48m
@siliconrepublic Please read: vashiva.com/correction-the

View summary

In reply to Nathalie Ott

**Dr. Shiva Ayyadurai** @va_shiva · 49m
@msnathalieott can u translate it?

View conversation

**Dr. Shiva Ayyadurai** @va_shiva · 49m
@MrJohnFKennedy Please read: vashiva.com/correction-the

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 49m
@BreaknNews Please read: vashiva.com/correction-the

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 50m
@NewsFirst Please read: vashiva.com/correction-the

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 51m
@bsindia Please read: vashiva.com/correction-the

View summary

In reply to The Drum

**Dr. Shiva Ayyadurai** @va_shiva · 52m
@TheDrum Please read: vashiva.com/correction-the

View summary

Dr. Shiva Ayyadurai Retweeted

**Janta Ka Reporter** @JantaKaReporter · 11h
"CORRECTION. THE INVENTOR OF EMAIL IS STILL ALIVE" And he
is an Indian @va_shiva jantakareporter.com/?p=39632



Dr. Shiva Ayyadurai Retweeted

**Dr Ashish Kumar** @DrAshish_Kumar · 5h
India-born scientist Dr @va_shiva Ayyadurai claims he invented email
goo.gl/KIVR32
-via @inshorts #IND

View summary

Dr. Shiva Ayyadurai Retweeted

**Sarah** @MeSara · 5h
@frandrescher Totally support him @va_shiva. He's beautiful inside
and out

**Dr. Shiva Ayyadurai** @va_shiva · 56m
@euronews Please read: vashiva.com/correction-the

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 56m

Document title: Guy Who Pretends He Invented Email Whines At Every Journalist For Writing Obit Of Guy Who Actually Helped Create Email | Techdirt
Capture URL: https://www.techdirt.com/articles/20160308/08034033830/guy-who-pretends-he-invented-email-whines-every-journalist-writing-obit-guy-who-actually-help...
Capture timestamp (UTC): Wed, 14 Dec 2016 18:53:24 GMT

**Sarah** @McGaga · 1h
@fandtrescher Totally support him @va_shiva He's beautiful . inside
and out

**Dr. Shiva Ayyadurai** @va_shiva · 55m
@euronews Please read: vashiva.com/correction-the

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 56m
@NetworkWorld Please read: vashiva.com/correction-the

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 59m
@AlphaDogs Please read: vashiva.com/correction-the

View summary

In reply to Zee News
**Dr. Shiva Ayyadurai** @va_shiva · 59m
@ZeeNews Please read: vashiva.com/correction-the

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 1h
@KLFY Please read: vashiva.com/correction-the

View summary

In reply to The Straits Times
**Dr. Shiva Ayyadurai** @va_shiva · 1h
@STcom Please read: vashiva.com/correction-the

View summary

In reply to Ubergizmo
**Dr. Shiva Ayyadurai** @va_shiva · 1h
@ubergizmo Please read: vashiva.com/correction-the

View summary

Dr. Shiva Ayyadurai Retweeted
Indian-American Shiva Ayyadurai invented 'E-mail', not Ray
Tomlinson? oneindia.com/international/ · #EMail

View summary

Dr. Shiva Ayyadurai Retweeted
**Ragini Dwivedi** @RaginiDwivedi3 · 1h
@va_shiva sir, you should get credit for this  in tdys world. Nobody can
hide real inventor

View conversation

In reply to The Washington Times
**Dr. Shiva Ayyadurai** @va_shiva · 1h
@WashTimes Please read: vashiva.com/correction-the

View summary

In reply to Daily Mirror
**Dr. Shiva Ayyadurai** @va_shiva · 1h
@DailyMirror Please read: vashiva.com/correction-the

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 1h
@B1_India Please read: vashiva.com/correction-the

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 1h
@TechTimes_News Please read: vashiva.com/correction-the

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 1h
@FOX61News Please read: vashiva.com/correction-the

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 1h
@dwnews Please read: vashiva.com/correction-the

Document title: Guy Who Pretends He Invented Email Whines At Every Journalist For Writing Obit Of Guy Who Actually Helped Create Email | Techdirt
Capture URL: https://www.techdirt.com/articles/20160308/08034033830/guy-who-pretends-he-invented-email-whines-every-journalist-writing-obit-guy-who-actually-help...
Capture timestamp (UTC): Wed, 14 Dec 2016 18:53:24 GMT

**Dr. Shiva Ayyadurai** @va_shiva · 1h
@FOX61News Please read: vashiva.com/correction-the...
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 1h
@dwnews Please read: vashiva.com/correction-the...
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 1h
@MSNAustralia Please read: vashiva.com/correction-the...
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 1h
@slashdot Please read: vashiva.com/correction-the...
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 1h
@nJohnDevon Please read: vashiva.com/correction-the...
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 1h
@DailyMirror Please read: vashiva.com/correction-the...
View summary

In reply to Financial Times
**Dr. Shiva Ayyadurai** @va_shiva · 1h
@FT Please read: vashiva.com/correction-the...
View summary

Dr. Shiva Ayyadurai Retweeted
**Arun Divahar** @advahar01 · 2h
@va_shiva you will always be an inspiration sir. We dont need recognition from the western world. You have already made history.
View conversation

In reply to CBS News
**Dr. Shiva Ayyadurai** @va_shiva · 1h
@CBSNews Please read: vashiva.com/correction-the...
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 1h
@Reuters Please read: vashiva.com/correction-the...
View summary

In reply to Bangor Daily News
**Dr. Shiva Ayyadurai** @va_shiva · 1h
@bangordailynews @Reuters Please read: vashiva.com/correction-the...
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 1h
@techreview Please read: vashiva.com/correction-the...
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 1h
@TechRepublic Please read: vashiva.com/correction-the...
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 1h
@the_hindu Please read: vashiva.com/correction-the...
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 1h
@sjvn Please read: vashiva.com/correction-the...
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 1h
@mashable Please read: vashiva.com/correction-the...
View summary

**Dr. Shiva Ayyadurai** @va_shiva · 1h
@ABC Please read: vashiva.com/correction-the...
View summary

Document title: Guy Who Pretends He Invented Email Whines At Every Journalist For Writing Obit Of Guy Who Actually Helped Create Email | Techdirt
Capture URL: https://www.techdirt.com/articles/20160308/08034033830/guy-who-pretends-he-invented-email-whines-every-journalist-writing-obit-guy-who-actually-help...
Capture timestamp (UTC): Wed, 14 Dec 2016 18:53:24 GMT

@sjvn Please read: vashiva.com/correction-the...

View summary

**Dr. Shiva Ayyadurai** @va_shiva 1h
@mashable Please read: vashiva.com/correction-the...

View summary

**Dr. Shiva Ayyadurai** @va_shiva 1h
@ABC Please read: vashiva.com/correction-the...

View summary

**Dr. Shiva Ayyadurai** @va_shiva 1h
"Finding a solution without a customer is not innovation." Download my new ebook here: ow.ly/ZcFQJ



Read On
amazon kindle

In reply to NPR

**Dr. Shiva Ayyadurai** @va_shiva 1h
@NPR Please read: vashiva.com/correction-the...

View summary

**Dr. Shiva Ayyadurai** @va_shiva 1h
@BT_UK Please read: vashiva.com/correction-the...

View summary

**Dr. Shiva Ayyadurai** @va_shiva 1h
@ronellerichards Please read: vashiva.com/correction-the...

View summary

In reply to Techworm

**Dr. Shiva Ayyadurai** @va_shiva 1h
@Techworm_in Please read: vashiva.com/correction-the...

View summary

**Dr. Shiva Ayyadurai** @va_shiva 1h
@computerhope Please read: vashiva.com/correction-the...

View summary

In reply to DailyMirror

**Dr. Shiva Ayyadurai** @va_shiva 1h
@DMbreakingnews Please read: vashiva.com/correction-the...

View summary

In reply to USA TODAY

**Dr. Shiva Ayyadurai** @va_shiva 2h
@USATODAY Please read: vashiva.com/correction-the...

View summary

**Dr. Shiva Ayyadurai** @va_shiva 2h
@technology Please read: vashiva.com/correction-the...

View summary

**Dr. Shiva Ayyadurai** @va_shiva 2h
@AOL Please read: vashiva.com/correction-the...

View summary

**COMEDY GANDHI** @chidham 2h
@JP_LOKSATTA @va_shiva JP gaaru.. still waiting for you to correct your tweet... Mr Shiva deserve the ultimate recognition & our support.

View conversation

Document title: Guy Who Pretends He Invented Email Whines At Every Journalist For Writing Obit Of Guy Who Actually Helped Create Email | Techdirt
Capture URL: https://www.techdirt.com/articles/20160308/08034033830/guy-who-pretends-he-invented-email-whines-every-journalist-writing-obit-guy-who-actually-help...
Capture timestamp (UTC): Wed, 14 Dec 2016 18:53:24 GMT



Dr. Shiva Ayyadurai @va_shiva · 2h
@AOL Please read: vashiva.com/correction-the...
View summary

COMEDY GANDHI @chinthan · 2h
@JP_LOKSATTA @va_shiva JP gaaru.. still waiting for you to correct your tweet... Mr Shiva deserve the ultimate recognition & our support
View conversation

Dr. Shiva Ayyadurai Retweeted
RamShankarChaudhary @rscIndian · 2h
@indiatimes @va_shiva @shivaayyadurai @narendramodi @SushmaSwaraj attention/support is required from India
View conversation

In reply to Lambgoat
Dr. Shiva Ayyadurai @va_shiva · 2h
@lambgoat Crocker has been exposed as a lying hound of Raytheon historyofemail.com .. Read and weep
View conversation

Dr. Shiva Ayyadurai @va_shiva · 2h
White journalists since 2012 have joined in the lynching and whitewashing of facts on #email. I challenge all and any to a f2f debate !!

Dr. Shiva Ayyadurai @va_shiva · 2h
#unfairandlovely usatoday.com/story/news/wor...
View summary

In reply to Livemint
Dr. Shiva Ayyadurai @va_shiva · 2h
@livemint Please read: vashiva.com/correction-the...
View summary

Dr. Shiva Ayyadurai @va_shiva · 2h
@chase_india Please read: vashiva.com/correction-the...
View summary

Dr. Shiva Ayyadurai @va_shiva · 2h
@ians_india Please read: vashiva.com/correction-the...
View summary

Dr. Shiva Ayyadurai Retweeted
Siri Chand Khalsa MD @SummerOfFoods · 2h
@va_shiva I did think of you when I saw the headlines...
View conversation

Dr. Shiva Ayyadurai @va_shiva · 2h
@mmmmurf Please read: vashiva.com/correction-the...
View summary

In reply to The Associated Press
Dr. Shiva Ayyadurai @va_shiva · 2h
@AP Please read: vashiva.com/correction-the...
View summary

Dr. Shiva Ayyadurai Retweeted
Jodi Koberinski @JodiKoberinski · 2h
@rscIndian @va_shiva @indiatimes @shivaayyadurai this kind of revisionism is appalling. At least acknowledge the original copyright!
View conversation

Dr. Shiva Ayyadurai Retweeted
RamShankarChaudhary @rscIndian · 2h
@indiatimes @va_shiva @shivaayyadurai I think India must recognize and support him.
View conversation

In reply to The Hacker News
Dr. Shiva Ayyadurai @va_shiva · 2h
@TheHackersNews Please read: vashiva.com/correction-the...

**RamShankarChaudhary** @rcindiun · 2h
@indiatimes @va_shiva @shivaayyadurai I think India must recognize
and support him

↩ ⇄ ♡ ⬆ ··· View conversation

In reply to The Hacker News
**Dr. Shiva Ayyadurai** @va_shiva · 2h
@TheHackersNews Please read: vashiva.com/correction-the ...

↩ ⇄ ♡ ··· View summary

**Dr. Shiva Ayyadurai** @va_shiva · 2h
An open letter : "CORRECTION: THE INVENTOR OF EMAIL IS STILL
ALIVE" ow.ly/ZcfbR #InventorofEmailsAlive

↩ ⇄ 11 ♡ ··· View summary

**Dr. Shiva Ayyadurai** @va_shiva · 2h
@cfanvar Please read: vashiva.com/correction-the ...

↩ ⇄ ♡ ··· View summary

**Dr. Shiva Ayyadurai** @va_shiva · 2h
@JohnHbeiro Please read: vashiva.com/correction-the ...

↩ ⇄ ♡ ··· View summary

Dr. Shiva Ayyadurai Retweeted
**Siddhartha Basu** @basubhani · 14h
How myths take on a life of their own. Ayyadurai has the copyright but
Tomlinson gets the credit in his obits :
timesofindia.indiatimes.com/world/us/On-t-ta

↩ ⇄ 11 ♡ ··· View summary

In reply to The Independent
**Dr. Shiva Ayyadurai** @va_shiva · 2h
@Independent Please read: vashiva.com/correction-the ...

↩ ⇄ ♡ ··· View summary

**Dr. Shiva Ayyadurai** @va_shiva · 2h
@jonfingas Please read: vashiva.com/correction-the ...

↩ ⇄ ♡ ··· View summary

In reply to NDTV
**Dr. Shiva Ayyadurai** @va_shiva · 2h
@ndtv Please read: vashiva.com/correction-the ...

↩ ⇄ ♡ ··· View summary

In reply to TOI Tech
**Dr. Shiva Ayyadurai** @va_shiva · 2h
@toi_tech Please read: vashiva.com/correction-the ...

↩ ⇄ ♡ ··· View summary

**Dr. Shiva Ayyadurai** @va_shiva · 2h
@leopoldcnn Please read: vashiva.com/correction-the ...

↩ ⇄ ♡ ··· View summary

Dr. Shiva Ayyadurai Retweeted
**Indiatimes** @indiatimes · 3h
"I'm the real inventor of #email and I'm still alive" · @shivaayyadurai

Read on!- bit.ly/21YhNXu



Document title: Guy Who Pretends He Invented Email Whines At Every Journalist For Writing Obit Of Guy Who Actually Helped Create Email | Techdirt
Capture URL: https://www.techdirt.com/articles/20160308/08034033830/guy-who-pretends-he-invented-email-whines-every-journalist-writing-obit-guy-who-actually-help...
Capture timestamp (UTC): Wed, 14 Dec 2016 18:53:24 GMT



Dr. Shiva Ayyadurai Retweeted
**Rajesh Kalra** @rajeshkalra · 14h
Lovely piece! On Mahashivaratri, email pioneer Shiva Ayyadurai prays for recognition @chidu77 timesofindia indiatimes.com/world/us/On-t-ta

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 3h
@JohnRussell99 Please read: vashiva.com/correction-the...

View summary

Dr. Shiva Ayyadurai Retweeted
**Nikhil Karampuri** @nikhilkarampuri · 3h
@va_shiva we are proud of you! daily0 in/technology/ema

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 3h
@LeenaRao Please read: vashiva.com/correction-the...

View summary

**Dr. Shiva Ayyadurai** @va_shiva · 3h
@DaveLeeBBC Please read: vashiva.com/correction-the...

View summary

Most of those are pointing to his "correction" posted to his website, claiming that anyone claiming Tomlinson invented email is wrong. He repeats the false claims about how it only qualifies as email based on his totally arbitrary list of features and also that people who say he's wrong are simply backing up Raytheon trying to deny him his rightful due because he's "not white." And, amazingly, he's actually convinced some publications to write about his claim, with very little fact checking. Meanwhile, when some point out that he's lying, Ayyadurai yells at them that they're repeating "racist lies," despite the fact that all of the evidence is well-documented.

Once again, to Shiva Ayyadurai: you were almost certainly a very bright kid, who created a nice software program as a teenager at the school where you were employed. That's great. And you should be proud of your accomplishments. But you did not invent email. You had nothing to do with the invention of email. And to continue to claim otherwise makes you look petty and silly -- especially at a time when everyone is celebrating the very real accomplishment of Ray Tomlinson.

69 Comments | Leave a Comment



GET A FREE 1-YEAR SUBSCRIPTION TO THE TECHDIRT CRYSTAL BALL WHEN YOU SIGN UP FOR VPN SERVICE FROM PRIVATE INTERNET ACCESS »

GET EARLY ACCESS TO TECHDIRT POSTS & PROTECT YOUR ONLINE PRIVACY WITH TOP-RATED VPN SERVICE

*Hide Techdirt ads*

**If you liked this post, you may also be interested in...**

- Legacy Recording Industry To Trump: Please Tell Tech Companies To Nerd Harder To Censor The Internet
- HBO Issues Takedown For Artwork Made By Autistic Teenager Because Bullies Gonna Bully Y'all
- It Begins: Congress Proposes First Stages Of Copyright Reform, And It's Not Good
- Short Sighted Newspaper Association Asks Trump To Whittle Down Fair Use, Because It Hates Google

EXHIBIT D-9



<< Daily Deal: Makey Makey Invention Kit...    'T'    Turkish President Erdogan Now Demands... >>

**PODCAST** ▶ Techdirt - Supporting Creators, With Patreon Founder Jack Conte



## Guy Who Didn't Invent Email Sues Gawker For Pointing Out He Didn't Invent Email

*from the shiva,-you-ain't-hulk-hogan,-either dept*

Defamation
by Mike Masnick
Wed, May 11th 2016
10:44am

Filed Under:
defamation, email,
lawsuit, nick
denton, sam biddle,
shiva ayyadurai

Companies:
gawker

Permalink,
Short link.

Oh boy. Remember Shiva Ayyadurai? The guy who has gone to great lengths to claim that he "invented email," when the reality is that he appears to have (likely independently) written an early implementation of email long after others had actually "invented email." In the past we've called out examples where gullible press have fallen for his easily debunked claims, but he keeps popping back up. He somehow got an entire series into the Huffington Post, which was clearly crafted as a PR exercise in trying to rewrite history. The mainstream press repeated his bogus claims about inventing email after he married a TV star. And, most recently, he decided to scream at the press for memorializing Ray Tomlinson -- someone who actually did have a hand in creating email -- upon his death.

We've gone through in great detail as to why Ayyadurai is simply wrong in his claims. There's a lot more to it, but the summary we've written in the past is this:

> First off, no one denies that V.A. Shiva Ayyadurai -- an apparently very bright 14-year-old at the time -- wrote an email software program for the University of Medicine and Dentistry of New Jersey (UMDNJ) in 1978. By all accounts, it was a perfectly decent email system that allowed the UMDNJ staff to send electronic messages. Further, no one doubts that, in 1981, Ayyadurai registered the copyright on his program, which was called EMAIL. The problems are that (1) email was invented long before 1978, (2) the copyright is merely on the specific software code, not the idea of email, and (3) while Ayyadurai may have independently recreated the basics of email (and even added a nice feature), none of his work was even remotely related to what later became the standards of email. What's most sickening about this is that as part of this new PR campaign, Ayyadurai is ridiculously arguing that the reason no one believes him isn't because he's simply wrong, but because they can't stand to believe that "a dark-skinned immigrant kid, 14 years old," invented email, and that it was done in "one of the poorest cities in the US" rather than at a famous university.
>
> Again, that might make for a nice story line if there were some factual basis behind it, but there isn't. The history of email is well-documented from multiple sources and it began way, way before 1978. And while early versions were somewhat crude, by 1978 they had basically everything that Ayyadurai claims to have invented (it is entirely believable that Ayyadurai, as a bright kid, independently came up with the same ideas, but he was hardly the first). There was a messaging system called MAILBOX at MIT in 1965. You can read all the details of it here, including source code. Ray Tomlinson is frequently credited with inventing the modern concept of email for the internet by establishing the @ symbol (in 1972) as a way of determining both the user and which computer to send the email to. By 1975, there were things like email folders (invented by Larry Roberts) and some other basic email apps. As is noted, by 1976 -- two years before Ayyadurai wrote his app -- email was 75% of all ARPANET traffic.

For what it's worth, some have disputed the idea that he even added *any* features not existing in previous discussions. Nevertheless, he's not the "inventor" of email, no matter how many times he claims he is.

We, of course, have not been alone in debunking his claims. Back in 2012, a few weeks after we first debunked them, Gawker's Sam Biddle did a long and thorough takedown of Ayyadurai's claims. Apparently that story really angers Ayyadurai, and I'm guessing that seeing Hulk Hogan win his crazy lawsuit against Gawker helped Ayyadurai to decide to sue Gawker as well.

And, in keeping with my belief that this is all one giant PR stunt, the lawsuit filing was accompanied by a press release that repeats the same debunked claims, and selectively quotes





### Hot Topics

**5.3** The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things

**5.2** If You're Worried About What President Trump Can Do To The Press, Blame President Obama

**5.2** Judge Tosses Charges Against Backpage Execs, Tells Kamala Harris To Take It Up With Congress

### New To Techdirt?

Explore some core concepts:

Infinity Is Your Friend In Economics

Advertising Is Content; Content Is Advertising

Step One To Embracing A Lack Of Scarcity: Recognize What Market You're Really In

read all »

previous discussions. Nevertheless, he's not the "inventor" of email, no matter how many times he claims he is.

We, of course, have not been alone in debunking his claims. Back in 2012, a few weeks after we first debunked them, Gawker's Sam Biddle did a long and thorough takedown of Ayyadurai's claims. Apparently that story really angers Ayyadurai, and I'm guessing that seeing Hulk Hogan win his crazy lawsuit against Gawker helped Ayyadurai to decide to sue Gawker as well.

And, in keeping with my belief that this is all one giant PR stunt, the lawsuit filing was accompanied by a press release that repeats the same debunked claims, and selectively quotes the very media he fooled as evidence that he really invented email. The actual lawsuit is a joke. As in the Hogan case, Ayyadurai is suing not just Gawker, but also the company's founder Nick Denton, along with the author of the articles (in this case, Sam Biddle).

The filing again lays out Ayyadurai's highly misleading version of history, insisting again that getting the copyright on a program called EMAIL is the equivalent of "inventing" email. He continues to conflate patent and copyright law and misleadingly claim that because you couldn't get a patent on software at the time, a copyright is basically the same thing. This is wrong on both counts. You could patent some software at the time, and either way a copyright is nowhere near the equivalent. He also relies on debunked reports in Time Magazine and CBS. And also Wired, though he leaves out that Wired was just quoting Noam Chomsky, who bizarrely has become one of Ayyadurai's biggest defenders, and that the Wired story includes other evidence that Ayyadurai is wrong.

Ayyadurai claims that Gawker's articles were defamatory, specifically stating:

> As described herein, the February 2012 Article arises to the level of defamation per se, in that it falsely states that "[Dr.] Ayyadurai is a fraud."

> As described herein, the March 2012 Article falsely alleges that:

> > a) Dr. Ayyadurai engaged in "semantic tricks, falsehoods, and a misinformation campaign."
> > b) Dr. Ayyadurai is engaged in "revisionism" in his claim of invention of email.

> As described herein, the 2014 Article arises to the level of defamation per se, by stating that Dr. Ayyadurai is a "fraud," thus falsely accusing Dr. Ayyadurai of a crime and causing prejudice to his personal and professional reputation and business.

> The 2014 Article also falsely states:

> > a) Dr. Ayyadurai is a "renowned liar" with respect to his statements that he invented email,
> > b) Dr. Ayyadurai is a "big fake," and
> > c) Dr. Ayyadurai is engaged in "cyber-lies."

These defamation claims seem extremely weak. First off, as the detailed records show, Ayyadurai did not invent email. So truth is generally a good response to defamation claims. Second, even if he did create email (and he didn't), most of these statements would be protected as either statements of opinion or rhetorical hyperbole. Finally, Ayyadurai as a self-proclaimed public persona would have to show actual malice for it to be defamatory. Hilariously, the lawsuit claims no actual malice is necessary, which is nonsense. Ayyadurai is so focused on making himself a famous person over his exaggerated claims to have invented email that for him to try to argue he's not a public figure is laughable. His lawyers also show no evidence that there is actual malice from Gawker but insist that if they could get to the discovery phase, they could find evidence supporting actual malice.

There are then three other claims: one for "intentional interference with prospective economic advantage," one for "intentional infliction of emotional distress" (the "my feelz!" argument), and one for (and I'm not kidding) "negligent hiring and retention."

Ayyadurai goes into detail about how people pointing out that he is exaggerating his claims has made people less willing to work with him. But that's not the fault of accurate reporting. It's the fault of him focusing so much on a false claim to have invented email.

> This is the situation here: Defendants' false statements in the articles at issue had the effect of so severely discrediting Dr. Ayyadurai—based on the false statement that he is a "fraud"—that Dr. Ayyadurai's career was severely damaged. As a direct result of Defendants' publication of the false and defamatory statements about Dr. Ayyadurai, on information and belief, Dr. Ayyadurai has lost teaching positions at MIT, lost several paid speaking engagements at the time and in the future, lost an



**2**
SERVICE
BUNDLE

BUY NOW

VPN Unlimited & To Do Checklist: Lifetime Subscription Bundle

Report this ad  |  Hide Techdirt ads

**Techdirt Insider Chat**

Jeffrey Nonken: http://m.theregister.co.uk/2016/12/08/winter_is_co time for the touches and pitchforks, I think.

Dark Helmet: Touches and pitchforks is my new favorite typo win

Jeffrey Nonken: hah.
Well, mobile interface. That's my excuse.

Vidiot: WaPo article on copyright fight gets it wrong, of course... ASCAP and MPAA seen as the Office's only constituents. How about us citizens instead?
https://www.washingtonpost.com/news/arts-and-entertainment/wp/2016/12/09/congressional-panel-calls-for-independent-copyright-office

Mike Masnick: well, they do quote new head of the ALA too, and he's good

Join the Insider Chat

**Advertisement**

republic
W I R E L E S S

Plans starting at just
$15/mo. No contracts.

Switch Today!

Report this ad  |  Hide Techdirt ads

**Recent Stories**

**Monday**

13:09  Two Former Senators Call On Obama To Save The Full CIA 'Torture Report' From Being Buried (2)

11:52  The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things (13)

10:40  Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship (10)

10:38  Daily Deal: DashCam Hi-Res Car Video Camera And 8GB MicroSD Card (1)

09:39  Georgia Secretary Of State Accuses DHS Of

made people less willing to work with him. But that's not the fault of accurate reporting. It's the fault of him focusing so much on a false claim to have invented email.

> *This is the situation here: Defendants' false statements in the articles at issue had the effect of so severely discrediting Dr. Ayyadurai—based on the false statement that he is a "fraud"—that Dr. Ayyadurai's career was severely damaged. As a direct result of Defendants' publication of the false and defamatory statements about Dr. Ayyadurai, on information and belief, Dr. Ayyadurai has lost teaching positions at MIT, lost several paid speaking engagements at the time and in the future, lost an accolade and display dedicated to his invention at the Smithsonian Institute, lost contracts and renewals, lost opportunities for investment in his emerging companies, suffered substantial personal and professional reputational harm, and suffered substantial harm to his career, business and income.*

I'm sure that's distressing, but it's not the fault of Gawker for pointing out that Ayyadurai was exaggerating what he did. It's what happens when you exaggerate like that and make grandiose claims that are not accurate.

The "negligent hiring" claims seems to just be an attempt to attack and mock Sam Biddle. I'm not a Sam Biddle fan by any stretch of the imagination. I think he has a history of taking things completely out of context and creating sensational posts that are misleading, at best. But that's not defamation. It's just bad reporting. And Ayyadurai's claims about "negligent hiring" basically accuse Biddle of being a drug addict and, potentially, mentally unstable. That claim is not going to last very long and seems to serve no purpose other than to attack Biddle's reputation.

The filing also spends a ton of completely wasted space on other lawsuits against Gawker, as if trying to prove that the company has a history of bad actions. But the litany of bad actions listed are extremely exaggerated. Yes, Gawker has been sued for defamation, but Gawker has not lost those cases and they are extremely unlikely to lose them. I mean, you're reaching really, really low if you're citing Chuck Johnson's laughable defamation lawsuit against Gawker that has already been tossed out of a Missouri court for being ridiculous. And yes, Johnson also filed an identical case in California, but it's going nowhere (it was so identical that it focused on the harms in Missouri, despite being filed in California). But Ayyadurai's lawyers pretend that it's evidence of Gawker's defamatory history:

> *Gawker has been sued multiple times for defamation, including currently in an action in New York State Court, by the Daily Mail newspaper, and in an action in California by an individual named Charles Johnson, for writing and publishing false and unsubstantiated rumors that Mr. Johnson had been involved in misconduct and criminal activity.*

The lawsuit also cites a variety of other lawsuits involving Gawker that have nothing to do with defamation at all, including (obviously) the Hulk Hogan case that will almost certainly be overturned on appeal, and also a copyright lawsuit from Dr. Phil and a few other examples of people being unhappy with Gawker's coverage.

This case should go nowhere fast, and Ayyadurai may be opening himself up to a world of hurt in exposing himself to discovery, should the case even reach that stage. Unfortunately for Gawker, Massachusetts -- where Ayyadurai filed this lawsuit -- has an anti-SLAPP statute that is much more limited and unfortunately may not be that helpful to Gawker. Yet another reason why we need a federal anti-SLAPP law as soon as possible.

13:09 Two Former Senators Call On Obama To Save The Full CIA 'Torture Report' From Being Buried (2)

11:52 The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things (13)

10:40 Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship (10)

10:38 Daily Deal: DashCam Hi-Res Car Video Camera And 8GB MicroSD Card (1)

09:39 Georgia Secretary Of State Accuses DHS Of Breaching His Office's Firewall (14)

08:31 If You're Worried About What President Trump Can Do To The Press, Blame President Obama (40)

06:29 Judge Tosses Charges Against Backpage Execs, Tells Kamala Harris To Take It Up With Congress (14)

03:25 More Prosecutors Refuse To Accept Guilty Pleas Based On Faulty $2 Field Drug Tests (11)

### Sunday

12:00 Funniest/Most Insightful Comments Of The Week At Techdirt (5)

### Saturday

12:00 This Week In Techdirt History: SOPA, China, Dajaz1 & The Hypocrisy Of Copyright (2)

More 

Advertisement



republic
WIRELESS

Plans starting at just
$15/mo. No contracts.

Switch Today!

Report this ad  |  Hide Techdirt ads





SHIVA AYYADURAI, an individual,

Plaintiff,

v.

GAWKER MEDIA, LLC, a Delaware limited liability company, SAM BIDDLE, an individual, JOHN COOK, an individual, NICHOLAS GUIDO ANTHONY DENTON, an individual, and DOES 1-20,

Defendants.

CASE NO.

**COMPLAINT**

*DEMAND FOR JURY TRIAL*

Plaintiff Dr. Shiva Ayyadurai, by and through his undersigned attorneys, sues Defendants Gawker Media, LLC, Sam Biddle, John Cook, Nicholas Guido Anthony Denton, and DOES 1-20 (collectively, "Defendants"), and respectfully makes the following allegations.

**SUMMARY OF THE CASE**

1.  Dr. Ayyadurai is a world-renowned scientist, inventor, lecturer, philanthropist and entrepreneur. In 1978, Dr. Ayyadurai invented email: the electronic mail system as we know it

◄  Page [ 1 ] of 23  ►

44 Comments | Leave a Comment



*Hide Techdirt ads*

**If you liked this post, you may also be interested in...**

- Media Organizations (Correctly) Worry That Rolling Stone Verdict Will Make Saying Sorry Actionable
- Fake News About Fake News Leads To (Fake?) Defamation Threat
- Paul Levy Discovers Head Of Reputation Management Company Signed Off On Forged/Fraudulent Court Docs
- Actual Creators Of Email Not At All Happy The Fake Creator Of Email Got Paid For His Bogus Claim
- Here's The Truth: Shiva Ayyadurai Didn't Invent Email

EXHIBIT D-10

techdirt

Search Techdirt | Search

Techdirt | Wireless News | Innovation | Case Studies | Startups | Net Neutrality | Techdirt Deals! | Preferences | Register | Sign In
Main | Submit a Story | RSS

Follow Techdirt

PODCAST ▶ Techdirt – Supporting Creators, With Patreon Founder Jack Conte    SOUNDCLOUD

<< UK Politician's Campaign Staff Tweets Out...          Conviction Overturned In Case Of Rutgers... >>



# Univision Execs Have No Backbone: Pull A Bunch Of Gawker Stories Over Legal Disputes

from the *no-credibility* dept

Failures
by Mike Masnick
Mon, Sep 12th 2016
6:27am

Filed Under:
backbone, chuck
johnson,
defamation,
heckler's veto,
hulk hogan,
journalism,
liabilities, shiva
ayyadurai

Companies:
gawker, univision

Permalink.
Short link.

People celebrating the "demise" of Gawker in being forced into bankruptcy by a questionable lawsuit and ruling from Hulk Hogan, financed by Peter Thiel, keep insisting that it has no real impact on the freedom of the press. And yet... things keep showing that's wrong. Gawker filed for bankruptcy and sold off its assets to media giant Univision, which agreed to close down the flagship Gawker site and redistribute some of the reporters to other sites. But late Friday, Univision management made another decision, and this one is horrific: they agreed to delete six stories on the site (with a seventh one being considered) because those stories were the subject of lawsuits against Gawker.

The reasoning given by Univision is that it only agreed to buy the assets of Gawker, not the liabilities, and keeping those stories posted gave it liability. First of all, this is wrong on the legal side of things. As Gawker's executive editor, John Cook (who fought this decision) notes, Univision doesn't take on the liability here:

> Though the posts were published by Gawker Media, and therefore under the so-called *"first publication rule"* should only be the legal responsibility of the Gawker Media estate being left behind in the transaction, Unimoda's legal analysis was that the continued publication of the posts under the new entity would constitute the adoption of liability, and that Unimoda is therefore obligated to delete them.

But that's not the most disturbing thing here. The really problematic issue is that the stories that are being removed involve stories where the lawsuits are almost entirely bogus SLAPP suits designed to annoy Gawker, rather than with any serious legal basis -- for example, the two stories that Gawker published about Shiva Ayyadurai, the guy who keeps trying to convince the world that he invented email when he didn't. We've discussed Ayyadurai and his bogus claims many times, and also covered the lawsuit. There is no legitimate reason to take down those posts.

Perhaps even more incredible is that Univision also agreed to take down the story that nutty troll Chuck C. Johnson had filed a lawsuit against Gawker. That's a lawsuit that is so ridiculous it was laughed out of court in Missouri. And while Johnson filed a nearly identical lawsuit (including references to Missouri) in California, it was similarly going nowhere, and Johnson recently said that he'd dropped the case.

And yet Univision voted to delete the story anyway.

This is... bad. It's one thing to make a decision to pull a story once you've analyzed the situation and decided that the story has problems and should be pulled. But that's not what happened here. Univision execs flat out told Cook that this was solely about not taking on the liability. In other words, Univision has absolutely zero backbone to stand up for its journalists. That's shameful.

This move basically immediately does two things. First, it alerts anyone who wants a heckler's veto to threaten Univision with a lawsuit. Second, it should immediately cause any good journalist working for Univision or its properties (including Gawker and Fusion) to start looking for a new job elsewhere. If you can't have your publisher back you up on things like this, that's a *dangerous* place for a reporter to work. Kudos to Cook for trying to stand up to Univision, but if those execs wouldn't listen to him, the company's got really big problems.

> I communicated to Felipe and Jay in the strongest terms that deleting these posts is a mistake, and that disappearing true posts about public figures simply because they have been targeted by a lawyer who conspired with a vindictive billionaire to destroy this company is an affront to the very editorial ethos that has made us successful enough to be worth acquiring. I told them that I am proud that this company refused to delete its accurate posts about Shiva Ayadurrai's false claim to have invented the email system of communication, and that I am proud that our decision not to take

Insider Shop - Show Your Support!

READ POSTS EARLY, JOIN THE INSIDER CHAT & MORE
INSIDER SHOP    SUPPORT US

Advertisement



$5.49
WITH CARD
Coffee-mate Creamer

2.99
4.77
99¢

Ralphs    Fresh food. Low prices.    View Weekly Ad
Valid until Dec. 1

Report this ad | Hide Techdirt ads

Essential Reading

## Hot Topics

**5.4** The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things

**5.2** Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship

**5.2** Two Former Senators Call On Obama To Save The Full CIA 'Torture Report' From Being Buried

## New To Techdirt?

*Explore some core concepts:*

Infinity Is Your Friend In Economics

Advertising Is Content; Content Is Advertising

Step One To Embracing A Lack Of Scarcity: Recognize What Market You're Really In

read all »

Techdirt Deals



for a reporter to work. Kudos to Cook for trying to stand up to Univision, but if those execs wouldn't listen to him, the company's got really big problems.

> *I communicated to Felipe and Jay in the strongest terms that deleting these posts is a mistake, and that disappearing true posts about public figures simply because they have been targeted by a lawyer who conspired with a vindictive billionaire to destroy this company is an affront to the very editorial ethos that has made us successful enough to be worth acquiring. I told them that I am proud that this company refused to delete its accurate posts about Shiva Ayudurrai's false claim to have invented the email system of communication, and that I am proud that our decision not to take down accurate posts about Mitch Williams' meltdown at a children's baseball game was vindicated by a federal judge, who ruled in our favor in his case against us. I am mortified to see them taken down now. We are at the center of an unprecedented assault on the ability of reporters and editors to challenge and critique public figures. While I believe that Univision is a company that values and defends aggressive, independent reporting, the decision to remove these posts is, in my view, at odds with its tradition of confronting bullies with honesty.*

Univision just did a big thing badly. And it sullies the company's reputation and brand, and it makes all of the company's remaining journalistic staff look bad.

And, of course, this is the internet, where trying to make stuff disappear never works. I went over to archive.is soon after the announcement came out (and before the stories had been taken down) and every single one had been re-archived (many had been previously archived) within the previous hour. So if you're curious what was in the stories too hot for Univision's backboneless execs, here they are:

- The Inventor of Email Did Not Invent Email?
- Corruption, Lies, and Death Threats: The Crazy Story of the Man Who Pretended to Invent Email
- Man Acquitted Of Sexual Assault Sues Blog For Calling Him Serial Rapist
- Wait, Did Clowntroll Blogger Chuck Johnson Shit On The Floor One Time?
- Uber Driver In California Will Be Considered Employee, Not Contractor
- Mitch Williams Ejected From Child's Baseball Game For Arguing, Cursing
- Witnesses: Mitch Williams Called Child "A Pussy," Ordered Beanball

*This is why we need publications that don't back down in the face of SLAPP suits. This is why we need stronger anti-SLAPP laws (and a federal anti-SLAPP law). This is why we express concerns about billionaires ganging up to sue publications out of existence in a vengeance play. Publications are vulnerable, but they're supposed to stand up to bogus threats, not cave in out of fear.*

32 Comments | Leave a Comment





**2 SERVICE BUNDLE**

**BUY NOW**

VPN Unlimited & To Do Checklist: Lifetime Subscription Bundle

*Report this ad* | *Hide Techdirt ads*

**Techdirt Insider Chat**

**Corby Morrison:**
http://m.theregister.co.uk/2016/12/08/winter_is_c_ time for the touches and pitchforks, I think.

**Dark Helmet:** Touches and pitchforks is my new favorite typo win

**Jeffrey Nonken:** hah.
Well, mobile interface. That's my excuse.

**Vidiot:** WaPo article on copyright fight gets it wrong, of course... ASCAP and MPAA seen as the Office's only constituents. How about us citizens instead?
https://www.washingtonpost.com/news/arts-and-entertainment/wp/2016/12/09/congressional-panel-calls-for-independent-copyright-office

**Mike Masnick:** well, they do quote new head of the ALA too, and he's good

**Join the Insider Chat**

**Advertisement**



**GET A FREE 1-YEAR SUBSCRIPTION TO THE TECHDIRT CRYSTAL BALL WHEN YOU SIGN UP FOR VPN SERVICE FROM PRIVATE INTERNET ACCESS »**

**GET EARLY ACCESS TO TECHDIRT POSTS & PROTECT YOUR ONLINE PRIVACY WITH TOP-RATED VPN SERVICE**

*Hide Techdirt ads*



**Googla**

*Report this ad* | *Hide Techdirt ads*

**If you liked this post, you may also be interested in...**

- Media Organizations (Correctly) Worry That Rolling Stone Verdict Will Make Saying Sorry Actionable
- Fake News About Fake News Leads To (Fake?) Defamation Threat
- Border Patrol Stops Journalist From Heading To Dakota Pipeline Protests, Searches All Of His Electronic Devices
- Actual Creators Of Email Not At All Happy The Fake Creator Of Email Got Paid For His Bogus Claim
- Here's The Truth: Shiva Ayyadurai Didn't Invent Email

**Recent Stories**

**Monday**

13:09 Two Former Senators Call On Obama To Save The Full CIA 'Torture Report' From Being Buried (2)

11:52 The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things (13)

10:40 Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship (10)

10:38 Daily Deal: DashCam Hi-Res Car Video Camera And 8GB MicroSD Card (1)

09:39 Georgia Secretary of State Accuses DHS Of

EXHIBIT D-11

 **techdirt**

Search Techdirt | Search

Techdirt | Wireless News | Innovation | Case Studies | Startups | Net Neutrality | **Techdirt Deals!** | Preferences | Register | Sign In

Main | Submit a Story | RSS

Follow Techdirt

  

**PODCAST** ▶ Techdirt – Supporting Creators, With Patreon Founder Jack Conte  🔊 SOUNDCLOUD

‹‹ Daily Deal: The Deep Learning And Artificial...   ·ţ·   Hey, You Can Hack Your Car Without Violating... ››



## Ridiculous: Nick Denton Settles Remaining Charles Harder Lawsuits, Agrees To Delete Perfectly True Stories

from the *that's-fucked-up* dept

Email
by Mike Masnick
Wed, Nov 2nd 2016
10:42am

Filed Under:
censorship, charles
harder,
defamation, email,
hulk hogan,
inventor of email,
nick denton, peter
thiel, shiva
ayyadurai
Companies:
gawker

Permalink,
Short link.

Congrats Peter Thiel: you've successfully censored true stories reported by the press. Just a little while ago, Nick Denton posted that the remaining three cases filed by lawyer Charles Harder against Gawker, Denton and some reporters had been settled, with the agreement to remove the stories. Harder, of course, is the lawyer that Peter Thiel set up with his own practice, with the stated mission of filing lawsuits that would kill Gawker. Thiel/Harder "won" back when this effort forced Gawker into bankruptcy and then a fire sale to Univision. But now the remaining stories have been officially killed off. This includes the famous Hulk Hogan story and case -- meaning that the appeal, which basically every lawyer admits would have resulted in overturning the lower court's jury verdict, is dead. I know the Gawker haters will cheer this outright censorship (or, worse, insist that this proves that the case was legitimate -- despite the fact it never was). But let's focus on one of the other stories that is getting censored here thanks to Peter Thiel's actions.

It's the one that we wrote about the most: Shiva Ayyadurai claims to have invented email when he was a kid. **He did not.** I won't go through all the details again, but as a kid in 1978, Ayyadurai *did* apparently create (independently) a software program for electronic mail for a college he worked for. By all accounts, it was a good program that was useful. He named it EMAIL and eventually registered a copyright for that piece of software. That's it. It's a neat accomplishment for a kid. But it is not "inventing email" by any stretch of the imagination.

That's because (1) every single thing that Ayyadurai did had already been done elsewhere, often many years earlier, and (2) all of that other work was done in public settings via RFCs and the process that eventually led to the email systems that we use today. Ayyadurai's email system... contributed to nothing. It was late to the game and it never went any further. Again, it was impressive that as a kid he basically independently created an electronic mailing system, but that's different from "inventing email." But, for whatever reason, Ayyadurai has staked his entire identity on the outright false claim that he invented email. He's written a book about it. He has a whole webpage about it. And he keeps pushing the story on the press, including teaming up with a famous PR guy and (???) Noam Chomsky to argue that there was a **giant conspiracy** to deny him his rightful designation as the inventor of email. He often claims this is because he's of Indian descent, ignoring that one of the **actual** inventors of email, on RFC 561 is Abhay Bhushan (who also created FTP) and is, also, of Indian descent.

Ayyadurai is so obsessed with his false claim of creating email, that he even went on a petulant Twitter rampage after one of the *actual* creators of email, Ray Tomlinson, passed away earlier this year, yelling at any journalist who accurately credited Tomlinson's work on email.

Along with us, one of the other publications that highlighted Ayyadurai's bullshit claims was... Gawker. And, then, in May **Ayyadurai sued Gawker** using Charles Harder as his lawyer, over two Gawker articles on Ayyadurai. Those articles were completely accurate. Ayyadurai did not invent email. He wants the world to believe he did, despite mountains of evidence that says he's wrong. Gawker's reporting was entirely accurate. This is not about "sex tapes" or "privacy" or any of the stuff people want to talk about with the Hulk Hogan story. This was exposing someone who was *blatantly misrepresenting history* for his own personal aggrandizing.

And now it's gone, because continuing to fight the lawsuit was too much. As Denton notes:

> But all-out legal war with Thiel would have cost too much, and hurt too many people, and there was no end in sight.

Denton notes that, especially given the reporters who were directly sued in these cases, it was best to just move on to "focus on activities more productive than endless litigation. Life is short, for most of us."

Insider Shop - Show Your Support!

READ POSTS EARLY, JOIN THE INSIDER CHAT & MORE

**INSIDER SHOP** SUPPORT US

Advertisement



Dole Mandarin Oranges
$1.29 WITH CARD

Ralphs — Fresh food. Low prices.   View Weekly Ad

Valid until Dec. 13

Report this ad | Hide Techdirt ads

Essential Reading

Hot Topics

**5.5** The FCC Suggests Some Wishy, Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things

**5.2** Judge Tosses Charges Against Backpage Execs, Tells Kamala Harris To Take It Up With Congress

**5.2** Georgia Secretary Of State Accuses DHS Of Breaching His Office's Firewall

New To Techdirt?

*Explore some core concepts:*

An Economic Explanation For Why DRM Cannot Open Up New Business Model Opportunities

Saying You Can't Compete With Free Is Saying You Can't Compete Period

Step One To Embracing A Lack Of Scarcity: Recognize What Market You're Really In

read all »

Techdirt Deals



And now it's gone, because continuing to fight the lawsuit was too much. As Denton notes:

> But all-out legal war with Thiel would have cost too much, and hurt too many people, and there was no end in sight.

Denton notes that, especially given the reporters who were directly sued in these cases, it was best to just move on to "focus on activities more productive than endless litigation. Life is short, for most of us."

That's true, but it's also bullshit. Ayyadurai has been given the heckler's veto and will likely crow about how this vindicates him. He's tried to twist a variety of other things as "proof" that he's the inventor of email. As of writing this he hasn't said anything on his Twitter feed, other than to retweet someone saying "congratulations to [Shiva], inventor of email" and someone else tweeting about the Denton story. Of course, perhaps because he's too busy promoting some sketchy "health" system and conspiracy theories about the election -- oh, and also having conversations with confirmed asshole and colleague in bullshit, censorious lawsuits, actor James Woods.



2 SERVICE BUNDLE
BUY NOW

## VPN Unlimited & To Do Checklist: Lifetime Subscription Bundle

*Report this ad* | *Hide Techdirt ads*



**V.A. SHIVA** @va_shiva · Oct 29
Since I don't trust the Polls   Who will you vote for?

○ Trump

○ Clinton

Vote   37,361 votes · 2 days left

**V.A. SHIVA** @va_shiva   ☆ Follow

@RealJamesWoods This poll shows @realDonaldTrump winning by 50pts!  Either my poll is way off or MSM is absolutely rigging it all.

RETWEETS 11   LIKES 25

4:30 PM · 30 Oct 2016

So, not only is he not the inventor of email, he's also pretty clueless about how polls work and basic statistics too. Seems like a real winner.

Techdirt Insider Chat

http://m.theregister.co.uk/2016/12/08/winter_is_co...
time for the touches and pitchforks, I think.
**Dark Helmet:** Touches and pitchforks is my new favorite typo win
**Jeffrey Nonken:** hah.
Well, mobile interface. That's my excuse.
**Vidiot:** WaPo article on copyright fight gets it wrong, of course... ASCAP and MPAA seen as the Office's only constituents. How about us citizens instead?
https://www.washingtonpost.com/news/arts-and-entertainment/wp/2016/12/09/congressional-panel-calls-for-independent-copyright-office
**Mike Masnick:** well, they do quote new head of the ALA too, and he's good

Join the Insider Chat

Advertisement

---

29 Comments | Leave a Comment



GET A FREE 1-YEAR SUBSCRIPTION TO THE TECHDIRT CRYSTAL BALL WHEN YOU SIGN UP FOR VPN SERVICE FROM PRIVATE INTERNET ACCESS »
GET EARLY ACCESS TO TECHDIRT POSTS & PROTECT YOUR ONLINE PRIVACY WITH TOP-RATED VPN SERVICE

*Hide Techdirt ads*

*Report this ad* | *Hide Techdirt ads*

**If you liked this post, you may also be interested in...**

- Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship
- Media Organizations (Correctly) Worry That Rolling Stone Verdict Will Make Saying Sorry Actionable
- HBO Issues Takedown For Artwork Made By Autistic Teenager Because Bullies Gonna Bully Y'all
- Actual Creators Of Email Not At All Happy The Fake Creator Of Email Got Paid For His Bogus Claim
- Here's The Truth: Shiva Ayyadurai Didn't Invent Email

Recent Stories

## Monday

13:09  Two Former Senators Call On Obama To Save The Full CIA 'Torture Report' From Being Buried (2)
11:52  The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things (13)
10:40  Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship (10)
10:38  Daily Deal: DashCam Hi-Res Car Video Camera And 8GB MicroSD Card (1)

ADVERTISEMENT
Planning a Big Move? Make Sure You Do This First

---

EXHIBIT D-12



Search Techdirt | Search

Techdirt | Wireless News | Innovation | Case Studies | Startups | Net Neutrality | **Techdirt Deals!** | Preferences | Register | Sign In
Main | Submit a Story | RSS

**PODCAST** ▶ Techdirt – Supporting Creators, With Patreon Founder Jack Conte    SOUNDCLOUD

Follow Techdirt

<< Chinese Police Dub Censorship Circumvention...    'T'    Police Union Joins Rights Groups In... >>



Email
by Mike Masnick
Thu, Nov 3rd 2016
1:11pm

Filed Under:
censorship, charles
harder,
defamation, email,
hulk hogan,
inventor of email,
peter thiel, shiva
ayyadurai, truth
Companies:
gawker

Permalink.
Short link.

# Here's The Truth: Shiva Ayyadurai Didn't Invent Email

from the *let's-try-this-again* dept

So, yesterday we wrote about how Nick Denton had settled all the remaining legal disputes that Gawker had involving three lawsuits filed by lawyer Charles Harder. Most of the attention was paid to the big one -- the settlement with Hulk Hogan. We, however, focused on one of the other cases, since it was one that we followed closely and which showed how Peter Thiel **was full of shit** in claiming he only bankrolled these anti-Gawker lawsuits to "protect privacy" (and, yes, it's hilarious to see the early backer of both Facebook and Palantir pretending to care about privacy).

The case of Shiva Ayyadurai is the really telling one. For almost five years now, we've been among those explaining why Shiva Ayyadurai's claim that he invented email is complete bullshit. It's not true. Not even remotely. What does appear to be true is that as a fairly bright kid, Ayyadurai was working for a small college in New Jersey and he wrote an electronic messaging program for the school, which he named Email. It was not the first. It was not the last. It was nothing special. Nothing about what Ayyadurai did was new -- even if he came up with the ideas entirely on his own. Basically every feature that he put in the application was previously discussed on open mailing lists and RFCs about the internet and the messaging systems that would be grafted onto it -- sometimes many years earlier. Ayyadurai tries to rely on the fact that he got a copyright for his program as proof, hoping to confuse people who don't understand the difference between a copyright and a patent. As we've noted in the past: Microsoft has a copyright on the "Windows" operating system. That doesn't mean it invented windows-based graphical user interfaces (because it did not).

Apparently, part of the settlement involved Ayyadurai getting $750,000 along with the agreement to take down the article (it's not entirely clear to me if the article was still up, since Univision had already taken it down). As plenty of people quickly noted on Twitter this was insane. Ayyadurai has spent many years falsely claiming to have invented email and trying to tarnish the obituaries of Ray Tomlinson who was critical in the creation of email (though was humble enough to admit that no one individual actually "invented" email). And now he was getting paid hundreds of thousands of dollars for suing a news site that correctly explained the actual truth: Shiva Ayyadurai did not invent email. I'm sure a good chunk of that money is going to Charles Harder. Who knows if any of it makes its way back to Peter Thiel, who recently explained that he had to help Hulk Hogan because mere "single digit millionaires" couldn't fight back.

In response to this, Ayyadurai has put out a self-congratulatory press release claiming that the settlement supports his blatantly false claims:

> Certain of the settlement terms are incorporated within Gawker Media's latest proposed plan of liquidation, filed today, and include a proposed settlement payment to Dr. Ayyadurai and removal of the article at issue. More details will be forthcoming. Dr. Ayyadurai stated: "History will reflect that this settlement is a victory for truth."

No, it's not. It's a victory for bullshit. It's a victory for trying to rewrite history and smear the actual truth. And it was aided by Peter Thiel. I do wonder, though, if Ayyadurai continues to sue publications that properly point out that he is not telling the truth, and targets us, if Thiel will come to our aid. Hell, I'm not even a single-digit millionaire. So, clearly, he's going to help us out, right?

Let's discuss some truth: Ayyadurai did not invent email. Ayyadurai also filed a highly questionable lawsuit over a news story correctly claiming he did not invent email. Ayyadurai's case was only settled because Nick Denton and what remains of Gawker recognized that it was easier to move on with things and end these cases. For Peter Thiel to champion this and for Ayyadurai to claim that his little spat -- which got caught up in the whirlwind of a billionaire's personal grudge -- is a "victory for truth" is complete bullshit. That's the truth.

72 Comments | Leave a Comment

**Insider Shop - Show Your Support!**
READ POSTS EARLY, JOIN THE INSIDER CHAT & MORE
**INSIDER SHOP**   SUPPORT US

Advertisement



$2.49 WITH CARD
Private Selection Salsa or Mission Burrito Tortillas

Ralphs  Fresh food. Low prices.   View Weekly Ad
Valid until Dec. 3

Report this ad | Hide Techdirt ads

**Essential Reading**

**Hot Topics**

5.5  The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things

5.2  Judge Tosses Charges Against Backpage Execs, Tells Kamala Harris To Take It Up With Congress

5.2  Georgia Secretary Of State Accuses DHS Of Breaching His Office's Firewall

**New To Techdirt?**
*Explore some core concepts:*

An Economic Explanation For Why DRM Cannot Open Up New Business Model Opportunities

Saying You Can't Compete With Free Is Saying You Can't Compete Period

Step One To Embracing A Lack Of Scarcity: Recognize What Market You're Really In

read all »

Techdirt Deals


right?

Let's discuss some truth: Ayyadurai did not invent email. Ayyadurai also filed a highly questionable lawsuit over a news story correctly claiming he did not invent email. Ayyadurai's case was only settled because Nick Denton and what remains of Gawker recognized that it was easier to move on with things and end these cases. For Peter Thiel to champion this and for Ayyadurai to claim that his little spat -- which got caught up in the whirlwind of a billionaire's personal grudge -- is a "victory for truth" is complete bullshit. That's the truth.

72 Comments | Leave a Comment        



**GET A FREE 1-YEAR SUBSCRIPTION TO THE TECHDIRT CRYSTAL BALL** WHEN YOU SIGN UP FOR VPN SERVICE FROM **PRIVATE INTERNET ACCESS »**

GET EARLY ACCESS TO TECHDIRT POSTS & PROTECT YOUR ONLINE PRIVACY WITH TOP-RATED VPN SERVICE

*Hide Techdirt ads*

### If you liked this post, you may also be interested in...

- Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship
- Media Organizations (Correctly) Worry That Rolling Stone Verdict Will Make Saying Sorry Actionable
- HBO Issues Takedown For Artwork Made By Autistic Teenager Because Bullies Gonna Bully Y'all
- Actual Creators Of Email Not At All Happy The Fake Creator Of Email Got Paid For His Bogus Claim
- Ridiculous: Nick Denton Settles Remaining Charles Harder Lawsuits, Agrees To Delete Perfectly True Stories

ADVERTISEMENT

**Planning a Big Move? Make Sure You Do This First**

The average American has a laundry list of 60 tasks to accomplish when they move. By putting this one first, you'll save yourself a lot of pain and stress.

*Post sponsored by*
**CABLEMOVER**



2 SERVICE BUNDLE

**BUY NOW**

## VPN Unlimited & To Do Checklist: Lifetime Subscription Bundle

*Report this ad | Hide Techdirt ads*

### Techdirt Insider Chat

Jeffrey Nonken:
http://m.theregister.co.uk/2016/12/08/winter_is_co... time for the touches and pitchforks, I think.

Dark Helmet: Touches and pitchforks is my new favorite typo win

Jeffrey Nonken: hah.
Well, mobile interface. That's my excuse.

Vidiot: WaPo article on copyright fight gets it wrong, of course... ASCAP and MPAA seen as the Office's only constituents. How about us citizens instead?
https://www.washingtonpost.com/news/arts-and-entertainment/wp/2016/12/09/congressional-panel-calls-for-independent-copyright-office

Mike Masnick: well, they do quote new head of the ALA too, and he's good

[ Join the Insider Chat ]

Advertisement



5 Must-See

*Report this ad | Hide Techdirt ads*

### Recent Stories

## Monday

13:09  Two Former Senators Call On Obama To Save The Full CIA 'Torture Report' From Being Buried (2)

11:52  The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things (13)

10:40  Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship (10)

10:38  Daily Deal: DashCam Hi-Res Car Video Camera And 8GB MicroSD Card (1)

EXHIBIT D-13



Search Techdirt  [Search]

Techdirt | Wireless News | Innovation | Case Studies | Startups | Net Neutrality | **Techdirt Deals!**    Preferences  Register  Sign In

Main | Submit a Story | RSS

**PODCAST** ▶ Techdirt – Supporting Creators, With Patreon Founder Jack Conte    SOUNDCLOUD

Follow Techdirt

<< This Week In Techdirt History: October 30th ···    James Comey To Congress: About Those Hillary... >>

Insider Shop - Show Your Support!
READ POSTS EARLY, JOIN THE INSIDER CHAT & MORE
INSIDER SHOP    SUPPORT US



## Funniest/Most Insightful Comments Of The Week At Techdirt

from the *reign-of-the-anonymous* dept

Techdirt
by Leigh Beadon
Sun, Nov 6th 2016
12:00pm

Permalink.
Short link.

This week, we faced a disastrous plan from the Copyright Office to strip thousands of sites of their DMCA safe harbor protections if they don't re-register with a new system. We suggested that the correct way would be to engage in a proactive campaign rather than holding people's feet over the fire, and Cowardly Anonymous won most insightful comment of the week by going one step further:

> No. The correct way is to give DMCA safe harbour to "all". Blanketed. No registration required.

In the second place spot, we've got I. T. Guy with another simple response to the whole mess:

> Dumbest thing I have ever heard of.
>
> Don't forget to go register for your First Amendment rights now.

For editor's choice on the insightful side, we start out with an anonymous comment on the subject of police abuse, making the interesting observation that the "bad apples" metaphor gets thrown around in very different ways depending on the subject:

> To quote a couple recent argument used by some US politicians to reject the acceptance of ANY Syrian refugees into the US.
>
> - If you have a 5 pound bag of peanuts and 10 peanuts in the bag are deadly poisonous, would you feed them to your kids? -
>
> And
>
> - If a bowl of skittles had 3 poisonous ones in it would you eat from it? -
>
> When it comes to accepting refugees this is an argument that should entice people to reject them all but somehow the same argument keeps being made about the police whit totally different expectations. That we should totally accept all of them no questions asked even though there is overwhelming evidence that we have more than a few bad apples causing actual deaths rather than the metaphorical ones implied by the politicians arguments for rejecting refugees...

Next, we head to our surprising post about Shiva Ayyadurai (surprising in that he's still trying) — which will be the source of both our winners on the funny side — where another anonymous commenter laid things out in detail:

> Here's a link to the v6 manual page for mail:
>
> http://wwwlehre.dhbw-stuttgart.de/~helbig/os/v6/doc/l/mail.html
>
> (Incidentally, note that the "see also" portion of this man page references "write" -- an instant messaging program. Yeah. In 1975.)
>
> Here's a link to a well-researched page about Ayyadurai's bogus, lying, totally false claims:
>
> http://www.sigcis.org/ayyadurai
>
> Here's an entire web site about the history of email:

Advertisement



$1.29 WITH CARD
Dole Mandarin Oranges

Ralphs  Fresh food. Low prices.    [View Weekly Ad]  Valid until Dec. 13

Report this ad | Hide Techdirt ads

**Essential Reading**

### Hot Topics

**5.5** The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things

**5.2** More Prosecutors Refuse To Accept Guilty Pleas On Faulty $2 Field Drug Tests

**5.2** If You're Worried About What President Trump Can Do To The Press, Blame President Obama

### New To Techdirt?

Explore some core concepts:

Advertising Is Content; Content Is Advertising

The Future Of Music Business Models (And Those Who Are Already There)

The Grand Unified Theory On The Economics Of Free

*read all »*

Techdirt Deals



*(Incidentally, note that the "see also" portion of this man page references "write" -- an instant messaging program. Yeah. In 1975.)*

*Here's a link to a well-researched page about Ayyadurai's bogus, lying, totally false claims:*

*http://www.sigcis.org/ayyadurai*

*Here's an entire web site about the history of email:*

*http://emailhistory.org/*

*Here's Tom Van Vleck's well-researched history of email:*

*http://multicians.org/thvv/mail-history.html*

*I just took the time to search some archives to see if fraudster Ayyadurai actually showed up anywhere. I can find no trace of his alleged source code in any of the standard repositories of the time, e.g., Usenet's net.sources or successor newsgroups such as comp.sources.misc. I find no trace of him in any of the RFCs, the standards documents which trace the history and evolution of email. I find no messages from him in any of the mailing lists discussing mail, SMTP (the Simple Mail Transfer Protocol), mail servers, mail clients, mail system operations, or anything else. To contrast and compare: there are THOUSANDS of message from many of the key contributors and hundreds of thousands more from people who had a problem or solved a problem, found a bug or published a fix, encountered a configuration issue or published a how-to. Ayyadurai simply doesn't exist at all - which isn't surprising, because his piffling and unimportant project existed in isolation and contributed precisely zero to the development of email.*

*Ayyadurai is particularly annoying because of his bogus claims of racism: those of us who were actually there know that the ARPAnet and CSnet and Usenet and BITnet were built by ridiculously diverse groups of people: just look at the names on the documents and the software. Ayyadurai's claims are annoying and absolutely false: they're a cheap stunt designed to make him appear the victim, and they're insulting to everyone who actually has been disadvantaged because of their race or ethnicity.*

*And he's annoying because of his willingness to take credit from those who did the heavy lifting -- Ray Tomlinson being one of them. All of those people have eschewed credit, preferring to see their work as building on that of others and minimizing their own contributions. Ayyadurai has seized on this to claim everything for his own, when in fact he contributed nothing of value or interest.*

*I kinda hope he sues TechDirt, because the discovery process will be fascinating. He will face dozens, if not hundreds, of subject-matter experts -- people like me who have been running real mail servers (not his bogus, worthless tripe) for decades. People who wrote the code. People who wrote the standards. People who have archives of all of this going back 20, 30, 40 years. People who are willing to invest a lot of time stacking supporting evidence to the ceiling and giving expert first-hand testimony.*

*Ayyadurai is a liar. He is a fraud. He is a charlatan. He is an unimportant nobody who has contributed nothing and deserves to be remembered as a posing, self-aggrandizing asshole -- nothing more.*

But of course, at this point, such lengthy explanations feel almost pointless -- they clearly have no effect on Ayyadurai himself, anyway. So we head to our first place comment on the funny side, where another anonymous commenter reiterated the simple fact:

*You forgot to mention that Shiva Ayyadurai did not invent email.*

In second place on the funny side, we have yet another anonymous commenter suggesting a way to honor Ayyadurai:

*We need a "Shiva Ayyadurai Didn't Invent Email Day" where we all spam the dude with stories, posts, et al of how he didn't invent email.*

*We will call this day... Everyday.*



**VPN Unlimited & To Do Checklist: Lifetime Subscription Bundle**

2 SERVICE BUNDLE

BUY NOW

Report this ad   |   Hide Techdirt ads

**Techdirt Insider Chat**

Jeffrey Nonken:
http://m.theregister.co.uk/2016/12/08/winter_is_c... time for the touches and pitchforks, I think.

Dark Helmet: Touches and pitchforks is my new favorite typo win

Jeffrey Nonken: hah.
Well, mobile interface. That's my excuse.

Vidiot: WaPo article on copyright fight gets it wrong, of course... ASCAP and MPAA seen as the Office's only constituents. How about us citizens instead?

https://www.washingtonpost.com/news/arts-and-entertainment/wp/2016/12/09/congressional-panel-calls-for-independent-copyright-office

Mike Masnick: well, they do quote new head of the ALA too, and he's good

**Join the Insider Chat**

Advertisement



Report this ad   |   Hide Techdirt ads

**Recent Stories**

## Monday

**13:09** Two Former Senators Call On Obama To Save The Full CIA 'Torture Report' From Being Buried (0)

**11:52** The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things (13)

**10:40** Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship (10)

**10:38** Daily Deal: DashCam Hi-Res Car Video Camera And 8GB MicroSD Card (1)

*You forgot to mention that Shiva Ayyadurai did not invent email.*

In second place on the funny side, we have yet another anonymous commenter suggesting a way to honor Ayyadurai:

*We need a "Shiva Ayyadurai Didn't Invent Email Day" where we all spam the dude with stories, posts, et al of how he didn't invent email.*

*We will call this day... Everyday.*

For editor's choice on the funny side, we start with a comment from sorrykb presenting a new wrinkle to the Copyright Office conspiracy theory:

*Admit it, Masnick, you and Google both are paid shills for Big Library.*

Finally, after the Thai government demanded that a chat app reveal any users who insult the king, one more anonymous commenter interpreted that in the silliest way possible:

*I don't really see why Thailand needs to know if someone insults Elvis.*

That's all for this week, folks!

4 Comments | Leave a Comment

   


GET A **FREE** 1-YEAR SUBSCRIPTION TO **THE TECHDIRT CRYSTAL BALL** WHEN YOU SIGN UP FOR VPN SERVICE FROM **PRIVATE INTERNET ACCESS »**

GET EARLY ACCESS TO TECHDIRT POSTS & PROTECT YOUR ONLINE PRIVACY WITH TOP-RATED VPN SERVICE

*Hide Techdirt ads*

If you liked this post, you may also be interested in...

- Funniest/Most Insightful Comments Of The Week At Techdirt
- This Week In Techdirt History: SOPA, China, Dajaz1 & The Hypocrisy Of Copyright
- Funniest/Most Insightful Comments Of The Week At Techdirt
- This Week In Techdirt History: November 27th - December 3rd
- Please Support Our Patreon Campaign... And Listen To Our Conversation With Patreon's Founder Jack Conte

ADVERTISEMENT



**The Real Connection between Cable and the Web – and Why It Matters**

Cable is more important than you'd think. With the right package, you can ensure you're online the moment you move into a new place. We'll explain how.

*Post sponsored by* **CABLEMOVER**

**Monday**

13:09  Two Former Senators Call On Obama To Save The Full CIA 'Torture Report' From Being Buried (0)

11:52  The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things (13)

10:40  Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship (10)

10:38  Daily Deal: DashCam Hi-Res Car Video Camera And 8GB MicroSD Card (1)

09:39  Georgia Secretary Of State Accuses DHS Of Breaching His Office's Firewall (14)

08:31  If You're Worried About What President Trump Can Do To The Press, Blame President Obama (40)

06:29  Judge Tosses Charges Against Backpage Execs, Tells Kamala Harris To Take It Up With Congress (14)

03:25  More Prosecutors Refuse To Accept Guilty Pleas Based On Faulty $2 Field Drug Tests (11)

**Sunday**

12:00  Funniest/Most Insightful Comments Of The Week At Techdirt (5)

**Saturday**

12:00  This Week In Techdirt History: SOPA, China, Dajaz1 & The Hypocrisy Of Copyright (2)

More ◎

Advertisement



**CHALLENGE US TO PROVIDE YOU A BETTER RATE**

COMPARE & SAVE. YOU COULD SAVE AN AVG. OF

$402¹ OVER STATE FARM | $418¹ OVER GEICO | $444¹ OVER ALLSTATE

**Free Auto Quote**

*2015-16 survey. New insureds who switched to AAA & reported savings.*

*Report this ad* | *Hide Techdirt ads*

EXHIBIT D-14



Search Techdirt    Search

Techdirt    Wireless News    Innovation    Case Studies    Startups    Net Neutrality    **Techdirt Deals!**    Preferences    Register    Sign In

Main    Submit a Story    RSS

Follow Techdirt

::: **PODCAST** ▶ Techdirt - Supporting Creators, With Patreon Founder Jack Conte    SOUNDCLOUD

<< Clinton Campaign Also Not A Fan Of Free...    'T'    Are Robot Scalpers Ripping You Off? Do We Need... >>

    

Insider Shop - Show Your Support!
READ POSTS EARLY, JOIN THE INSIDER CHAT & MORE
::: **INSIDER SHOP**    SUPPORT US
Advertisement



## Actual Creators Of Email Not At All Happy The Fake Creator Of Email Got Paid For His Bogus Claim

from the *as-they-should-be* dept

**Email**
by *Mike Masnick*
Mon, Nov 7th 2016
2:46pm

Filed Under:
david crocker,
email, inventor of
email, john vittal,
shiva ayyadurai
Companies:
gawker

Permalink,
Short link.

As we noted last week, Shiva Ayyadurai, a guy who didn't invent email but has built his entire reputation on the false claim that he did, was able to cash in on the settlement agreed to by Nick Denton to end all of the Charles Harder-related lawsuits against Gawker. Again, Silicon Valley billionaire Peter Thiel, because of a personal grudge against Gawker, set up lawyer Charles Harder on a retainer, basically agreeing to help fund any lawsuit against Gawker that might help destroy the company. Harder filed a few, but the big one was the one filed by Hulk Hogan. Hogan won that (after losing the first few attempts and then going jurisdiction shopping for a court that would side with him). Almost everyone with any knowledge of the law agreed it was likely the verdict would lose on appeal (the appeals court had already ruled earlier on this case in favor of Gawker). Either way, Denton finally settled the case rather than push on, because of the cost of defending it and because Thiel had promised to keep funding the case as far as it would go. And, of course, it wasn't just that one case.

The Ayyadurai case was the most ridiculous of all. Ayyadurai did not invent email by any stretch of the imagination, but likes to go around falsely claiming he did, and smearing those who actually did the work. Thomas Haigh, a historian who keeps the most canonical explanation of Ayyadurai's misleading claims (including how they continue to morph and change and evolve over time) has the full story, but Gawker, among many others (including us) pointed out that he did not invent email. That led Ayyadurai and Charles Harder to sue Gawker -- presumably because (1) the Gawker/Harder/Thiel thing and (2) because Gawker used inflammatory language. The "settlement" meant that Ayyadurai got $750,000, though we're guessing a decent chunk of that likely went to Harder. Ayyadurai, somewhat ridiculous, put out a press release laughably claiming that "this settlement is a victory for truth." It's not. It's the opposite. It's a victory for the opposite of truth and shows how abusing the legal system can get you paid out -- especially when there's a billionaire willing to help fund the questionable lawsuits.

Anyway, it appears that those who were *actually* involved in the creation of email are pretty damn upset by this turn of events and are speaking out. If you go back to the early RFC on the creation of email, like 524, 561, 680 and 724 and 733, you see that all of the key concepts in email were being *publicly discussed and implemented* prior to Ayyadurai writing his email program in 1978.

One of the authors of those last two RFCs (724 and 733) is David Crocker, and he's not pleased with Ayyadurai trying to rewrite him out of the history of email -- and especially not with Ayyadurai getting a ton of cash for doing so. For what it's worth, Crocker and Ayyadurai have tangled before -- when Ayyadurai took some comments from Crocker so out of context to be borderline fraudulent (Ayyadurai took two separate sentences, that were separated by pages in a report Crocker wrote, *totally out of context* to *falsely* imply that Crocker said that no one was working on email in 1977). As you can imagine, Crocker is not pleased with the latest windfall for Ayyadurai.

> Dave Crocker, who helped write several foundational standards documents about messaging over the internet, told Gizmodo that Ayyadurai's settlement with Gawker Media represents a victory for a version of the history of email's development that isn't supported by evidence. "I grew up being taught that the truth is always a sufficient defense against claims of defamation," Crocker said upon hearing about the settlement. "Given the extensive documentation about the history of email, I'm sorry to find that that the adage no longer holds true."

Gizmodo also spoke to one of his co-authors, John Vittal, who first implemented features like "reply" and "forward," and he also found the whole thing baffling.

> John Vittal, one of Crocker's co-authors, seconded his frustration. Vittal is best known in the traditional history of email for being the first person to implement



 

**Personal Injury Lawyers**

We fight insurance companies to get injured people the compensation they deserve.

Report this ad | Hide Techdirt ads

Essential Reading

**Hot Topics**

5.5 The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things

5.3 If You're Worried About What President Trump Can Do To The Press, Blame President Obama

5.2 Judge Tosses Charges Against Backpage Execs, Tells Kamala Harris To Take It Up With Congress

**New To Techdirt?**

Explore some core concepts:

Perhaps It's Not The Entertainment Industry's Business Model That's Outdated

Infinity Is Your Friend In Economics

An Economic Explanation For Why DRM Cannot Open Up New Business Model Opportunities

*read all »*

Techdirt Deals


sound representation of our version of the history of email's development that isn't supported by evidence. "I grew up being taught that the truth is always a sufficient defense against claims of defamation," Crocker said upon hearing about the settlement. "Given the extensive documentation about the history of email, I'm sorry to find that that the adage no longer holds true."

Gizmodo also spoke to one of his co-authors, John Vittal, who first implemented features like "reply" and "forward," and he also found the whole thing baffling.

> John Vittal, one of Crocker's co-authors, seconded his frustration. Vittal is best known in the traditional history of email for being the first person to implement "reply" and "forward" functions. "What's true is true, and you can't hide from it, and shouldn't be able to capitalize on thwarting it," said Vittal. "To me, it's a sad day."

Meanwhile, it appears that throughout all of this, Ayyadurai continues to fool people. I had missed this, but earlier this year, he actually got onto CBS with comedian Mo Rocca on his 'Henry Ford's Innovation Nation' in which Rocca falls hook, line and sinker for the bogus claims by Ayyadurai. CBS, of course, happens to also be the home of Walter O'Brien, whose origin story is quite similar to Ayyadurai's. Either way, as long as Ayyadurai continues to falsely hold himself out as the inventor of email, when he is not, people should continue to call out that his claims are simply false.

40 Comments | Leave a Comment



**VPN Unlimited & To Do Checklist: Lifetime Subscription Bundle**

*Report this ad* | *Hide Techdirt ads*





*Hide Techdirt ads*

**If you liked this post, you may also be interested in...**

- Another Court Says Personal Email Accounts Still Subject To Public Records Requests
- Here's The Truth: Shiva Ayyadurai Didn't Invent Email
- Ridiculous: Nick Denton Settles Remaining Charles Harder Lawsuits, Agrees To Delete Perfectly True Stories
- Still A Bad Idea: Gawker Exploring Lawsuit Against Peter Thiel
- Peter Thiel's Lawyer Says He's Stopped 'Monitoring' Gawker, But Still Sending It Bogus Takedown Demands

ADVERTISEMENT



**The Real Connection between Cable and the Web – and Why It Matters**

Cable is more important than you'd think. With the right package, you can ensure you're online the moment you move into a new place. We'll explain how.

*Post sponsored by* **CABLEMOVER**

**Techdirt Insider Chat**

http://m.theregister.co.uk/2016/12/08/winter_is_co... time for the touches and pitchforks, I think.

**Dark Helmet:** Touches and pitchforks is my new favorite typo win

**Jeffrey Nonken:** hah. Well, mobile interface. That's my excuse.

**Vidiot:** WaPo article on copyright fight gets it wrong, of course... ASCAP and MPAA seen as the Office's only constituents. How about us citizens instead? https://www.washingtonpost.com/news/arts-and-entertainment/wp/2016/12/09/congressional-panel-calls-for-independent-copyright-office

**Mike Masnick:** well, they do quote new head of the ALA too, and he's good

[Join the Insider Chat]

**Advertisement**



**No. 1 Take a walk to the Astronomical Clock**

*Report this ad* | *Hide Techdirt ads*

**Recent Stories**

**Monday**

13:09 Two Former Senators Call On Obama To Save The Full CIA 'Torture Report' From Being Buried (0)

11:52 The FCC Suggests Some Wishy Washy, Highly Unlikely Solutions To The Poorly-Secured Internet Of Things (13)

10:40 Iran The Latest Country To Use 'Fake News' As An Excuse For Widespread Censorship (10)

10:38 Daily Deal: DashCam Hi-Res Car Video Camera And 8GB MicroSD Card (1)