UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MASSACHUSETTS

| | |
|---|---|
| SHIVA AYYADURAI, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLOOR64, INC., a California corporation )<br>d/b/a TECHDIRT; MICHAEL DAVID )<br>MASNICK, an individual; LEIGH )<br>BEADON, an individual; and DOES 1-20, )<br>)<br>)<br>Defendants. )<br>)<br>_____ ) | CASE NO. 17-cv-10011-FDS |

**PLAINTIFF'S NOTICE OF SUBSTITUTION OF EXHIBIT A-13 ATTACHED TO SHIVA AYYADURAI DECLARATION**

Plaintiff Shiva Ayyadurai, through counsel, hereby notifies the Court of substitution of the attached Exhibit for the existing Exhibit A-13, which was attached to the Shiva Ayyadurai Declaration filed currently with the Plaintiff's Opposition to the Defendants' Motion to Strike.

Rule 6(c)(2) of the Federal Rules of Civil Procedure provides that any opposing affidavit must be served within 7 days of the hearing on the motion. Since this substitution is executed well in advance of the Court's scheduled April 20 hearing on the Motion, no motion or leave of court is required for such a substitution.

Accordingly, the attached Exhibit should be substituted for the existing Exhibit A-13.

Dated:  March 20, 2017                   Respectfully submitted,

**CORNELL DOLAN, P.C.**

By:  /s/ Timothy Cornell
Timothy Cornell

BBO # 654412
One International Place, Suite 1400
Boston, Massachusetts 02110
Tel: (617) 535-7763
Fax: (617) 535-7721
tcornell@cornelldolan.com

**HARDER MIRELL & ABRAMS LLP**

By: _____

Charles J. Harder
(Admitted *Pro Hac Vice*)
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Tel: (424) 203-1600
Fax: (424) 203-1601
charder@hmafirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the above document is to be filed through the ECF system and will be sent electronically to Counsel for the Defendants.

/s/ Timothy Cornell