UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Dr. Shiva Ayyadurai,**  )<br>　　　　**Plaintiff,**  )<br>　　　　　　　　　　　　) <br>　　v.　　　　　　　　　)<br>　　　　　　　　　　　　)<br>**Floor64, Inc. et al,**  )<br>　　　　**Defendant.**  ) | **CIVIL ACTION**<br>**NO. 1:17-10011-FDS** |

## ORDER OF DISMISSAL

**Saylor, D. J.**

　　In accordance with the Court's Memorandum and Order issued on September 6, 2017, it is hereby ORDERED that the above-entitled action be dismissed.

　　　　　　　　　　　　　　　　　　So Ordered.

　　　　　　　　　　　　　　　　　　F. DENNIS SAYLOR, IV
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　By the Court:
**September 6, 2017**　　　　　　　**/s/ Timothy R. Maynard**
Date　　　　　　　　　　　　　　　Deputy Clerk