**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON, MASSACHUSETTS**

| | |
|---|---|
| SHIVA AYYADURAI, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 17-cv-10011-FDS |
| FLOOR64, INC., a California corporation ) | |
| d/b/a TECHDIRT; MICHAEL DAVID ) | |
| MASNICK, an individual; LEIGH ) | |
| BEADON, an individual; and DOES 1-20, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEAL**

{00084111;1}                                            i

Notice is given that Plaintiff Dr. Shiva Ayyadurai hereby appeals to the United States Court of Appeals for the First Circuit from the District Court's Order of Dismissal (Doc. 49) entered in the above-titled action on September 6, 2017 and issued in accordance with the Court's Memorandum and Order issued on September 6, 2017 (Doc. 48)(granting the motions to dismiss for failure to state a claim by Defendants Floor64, Inc. d/b/a Techdirt, Michael David Masnick, and Leigh Beadon).

Dated:  September 24, 2017              Respectfully submitted,

**HARDER MIRELL & ABRAMS LLP**

By:     /s/ Charles J. Harder
Charles J. Harder
(Admitted *Pro Hac Vice*)
Douglas E. Mirell
(Admitted *Pro Hac Vice*)
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, California 90212
Tel: (424) 203-1600
Fax: (424) 203-1601
charder@hmafirm.com
dmirell@hmafirm.com

**CORNELL DOLAN, P.C.**

By:   /s/ Timothy Cornell
Timothy Cornell
BBO # 654412
One International Place, Suite 1400
Boston, Massachusetts 02110
Tel: (617) 535-7763
Fax: (617) 535-7721
tcornell@cornelldolan.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first class mail to any non-registered participants.

                                                /s/ Timothy Cornell
                                                 Timothy Cornell