UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHIVA AYYADURAI, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FLOOR64, INC., a California corporation ) <br> d/b/a TECHDIRT; MICHAEL DAVID ) <br> MASNICK, an individual; LEIGH ) <br> BEADON, an individual; and DOES 1-20, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 17-cv-10011-FDS |

**NOTICE OF APPEAL**

Pursuant to Fed. R. App. P. 4(a)(3), notice is hereby given that Defendants Floor64, Inc., Michael Masnick, and Leigh Beadon appeal to the United States Court of Appeals for the First Circuit from that part of the Memorandum and Order dated September 6, 2017 (Doc. No. 48), denying (1) the Special Motion of Floor64, Inc. and Michael Masnick to Strike Plaintiff's Complaint Pursuant to the California Anti-SLAPP Law (Doc. No. 14), and (2) the Special Motion of Leigh Beadon to Strike Plaintiff's Complaint Pursuant to the California Anti-SLAPP Law (Doc. No. 26).

FLOOR64, INC., MICHAEL MASNICK, and
LEIGH BEADON

By their attorneys,

*/s/ Jeffrey J. Pyle*
Robert A. Bertsche (BBO #554333)
*rbertsche@princelobel.com*
Jeffrey J. Pyle (BBO #647438)
*jpyle@princelobel.com*
Thomas Sutcliffe (BBO #675379)
*tsutcliffe@princelobel.com*
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, Massachusetts 02110
Dated:  October 6, 2017    Tel:  (617) 456-8018

**CERTIFICATE OF SERVICE**

I hereby certify that the within document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first-class mail to any non-registered participants.

*/s/ Jeffrey J. Pyle*
Jeffrey J. Pyle

2800943.v1